**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard Implanted Port Catheter Products Liability Litigation | No. MDL 23-03081-PHX-DGC<br><br>**ORDER** |

More than 40 cases from various Districts have been transferred to the undersigned judge by the Judicial Panel on Multidistrict Litigation pursuant to 28 U.S.C. § 1407. *See* Docs. 1, 5, 6. The Court has set an initial case management conference in this MDL for September 18, 2023. Doc. 4. One of the topics to be addressed at the conference concerns motions to dismiss filed Defendant C. R. Bard, Inc. and related entities (collectively, "Defendants"). Doc. 7 at 3.

Defendants assert that recently-filed complaints appear to suffer from similar pleading deficiencies that prompted the filing of the pending motions to dismiss. Doc. 9 at 2. Defendants move to extend the deadline for responding to complaints to October 18, 2023 to allow the parties to confer with the Court at the initial case management conference about the establishment of an efficient procedure for responding to complaints in this MDL. *Id.* at 2-3. The Court will grant the motion.

**IT IS ORDERED:**

1. Defendants' motion for extension of time to respond to complaints (Doc. 9) is **granted**.

2. Defendants shall have until **October 18, 2023** to respond to any complaint filed in or transferred to this MDL in which a response is due prior to that date.

Dated this 25th day of August, 2023.

*David G. Campbell*

David G. Campbell
Senior United States District Judge