Megan L. Odom
(Admitted Pro Hac Vice)
Ciresi Conlin LLP
225 S. 6th St., Ste. 4600
Minneapolis, MN 55402
Phone: (612) 361-8227
Fax: (612) 314-4774
Email: MLO@CiresiConlin.com

*Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **IN RE: BARD IMPLANTED PORT CATHETER PRODUCTS LIABILITY LITIGATION** | MDL Docket No. 23-3081 |
| THIS DOCUMENT RELATES TO: | **NOTICE OF APPEARANCE** |
| Robert Cook, | |
| C.A. No. CV-23-1975-PHX-DGC | |
| Robert Cook, | |
|         Plaintiff, | |
| v. | |
| Becton Dickinson and Company, et al., | |
|         Defendants. | |

COMES NOW the undersigned, Megan L. Odom of the law firm Ciresi Conlin LLP, and hereby enters an appearance on behalf of Plaintiff Robert Cook in the above-referenced action and in the above-referenced MDL proceeding.

Dated: October 4, 2023

Respectfully submitted,

*/s/ Megan L. Odom*
Megan L. Odom
(Admitted Pro Hac Vice)
Ciresi Conlin LLP
225 S. 6th St., Ste. 4600

Minneapolis, MN 55402
Phone: (612) 361-8227
Fax: (612) 314-4774
Email: MLO@CiresiConlin.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record through the Court's CM/ECF system on this 4th day of October 2023.

*/s/ Megan L. Odom*
Megan L. Odom