Adam M. Evans
(Admitted Pro Hac Vice)
Dickerson Oxton, LLC
1100 Main St., Ste. 2550
Kansas City, MO 64105
Phone: (816) 268-1960
Fax: (816) 268-1965
Email: aevans@dickersonoxton.com

Rebecca L. Phillips
(Admitted Pro Hac Vice)
Lanier Law Firm
10940 W. Sam Houston Pkwy. N., Ste. 100
Houston, TX 77064
Phone: (713) 659-5200
Fax: (713) 659-2204
Email: rebecca.phillips@lanierlawfirm.com

Michael A. Sacchet
(Admitted Pro Hac Vice)
Ciresi Conlin LLP
225 S. 6th St., Ste. 4600
Minneapolis, MN 55402
Phone: (612) 361-8220
Fax: (612) 314-4760
Email: MAS@ciresiconlin.com

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| IN RE: Bard Implanted Port Catheter Products Liability Litigation | MDL No. 3081<br><br>**[PROPOSED] CASE MANAGEMENT ORDER NO. \_\_\_**<br><br>**(ADOPTION OF LEADERSHIP DUTIES & LIAISON COUNSEL REPORTING DUTIES)**<br><br>(Applies to All Actions) |
|---|---|

Case Management Order No. 2 directed Plaintiffs' Leadership Counsel ("PLC") to file a proposed case management order concerning, *inter alia*, "the duties and authority of [PLC] in coordinating pretrial practice in this MDL." Dkt. 42 at 1. PLC shall follow the duties and authorities identified in Case Management Order No. 1. *See* Dkt. 41 at 4-7.

Case Management Order No. 2 also requested a proposed case management order concerning "periodic status reports on coordination with state cases and other relevant

matters." Dkt. 42 at 2. Liaison Counsel shall report to the Court as follows:

At all future case management conferences, Plaintiffs' Liaison Counsel/Local Counsel in Arizona shall update the Court on the status of and coordination with related cases in Arizona state court, if any. Plaintiffs' New Jersey State Court Liaison shall update the Court on the status of and coordination with related cases in New Jersey state court. To the extent related cases arise in any other state court, including but not limited to Utah, Plaintiffs' Co-Lead Counsel shall update the Court until liaison counsel is duly appointed.

Plaintiffs' Liaison Counsel may appear telephonically or in person to provide status reports at future case management conferences. If the status report is significant, Plaintiffs' Liaison Counsel should endeavor to attend the case management conference in person rather than telephonically. To the extent more frequent updates on related state-court litigation are necessary, Plaintiffs' Co-Lead Counsel may file a one-page status report on the Master Docket, and Defendants may respond in kind.

Dated: October 13, 2023

Respectfully submitted,

/s/ Adam M. Evans
Adam M. Evans
(Admitted Pro Hac Vice)
Dickerson Oxton, LLC
1100 Main St., Ste. 2550
Kansas City, MO 64105
Phone: (816) 268-1960
Fax: (816) 268-1965
Email: aevans@dickersonoxton.com

/s/ Rebecca L. Phillips
Rebecca L. Phillips
(Admitted Pro Hac Vice)
Lanier Law Firm
10940 W. Sam Houston Pkwy. N., Ste. 100
Houston, TX 77064
Phone: (713) 659-5200
Fax: (713) 659-2204
Email: rebecca.phillips@lanierlawfirm.com

/s/ Michael A. Sacchet
Michael A. Sacchet
(Admitted Pro Hac Vice)
Ciresi Conlin LLP
225 S. 6th St., Ste. 4600

Minneapolis, MN 55402
Phone: (612) 361-8220
Fax: (612) 314-4760
Email: MAS@ciresiconlin.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record through the Court's CM/ECF system on this 13th day of October 2023.

/s/ Michael A. Sacchet
Michael A. Sacchet