# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard Implanted Port Catheter Products Liability Litigation | MDL No. 3081<br><br>**CASE MANAGEMENT ORDER NO. 3**<br><br>(Adoption of Leadership Duties and Liaison Counsel Reporting Duties) |

Case Management Order No. 2 ("CMO 2") directed Plaintiffs' Leadership Counsel ("PLC") to file a proposed case management order concerning "the duties and authority of [PLC] in coordinating pretrial practice in this MDL." Doc. 42 at 1. PLC shall follow the duties and authorities identified in Case Management Order No. 1. *See* Doc. 41 at 4-7.

CMO 2 also requested a proposed case management order concerning "periodic status reports on coordination with state cases and other relevant matters." Doc. 42 at 2. Liaison Counsel shall report to the Court as follows:

At all future case management conferences, Plaintiffs' Liaison Counsel/Local Counsel in Arizona shall update the Court on the status of and coordination with related cases in Arizona state court, if any. Plaintiffs' New Jersey State Court Liaison shall update the Court on the status of and coordination with related cases in New Jersey state court. To the extent related cases arise in any other state court, including but not limited to Utah, Plaintiffs' Co-Lead Counsel shall update the Court until liaison counsel is duly appointed.

Plaintiffs' Liaison Counsel may appear telephonically or in person to provide status reports at future case management conferences. If the status report is significant, Plaintiffs' Liaison Counsel should endeavor to attend the case management conference in person rather than telephonically. To the extent more frequent updates on related state-court litigation are necessary, Plaintiffs' Co-Lead Counsel may file a one-page status report on the Master Docket, and Defendants may respond in kind.

Dated this 26th day of October, 2023.

*David G. Campbell*
David G. Campbell
Senior United States District Judge