## Appendix 1: TIFF Image File Specifications

TIFF image files created for this litigation pursuant to this Order shall comport with the following specifications:

- The TIFF image file shall be a Group IV compression, black-and-white, single-page TIFF image file using a 300 x 300 dots-per-inch (DPI) optical scan resolution and an 8.5-inch page size, except for Documents that in the Producing Party's reasonable judgment require a different resolution or page size.

- Original Document orientation should be maintained to the extent programmatically feasible (*i.e.* an original landscape Document should be produced in landscape format).

- Each TIFF image file shall be branded with a legible, unique Bates number in the lower right corner, positioned so as not to interfere with reading the Document. The Bates number shall: (1) be unique across the entire Document production; (2) be a combination of an alphabetic prefix along with an 8-digit number (*e.g.* ABC00012345), wherein the numeric portion shall be zero-padded leftwards as needed to comprise 8 digits, (3) contain no special characters or embedded spaces, and (4) be numerically sequential within a given Document. If a production number or set of production numbers is skipped, the skipped number or set of numbers will be communicated to the receiving party.

- Confidentiality designations, if any, will be branded on the lower left corner of the applicable image, also positioned so as not to interfere with reading.

- The resulting TIFF image file shall be named according to the naming convention *number.TIF*, where "*number*" is the Bates number of the corresponding page. File names for these files shall not contain any special characters or embedded spaces.

- Image files shall be grouped in folders on the production media of no more than 1,000 TIFF files each unless necessary to prevent a file from splitting across folders. Files will not be split across folders, and separate folders will not be created for each file.

**Appendix 2: Data Load File Specifications**

The data load file is a delimited text file containing data about each Document needed for use with standard litigation support software.

The file name of the data load file should contain the volume name of the production media, although additional description information may be provided after the volume name. For example, both "ABC001.dat" and "ABC001_metadata.dat" would be acceptable names for a data load file having a production volume named "ABC001." File names shall not contain any special characters or embedded spaces.

Unless other delimiters are specified, the data in each field should be separated using Concordance default delimiters. A semicolon should be used as a multi-entry separator. A carriage-return line- feed should be used to indicate the start of the next record.

Any delimited text file containing fielded data must contain in the first line of the data load file each field name, separated by a delimiter, corresponding to the order in which the data appears in the file.

Load files should not span across media (*e.g.* hard drives, etc.); a separate volume should be created for each piece of media delivered.

Data for Documents shall normally be produced in only one data load file throughout the productions, unless that Document is noted as being a replacement Document in the Replacement field of the data load file. When it may become necessary to either alter or supplement the metadata associated with previously produced Documents (*e.g.* Duplicate Custodian Overlay), a Producing Party will clearly and unambiguously advise in the transmittal correspondence whether the production is supplemental (intended to append existing metadata in the Receiving Party's possession) versus data which is intended to replace existing metadata.

Metadata Fields to be Included in the Data Load File

For all Documents produced, the following metadata fields for each Document, if available at the time of collection and processing and unless such metadata fields are protected from disclosure by attorney-client privilege or work-product immunity or otherwise prohibited from disclosure by law or regulation, including but not limited to the European Data Privacy Regulation, will be provided in the data load file as set forth in the chart, except to the extent that a Document has been produced with redactions.

The term "Scanned Docs" refers to Documents that are in paper form at the time of collection and have been scanned into TIFF images (i.e., "Hard Copy Documents"

as defined above.) The term "Email and E-Docs" refers to files that are in electronic form at the time of their collection.

| Field Name | Sample Data | Scanned Docs | Email and E-Docs | Comment |
|---|---|---|---|---|
| PRODBEG | ABC00000001 | Yes | Yes | Beginning production number |
| PRODEND | ABC00000008 | Yes | Yes | Ending production number |
| PRODBEGATT | ABC00000009 | Yes | Yes | Beginning production number of parent in a family |
| PRODENDATT | ABC00001005 | Yes | Yes | Ending production number of last page of the last attachment in a family |
| CUSTODIAN | Smith, John | Yes | Yes | Original Custodian that possessed the Document |
| ALL_CUSTODIANS | Jones, David; Williams, Robert | N/A | Yes | Custodians that possessed duplicate copies of the Document. The Producing Party may elect to include the value that appears in the Custodian field—multiple Custodians separated by semicolon |
| FILEDESC | Microsoft Office 2007 Document | N/A | Yes | Description of the file type for the produced record |
| FILEPATH | \My Documents\Document1.doc | N/A | Yes | Original source filepath for the produced record |
| FILENAME | Document1.doc | N/A | Yes | Name of original electronic file as collected |
| DOCEXT | DOC | N/A | Yes | File extension for email or e- doc |

| Field Name | Sample Data | Scanned Docs | Email and E-Docs | Comment |
|---|---|---|---|---|
| PAGES | 2 | Yes | Yes | Number of pages in the produced Document or electronic file (not applicable to Documents produced in native form) |
| AUTHOR | John Smith | N/A | E-Doc only | Author information as derived from the properties of the Document |
| DATECREATED | 10/09/2005 | N/A | E-Doc only | Date that non-email file was created as extracted from file system metadata |
| DATELASTMOD | 10/09/2005 | N/A | E-Doc only | Date that non-email file was modified as extracted from file system metadata |
| SUBJECT | Changes to Access Database | N/A | Email only | "Subject" field extracted from email message or metadata properties of the Document |
| FROM | John Beech | N/A | Email only | "From" field extracted from email message |
| TO | Janice Birch | N/A | Email only | "To" field extracted from email message |
| CC | Frank Maple | N/A | Email only | "Cc" or "carbon copy" field extracted from email message |
| BCC | John Oakwood | N/A | Email only | "Bcc" or "blind carbon copy" field extracted from email message |
| DATESENT | 10/10/2005 | N/A | Email only | Sent date of email message (mm/dd/yyyy format) |
| TIMESENT | 10:33 am | N/A | Email only | Sent time of email message, time zone set to UTC |

| Field Name | Sample Data | Scanned Docs | Email and E-Docs | Comment |
|---|---|---|---|---|
| DATERCVD | 10/10/2005 | N/A | Email only | Received date of email message (mm/dd/yyyy format) |
| TIMERCVD | 10:33 am | N/A | Email only | Received time of email message, time zone set to UTC |
| CONFIDENTIALITY | CONFIDENTIAL, ATTORNEY EYES ONLY | Yes | Yes | Text of confidentiality designation, if any |
| REDACTED | Yes if redacted, blank if not | Yes | Yes | User-generated field indicating whether a Document was redacted |
| REDACTION REASON | PII, AC PRIVILEGE, WORK PRODUCT | Yes | Yes | User-generated field indicating reason for redaction |
| TEXTPATH | Text\001\001\ ABC00000001.txt | Yes | Yes | Path to *.txt file containing extracted or OCR text |
| NATIVEPATH | Natives\001\001\A BC00000001.xlsx | N\A | Yes | Path and file name to files supplied in native format |
| MD5 HASH | 30999747f4e6d7b ef786e614ff2cf4b0 | N/A | Yes | MD5 Hash for electronic Document |
| REPLACEMENT | REPLACEMENT | Yes | Yes | "Replacement" indicates the image is a replacement for a previously produced image; otherwise blank. |
| PRODVOL | VOL001 | Yes | Yes | Name of the Production Volume |

*Field designations are friendly names for ease of reference. Actual column names in load files may differ so long as the column names are consistent across the Producing Party's production and have the same meaning as the fields above.

**Appendix 3: Searchable Text File Specifications**

• The Document level searchable text file will contain any text in the respective Document, omitting any text redacted from the produced Document.

• The file naming convention for the text file shall be in the form number.TXT, where "number" is the same Bates number as the Beginning Production Number for the first page of the respective Document images. File names shall not contain any special characters or embedded spaces.

• The full path and file name of the text file must be provided in the data load file as specified in Appendix 2.

• OCR text for scanned images of Hard Copy Documents should be generated by applying optical character recognition processes to the image of the Document. The Parties will endeavor to generate accurate OCR and will utilize quality OCR processes and technology. OCR shall be performed on a Document level and provided in Document-level multi-page UTF-8 text files. OCR text should not be delivered in the data load file or any other delimited file.

• For electronic files, searchable text shall be extracted from the native file and included in the Document-level text file. If the electronic file has no extractable text (*e.g.* a non-searchable PDF image file), the Document will be OCR'd, and file-level OCR text will be provided in lieu of extracted text. Extracted text shall likewise be produced in Document-level multi-page UTF-8 text files.

• For files produced in native form, to the extent that it is available, the original file text shall be provided in a Document-level multi-page UTF-8 text file with a text path provided in the *.dat file; otherwise the text contained on the slip sheet shall be provided in the text file with the text path provided in the *.dat file.

**Appendix 4: Image Load File Specifications**

• The image load file should be a Standard Opticon formatted load file (.opt text file) with ANSI/Western European encoding that references the Control ID on a page level consistent with ingestion into the kCura Relativity® review platform. The name of the image load file should mirror the name of the delivery volume, and should have an .OPT extension (*e.g.* ABC001.OPT). File names shall not contain any special characters or embedded spaces.

• The volume names should be consecutive (*e.g.* ABC001, ABC002, etc.).

• Every image in the delivery volume should be contained in the image load file, one row in the load file per TIFF image. The total number of Documents referenced in the image load file should match the total number of designated Documents in the data load file for that production.

• Load files should not span across media (*e.g.* CDs, DVDs, Hard Drives, Etc.), *i.e.*, a separate volume should be created for each piece of media delivered.

**Appendix 5: Native File Specifications**

• For each native file produced, the production will include a TIFF image slip sheet indicating the production number of the native file, the confidentiality designation, and state "Produced in Native Format."

• The file naming convention for the native file shall be in the form number.EXT, where "number" is the first page Bates number for the corresponding TIFF image and "EXT" is the original native file extension (i.e., *.doc*, *.xls*, *.ppt*, etc.) File names shall not contain any special characters or embedded spaces.

• The full path and file name of the native file must be provided in the data load file as specified in Appendix 2.