Richard B. North, Jr. (admitted *pro hac vice*)
NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, GA  30363
Telephone: (404) 322-6000
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

Edward J. Fanning (admitted p*ro hac vice*)
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
PH: (973) 639-8486
FA: (973) 624-7070
efanning@mccarter.com

*Attorneys for Defendants*
*C. R. Bard, Inc.; Bard Peripheral Vascular, Inc.; Becton,*
*Dickinson and Company; Bard Access Systems, Inc.*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation | MDL No. 3081<br><br>Member Case Number<br>2:23-cv-1712-DGC |
| Miles Barnes, individually and on behalf of D. B., a minor,<br><br>                    Plaintiff,<br><br>v.<br><br>C. R. Bard, Inc.; Bard Peripheral Vascular, Inc.; Becton, Dickinson and Company; Bard Access Systems, Inc.,<br><br>                    Defendants. | **NOTICE OF APPEARANCE** |

COME NOW, Richard B. North, Jr., of the firm Nelson Mullins Riley & Scarborough,

LLP, and Edward J. Fanning of the firm McCarter & English, LLP and enter their appearance as

counsel in this case on behalf of Defendants C. R. Bard, Inc.; Bard Peripheral Vascular, Inc.;

Becton, Dickinson and Company; and Bard Access Systems, Inc.

Respectfully Submitted this 15th day of December, 2023

        s/ *Richard B. North, Jr.*
        Richard B. North, Jr.
        NELSON MULLINS RILEY & SCARBOROUGH, LLP
        Atlantic Station
        201 17th Street, NW / Suite 1700
        Atlanta, GA  30363
        PH: (404) 322-6000
        FX: (404) 322-6050
        richard.north@nelsonmullins.com

        Edward J. Fanning
        McCarter & English, LLP
        Four Gateway Center
        100 Mulberry Street
        Newark, NJ 07102
        PH: (973) 639-8486
        FA: (973) 624-7070
        efanning@mccarter.com