| Privilege Log Volume | Date Privilege Logged | Privilege Log ID | Attached to Privilege Log ID (populated for attachments withheld as privileged) | Bates Number of Slip Sheet | Family Bates Range (populated for partially produced families) | All Custodians | Privilege Document Type | Date Sent (emails only) | Date Last Modified (documents only) | From/Author | To | CC | BCC | Participants | Filename/Subject | Legal Nexus | Privilege Type | Description | Released | Released Bates Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | X/X/2024 | BARD_IPC_MDL_PRIVLOG_00000001 | | BARD_IPC_MDL_00XXXXX1 | BARD_IPC_MDL_00XXXXX1 - BARD_IPC_MDL_00XXXXX9 | Custodian A; Custodian B | msg | 11/1/2018 | | Custodian B | Lawyer A; Recipient A; Custodian B; | Recipient B | | Custodian B; Lawyer A; Recipient A; Recipient B; Recipient C | RE: Draft Agreement | Lawyer A | Attorney Client | Email with attachment distributed among company employees and in-house counsel providing information necessary to provide legal advice regarding contract terms and negotiations | | |
| 1 | X/X/2024 | BARD_IPC_MDL_PRIVLOG_00000002 | BARD_IPC_MDL_PRIVLOG_00000001 | BARD_IPC_MDL_00XXXXX2 | | | doc | | 10/28/2018 | Author X | | | | | Draft Master Services Agreement | | Attorney Client | Draft contract distributed among company employees and in-house counsel providing information necessary to provide legal advice regarding contract terms and negotiations | | |

*

| Name | Email Addres |
|---|---|
| Custodian A | Custodian A@bd.com |
| Custodian B | Custodian B@bd.com |
| Lawyer A | Lawyer A@bd.com |
| Recipient A | Recipient A@bd.com |
| Recipient B | RecipientB@bd.com |
| Recipient C | Recipient C@company.com |
| Author X | Author X@bd.com |