# EXHIBIT A

# CHAIN OF CUSTODY FORM FOR PATHOLOGY MATERIALS

Patient Name:_____   Date:_____
Law Firm:_____   Surgery Date:_____

**ENTRY NO. 1:** Pick Up Location / Releasing Party Information

Facility Name:
Address:_____
Address:_____
Contact Name:_____   Department:_____
Contact Phone #:_____   Contact Email:_____

**Specimen Description** (include manner of preservation, size of specimen, slide number, any other identifying mark(s).

(1)_____   (2) _____

(3) _____   (4) _____

**Person RELEASING Shipment**: _____ (sign/print)

Date: _____   Time: _____

Witness: _____ (sign/print)

Date: _____   Time: _____

---

**FOR STEELGATE USE ONLY**

**ENTRY NO. 1:**  Recipient Location/Receipt information

**Facility Name**:  Steelgate Inc., 2307 58th Avenue East, Bradenton, FL 34203

**Specimen Description** (include manner of preservation, size of specimen, slide number, any other identifying mark(s).

(1)_____   (2) _____

(3) _____   (4) _____

**Note any changes of condition:**
Condition of specimen:  ambient (__), frozen (__), unfrozen (__), refrigerated (__)
Condition of Container:  undamaged (__), damaged (__), describe: _____

Person **RECEIVING** Shipment:_____ (sign/print)

Date: _____   Time: _____

Witness: _____ (sign/print)

# EXHIBIT A

# CHAIN OF CUSTODY FORM FOR PATHOLOGY MATERIALS

Patient Name:_____     Date:_____
Law Firm:_____     Surgery Date:_____
Date: _____     Time: _____

_____  Exhibit C

**ENTRY NO. 2:** Pick Up Location / Releasing Party Information

**Facility Name**:  Steelgate Inc., 2307 58th Avenue East, Bradenton, FL 34203

**Specimen Description** (include manner of preservation, size of specimen, slide number, any other identifying mark(s).

(1)_____     (2)_____

(3)_____     (4)_____

**Person RELEASING Shipment**: _____ (sign/print)

Date: _____ Time: _____

Witness: _____ (sign/print)

Date: _____ Time: _____

---

**ENTRY NO. 2:**  Recipient Location/Receipt information

Facility Name:
Address: _____
Address: _____
Contact Name: _____ Department_____
Contact Phone #: _____Contact Email: _____

**Specimen Description** (include manner of preservation, size of specimen, slide number, any other identifying mark(s).

(1)_____     (2)_____

(3)_____     (4)_____

**Note any changes of condition:**
Condition of specimen:  ambient (__), frozen (__), unfrozen (__), refrigerated (__)
Condition of Container:  undamaged (__), damaged (__), describe: _____

**Person RECEIVING** Shipment: _____ (sign/print)

Date: _____ Time: _____

# EXHIBIT A

# CHAIN OF CUSTODY FORM FOR PATHOLOGY MATERIALS

Patient Name:_____    Date:_____
Law Firm:_____    Surgery Date:_____
Witness: _____ (sign/print)

Date: _____ Time: _____

**ENTRY NO. 3:** Pick Up Location / Releasing Party Information

Facility Name:

**Specimen Description** (include manner of preservation, size of specimen, slide number, any other identifying mark(s).

(1)_____    (2) _____

(3) _____    (4) _____

**Person RELEASING Shipment**: _____ (sign/print)

Date: _____ Time: _____

Witness: _____ (sign/print)

Date: _____ Time: _____

**ENTRY NO.3:** Recipient Location/Receipt information

Facility Name:
Address: _____
Address: _____
Contact Name: _____ Department_____
Contact Phone #: _____Contact Email: _____

**Specimen Description** (include manner of preservation, size of specimen, slide number, any other identifying mark(s).

(1)_____    (2) _____

(3) _____    (4) _____

**Note any changes of condition:**
Condition of specimen:  ambient (__), frozen (__), unfrozen (__), refrigerated (__)
Condition of Container:  undamaged (__), damaged (__), describe: _____

**Person RECEIVING** Shipment:_____ (sign/print)

**EXHIBIT A**

**CHAIN OF CUSTODY FORM FOR PATHOLOGY MATERIALS**

Patient Name:_____    Date:_____

Law Firm:_____    Surgery Date:_____

Date: _____ Time: _____

Witness: _____ (sign/print)

Date: _____ Time: _____