# EXHIBIT D

## AUTHORIZATION FOR USE OR DISCLOSURE OF PROTECTED HEALTH INFORMATION

Patient Name: _____   Social Security Number: _____

Date of Birth: _____   Address: _____

Authorized Medical Provider(s) to Use or Disclose Information (including its agents, employees and associates):

_____

_____

_____

_____

I hereby authorize the use and disclosure of my protected health information related to my care, treatment and/or services otherwise known as "Protected Health Information" (PHI), as permitted by the Federal Health Privacy Law (HIPAA), as detailed below:

Information to be used or disclosed:

Dates of Services(s): _____ to _____

Specific Description/Type of PHI: All PHI in medical record; all admission form, office notes, reports, opinions, x-rays, MRI, CT or other scans, tests, operative report(s); admission forms, dictation reports, physician orders, intake/outtake/clinical tests/ medication sheets; operative information, Cath, lab reports, special test/therapy, rhythm strips, nursing information, transfer forms, ER information, itemized bill including, but not limited to HCFA or UB-92, and all records to be provided to you by other medical providers/facilities.

☐ All Medical Records ☐ Itemized Billing ☐ Radiology/Imaging

| | | |
|---|---|---|
| ☐ Abstract of Medical Records | ☐ ER Records | ☐ Operative Reports |
| ☐ Admissions/Face Sheet | ☐ Fetal Monitoring Strips | ☐ Pathology Reports |
| ☐ Ambulance Records | ☐ Gastrointestinal (GI) Lab Reports | ☐ Pharmacy Records |
| ☐ Attending Physician's Statement | ☐ History & Physical Reports | ☐ Photographs |
| ☐ Autopsy Reports | ☐ Implant/Explant Logs | ☐ Physical Therapy Records |
| ☐ Anesthesia Records | ☐ Intra-Operative Nursing Notes | ☐ Pre-Op Standing Orders |
| ☐ Chart Stickers | ☐ Laboratory Reports | ☐ Product ID/Implant Label |
| ☐ Consultation Reports | ☐ Nurse's Notes | ☐ Psychiatric Records |
| ☐ Discharge Summary | ☒ Nurse's Medication Records | ☐ Radiology/Diagnostic Reports |
| ☐ Doctor's Records | ☐ Office Notes | ☐ Recovery Room Records |

☒ Other _Pathology materials including but not limited to tissues, the explanted port catheter device, and any and all pieces of the device._

Information May Be Disclosed/Released to: _Steelgate, Inc., 2307 58th Ave East, Bradenton, FL 34203_ ,
**and/or** _____

Reason(s) for Use or Disclosure): (At the request of the Patient) To allow my attorney representing me from Dickerson Oxton, LLC, to adequately and properly investigate and handle my potential claim.

*We are requesting an accurate and complete copy of the above referenced patient's medical records from*

_____ to _____.

**I understand that:**

1. I may refuse to sign this authorization and that it is strictly voluntary.
2. My treatment, payment, enrollment or eligibility for benefits may not be conditioned on signing this authorization. 45 CFR 164.508(C)(2)(ii).
3. I may revoke this authorization at any time in writing, but if I do, it will not have any effect on any actions taken prior to receiving the revocation. Further details may be found in the Notice of Privacy Practices.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may be re-disclosed.

1

5. I understand that I may see and obtain a copy of the information described on this form, for a reasonable copy fee, if I ask for it.
6. This authorization will expire two years (24 months) after the date on which it was signed.
7. I understand that the information in my health record may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS) or human immunodeficiency virus (HIV). It may also include information about behavioral or mental health services, treatment for alcohol and drug abuse, genetic testing and communicable and non-communicable diseases. I acknowledge the same and hereby consent to the release of such information.
8. I understand that once the above information is disclosed, it may be re-disclosed by the recipient and the information may not be protected by federal privacy laws or regulations.

I have read the above and authorize the disclosure of the protected health information as stated.

| Signature | Date |
|---|---|
| Print Name | Relationship to Patient (if signed by guardian/representative) |