# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard Implanted Port Catheter Products Liability Litigation, | MDL No. 3081 <br><br> **CASE MANAGEMENT ORDER NO. 25** <br><br> **(Ninth Case Management Conference)** <br><br> (Applies to All Actions) |

The Court held a Ninth Case Management Conference with the parties on August 16, 2024. *See* Doc. 1124. This order reflects matters discussed and decided during the conference.

1. The Court will hold a Tenth Case Management Conference on **October 3, 2024, at 1:00 p.m.** Arizona time. The conference will be held by Zoom. By noon on **October 2, 2024**, the parties shall file a joint memorandum providing an update on the topics addressed in the remainder of this order.

2. The parties reported on many developments in the case that need not be recounted here. They are found in the parties' joint memorandum (Doc. 1095) and the transcript of the CMC.

3. Plaintiffs Amber Garza (24-cv-00700), Janice Graham (24-cv-00696), Marilyn Phillips (24-cv-01128), and Dawn Risas (24-cv-01227) have provided incomplete PPFs that are not in compliance with CMO 8 (Doc. 113). The Court orders these Plaintiffs to comply with CMO 8 by **August 28, 2024**.

8. For reasons stated on the record, the Court allots a total of 7.5 hours of additional deposition time to Plaintiffs for the depositions of David Cise, John Evans, and Kelly Powers. Plaintiffs shall not use more than 3 hours of this additional time on any one of these witnesses.

9. The Court addressed Defendants' request to limit successor liability discovery. For reasons stated on the record, the Court concludes that Plaintiffs are entitled to conduct discovery on their five theories of successor liability against Defendant Becton Dickinson ("BD"). Such discovery is relevant to Plaintiffs' claim against BD in this case, and Defendants have not shown that the requested discovery into the theories would be disproportionate.

The Court has not, however, ruled on the propriety of any specific successor liability discovery request. By **October 3, 2024**, the parties shall complete the stipulation they have been working on regarding the liability of the three Bard Defendants and the time period for successor liability discovery about BD. The parties shall also endeavor to agree upon the scope of successor liability discovery against BD and the search terms to be used in that discovery. If disagreements on these issues exist on October 3, 2024, the Court likely will require the parties to produce a matrix on the disputed issues by October 7, 2024, and will endeavor to rule on the issues in the matrix by mid-October so successor liability discovery can proceed on a schedule that will not interfere with the fact deposition deadline.

Dated this 16th day of August, 2024.

_David G. Campbell_
David G. Campbell
Senior United States District Judge