# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard Implanted Port Catheter Products Liability Litigation | MDL No. 3081 <br><br> **CASE MANAGEMENT ORDER NO. 26** <br><br> **(Tenth Case Management Conference)** <br><br> (Applies to All Actions) |

The Court held a Tenth Case Management Conference with the parties on October 3, 2024. *See* Doc. 1347. This order reflects matters discussed and decided during the conference.

1. The Court will hold an Eleventh Case Management Conference on **November 7, 2024, at 2:00 p.m.** Arizona time. The conference will be held by Zoom. By noon on **November 6, 2024**, the parties shall file a joint memorandum.

2. The parties discussed the state of discovery, including the fact that many documents have been produced late by Defendants and a number of depositions have been moved by the parties beyond the time period ordered by the Court. The Court also addressed Plaintiff's request to extend the fact discovery period by approximately two months. The Court declined to extend the discovery schedule. The Court directed the parties to identify all dates available for depositions between now and the end of January, discuss all fact depositions that remain in this case, and confer about whether the depositions can be completed before the end of January. By **October 18, 2024**, the parties

shall file a joint memorandum setting forth their views on whether the depositions can be completed by the end of January and explaining why. The Court will review the joint memo and, if scheduling requires urgent attention, set a conference with the parties during the week of October 21, 2024. Otherwise, the Court will revisit this issue at the Eleventh Case Management Conference.

3. The Court discussed with the parties Plaintiffs' contention that Defendants have not adequately responded to interrogatories and requests for admission on the chemical compositions of their products. In response to the Court's question, Defendants clarified on the record that they are not withholding information regarding this issue and are not aware of additional places where it could be located within Defendants' custody and control. In light of these record clarifications, the Court concluded there was no cause to require Defendants to provide further discovery responses. If additional information is produced by Defendants on this issue in the future and Plaintiffs have a basis for believing it was purposefully withheld, Plaintiffs may raise that issue with the Court.

8. The Court conferred with the parties about Plaintiff's request that the Court review, *in camera*, 50 of Defendants' privileged documents identified by Plaintiffs. After hearing the parties' conflicting descriptions of their discussions of the privilege issue, the Court concluded that additional conferrals between the parties are necessary. The Court directed Plaintiffs promptly to identify for Defendants 20 of the 50 documents they wanted the Court to review, and directed the parties to meet and confer about these documents and other privilege- and redaction-related issues during the next two weeks. In the joint memo to be filed on **October 18, 2024**, the parties should describe the results of their conferrals and specific privilege issues that remain.

9. The Court granted Defendants one additional hour for each of the following depositions: David Cise, John Evans, and Kelly Powers.

10. The Court declined at this time to order the depositions of Kimberly Hammond and John Beasley. The parties should address this issue in their joint memo

before the next case management conference, and specifically whether other depositions will provide the information Plaintiffs need from these witnesses.

11. By **October 16, 2024**, counsel for the following Plaintiffs shall comply with CMO 8:

- Arleen Peavy, 24-cv-01533
- Tracey Bogan, 24-cv-01236
- Konecca Moody, 24-cv-01216
- Mable Knight, 24-cv-01506
- Julie Simmons, 24-cv-01505
- Tammy Phillips, 24-cv-01276
- Monica Dick, 24-cv-01532
- Janetta Moss, 24-cv-01535
- Toni Rouchon, 24-cv-01822
- Loretta Colley, 24-cv-01504
- Loretta Epps, 24-cv-01421
- Brittney Isidore, 24-cv-01501
- Roland Johnson, 24-cv-01456
- Lelia Mullins, 24-cv-01502
- James Terry, 24-cv-01454
- Constance Gomez, 24-cv-01918
- Harold Binkley, 24-cv-01712
- Amy Alsworth, 24-cv-01508

12. As discussed, the parties shall submit to the Court a stipulated and revised version of CMO 16.

13. The parties shall also submit a revised version of the stipulation on successor liability.

Dated this 3rd day of October, 2024.

David G. Campbell
Senior United States District Judge