# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard Implanted Port Catheter Products Liability Litigation | MDL No. 3081<br><br>**CASE MANAGEMENT ORDER NO. 27**<br><br>**(Eleventh Case Management Conference)**<br><br>(Applies to All Actions) |

The Court held an Eleventh Case Management Conference with the parties on November 7, 2024. *See* Doc. 1670. This order reflects matters discussed and decided during the conference.

1. The Court will hold a Twelfth Case Management Conference on **December 3, 2024, at 10:00 a.m.** Arizona time. The conference will be held by Zoom. By noon on **December 2, 2024**, the parties shall file a joint memorandum.

2. The Court addressed Plaintiffs' request to extend the fact discovery period by approximately two months. *See* Docs. 1331 at 29-31, 1451 at 1-8, 1657 at 3-6. The Court declined to extend the discovery schedule. The parties shall schedule all possible depositions between now and the end of January, with the exception of December 23 to January 1. The Court also noted that the Newton-Shelkey deposition should be rescheduled from Thanksgiving week. *See* Doc. 1657 at 3. The Court will revisit this issue at the Twelfth Case Management Conference.

1

3. The Court conferred with the parties about Plaintiffs' request that the Court review, *in camera*, 50 of Defendants' privileged documents identified by Plaintiffs. *See* Docs. 1331 at 22-29, 1451 at 8-19, 1657 at 6-8. After hearing the parties' descriptions of their discussions of the privilege issue, the Court directed Defendants to respond to Plaintiffs' Exhibit 11 concerns by **November 13, 2024**, and directed the parties to confer about this issue the following week. If disagreements remain, the Court will revisit this issue at the Twelfth Case Management conference and, if necessary, review documents *in camera* on **December 4-6, 2024**.

4. The Court ordered the deposition of Jim Beasley to occur, and will revisit the deposition of Kimberly Hammond at the next Case Management Conference – specifically, whether other depositions will provide the information Plaintiffs need from this witness. *See* Doc. 1657 at 21-22.

5. The Court will issue an order for Plaintiff Brittney Isidore to show cause why her case should not be dismissed for failure to comply with CMOs 8 and 26. *See id.* at 24. By **November 15, 2024**, counsel shall file a joint report with respect to the remaining Plaintiffs identified in the chart of the parties' joint memorandum. *Id.* at 24-25.

6. By **November 21, 2024**, the following Plaintiffs shall comply with CMO 8 (*see id.* at 25):

- Sandra Rice, 24-cv-02180
- Donald Robbins, 24-cv-01928
- Marvin Wallace, 24-cv-01967
- Mirian Louise Gross, 24-cv-02170.

7. As discussed, the parties shall submit a revised version of the stipulation on successor liability, and a stipulation to amend CMOs as necessary to file an amended master pleadings that eliminate the successor liability allegations in this case.

Dated this 8th day of November, 2024.

David G. Campbell
Senior United States District Judge