# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JODY L. HEISTER ZELANKO, ) | |
| ) | Case No. 2:24-cv-003349 |
| Plaintiff, ) | MDL No. 3081 |
| ) | Judge David G. Campbell |
| ) | |
| vs. ) | |
| ) | |
| ) | |
| BECTON, DICKINSON AND COMPANY, ) | |
| ET AL. ) | |
| ) | |
| Defendants, ) | |

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD,** please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court that on February 4, 2025, Plaintiff, Jody L. Heister Zelanko, passed away in Blair County, Pennsylvania.

Dated: March 27, 2025                          Respectfully submitted,

*/s/ Chad M. Mooney*
Sara M. Salger, #6296640
(Admitted Pro Hac Vice)
Chad M. Mooney, #6311237
(Admitted Pro Hac Vice)
THE GORI LAW FIRM, P.C.
156 North Main Street
Edwardsville, IL 62025
Phone: (618) 659-9833
Fax: (618) 659-9834
sara@gorilaw.com
cmooney@gorilaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2025, I electronically filed this Notice and Suggestion of Death with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to counsel of record.

*/s/ Chad M. Mooney*