Edward J. Fanning (*Admitted Pro Hac Vice*)
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
Phone: (973) 639-8486
Fax: (973) 797-3868
Email: efanning@mccarter.com

Richard B. North (Admitted *Pro Hac Vice*)
NELSON MULLINS RILEY &
SCARBOROUGH, LLP
Atlantic Station
201 17th Street, NW, Ste. 1700
Atlanta, GA  30363
Phone: (404) 322-6000
Fax: (404) 322-6050
Email: richard.north@nelsonmullins.com

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard Implanted Port Catheter Products Liability Litigation | MDL No. 3081 |
| | **DEFENDANTS' SUR-REPLY MEMORANDUM TO CORRECT RECORD RE:  BELLWETHER SELECTION** |
| | (Applies to All Actions) |

Pursuant to Amended Case Management Order No. 10 (Doc. 2218) and Case Management Order No. 32 (Doc. 2897), Defendants submit this brief Sur-Reply regarding the final selection of bellwether cases.

While Defendants are reticent to make this submission, as the Court has given no indication that additional discourse from the Parties on this issue is desired or requested, Defendants feel that they have no choice to make a brief submission under the circumstances at hand. Upon receipt and review of Plaintiffs' submission (Doc. 3504), Defendants' counsel immediately identified an erroneous statement regarding

Defendants' position regarding one of the Discovery Group 1 cases, that being the *Sorensen* case. On page 5 of their submission, Plaintiffs indicate that Defendants have disclosed that they believe the *Sorensen* case may be barred by the applicable statute of limitations. Defendants' counsel does not recall any such statement, and, in any event, the statement does not accurately reflect Defendants' position regarding the *Sorensen* case. To be clear, based on the discovery conducted thus far in the case, Defendants do not believe that there is a valid statute of limitations defense in the *Sorensen* case. Furthermore, as Defendants' counsel advised Plaintiffs' Leadership today, Defendants selected the *Sorensen* case specifically in part because it is not one with a statute of limitations argument.

Defendants have advised Plaintiffs' counsel of the issues raised herein and requested that Plaintiffs correct the record. Plaintiffs' counsel declined. Because Defendants believe it is important that the Court have an accurate statement of the Parties' positions regarding the cases at issue, Defendants reluctantly file this Sur-Reply.

Respectfully submitted this 8th day of May, 2025.

By: */s/ Edward J. Fanning, Jr.*
Edward J. Fanning, Jr.
(Admitted Pro Hac Vice)
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
Phone: (973) 639-8486
Fax: (973) 797-3868
Email: efanning@mccarter.com

*/s/ Richard B. North, Jr.*
Richard B. North, Jr.
(Admitted Pro Hac Vice)
Nelson Mullins Riley &
Scarborough, LLP
Atlantic Station
201 17th Street, NW, Ste. 1700
Atlanta, GA  30363
Phone: (404) 322-6155
Fax: (404) 322-6050
Email: richard.north@nelsonmullins.com

*/s/ James R. Condo*
James R. Condo (#005867)
Snell & Wilmer L.L.P.
One East Washington Street,
Suite 2700
Phoenix, AZ  85004
Phone: (602) 382-6000
Fax: (602) 382-6070
Email: jcondo@swlaw.com

***Attorneys for Defendants***