**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE: Bard Implanted Port Catheter Products Liability Litigation | MDL No. 3081<br><br>**CASE MANAGEMENT ORDER NO. 37**<br><br>**(Eighteenth Case Management Conference)**<br><br>(Applies to All Actions) |

The Court held an Eighteenth Case Management Conference with the parties on July 15, 2025. *See* Doc. 4242. This order reflects matters discussed and decided during the conference.

1. The Court will hold a Nineteenth Case Management Conference on **August 15, 2025 at 2:00 p.m.** Arizona time. The conference will be held by Zoom. By close of business on **August 13, 2025**, the parties shall file a joint memorandum.

2. As set forth in Case Management Order No. 36, the bellwether trials will be held in the following order: (1) Robert Cook, 23-cv-01975; (2) Wanda Miller, 24-cv-00621; (3) May Lattanzio, 24-cv-00680; (4) Kimberly Divelbliss, 23-cv-01627; (5) Judy Hicks, 23-cv-01703; and (6) Lloyd Sorensen, 23-cv-02557. Doc. 3787 at 1. The Court anticipates that the first trial (Cook) will begin in mid- to late-February 2026, with at least several weeks between each trial. *See id.* at 1-2. The parties shall propose a schedule for the trials in the joint memorandum.

3. The deadline for deposing Kelly Christian is extended from August 22, 2025 (Doc. 4007) to **August 28, 2025**. *See* Doc. 4235 at 4.

4. By **August 15, 2025**, Defendants shall provide complaint files for the following seven cases (*see id.* at 15):

- Pamela Lynn Beasley (PR Joel Beasley), 25-cv-00393
- Paul Huddleston (PR Paula Huddleston), 24-cv-03516
- Melissa Lee, 24-cv-02560
- Cheryl Long (PR Elizabeth Johnson), 25-cv-00265
- Luz Pinero-Thompson (PR Standford Thompson), 24-cv-02779
- Cheryl Strockis, 25-cv-00069
- Doreen Von Bargen, 24-cv-02828

Dated this 15th day of July, 2025.

*David G. Campbell*
David G. Campbell
Senior United States District Judge