# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard Implanted Port Catheter Products Liability Litigation | MDL No. 3081<br><br>**SECOND AMENDED CASE MANAGEMENT ORDER NO. 33, re: Bellwether Group 1 Schedule for Miller, 24-cv-00612** |

Pursuant to Amended Case Management Order (CMO) 10 and CMO 31 (Docs. 2128, 2669), and upon motion of the parties and for good cause shown, the Court enters this Amended CMO modifying the deadlines set forth in CMO 33, Section V for Miller, 24-cv-00612. Except as modified herein, CMO 33 and Amended CMO 33 (Doc. 2937 and 3867) remain in effect.

**Bellwether Group 1 Schedule for Miller, 24-cv-00612:**

| Action | Current Deadline | Proposed Deadline |
|---|---|---|
| Plaintiff Miller's case-specific materials expert disclosures | August 4, 2025 | August 25, 2025 |
| Defendants' case-specific materials expert disclosures for Miller | August 29, 2025 | September 22, 2025 |
| Plaintiff Miller's case-specific non-materials experts who rely on the material testing supplemental disclosures | n/a | September 22, 2025 |

| | | |
|---|---|---|
| Plaintiff Miller's case-specific materials expert rebuttal | September 22, 2025 | October 6, 2025 |
| Defendants' case specific non-materials expert rebuttal to Plaintiffs' case-specific non-material expert supplemental disclosures in Miller only | n/a | October 6, 2025 |
| Miller Case-specific materials expert depositions begin | September 23, 2025 | October 13, 2025 |
| Completion of Miller case-specific materials expert depositions | October 23, 2025 | October 23, 2025 (remains unchanged) |
| Case-specific motions to exclude experts and motions for summary judgment | October 28, 2025 | October 28, 2025 (remains unchanged) |

Dated this 28th day of July, 2025.

*David G. Campbell*

David G. Campbell
Senior United States District Judge