DISTRICT JUDGE'S CIVIL MINUTES
IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA – PHOENIX

| | |
|---|---|
| **U.S. District Judge:** David G. Campbell | **Date:** August 15, 2025 |
| **Case Number:** MD-23-3081-PHX-DGC | |
| **IN RE:** Bard Implanted Port Catheter Products Liability Litigation | |

**APPEARANCES VIA ZOOM:**

| Plaintiff(s) Counsel | Defendant(s) Counsel |
|---|---|
| Michael Sacchet | Richard North |
| Rebecca Phillips | Edward Fanning |
| Chelsea Dickerson | Kate Helm |
| Alex Barlow | Matthew Lerner |
| | Jim Condo |

**SCHEDULING CONFERENCE #19:**

IT IS ORDERED granting the parties' Joint Motion to Seal (Doc. 4693). All documents lodged at Document 4694 shall be filed under seal, using the same document number. Counsel is directed to re-file the joint memorandum with all attachments, redacted where necessary.

Scheduling and case management discussed. Separate Order to issue.

IT IS ORDERED setting Case Management Conference #20 for **September 18, 2025, at 2:00 PM (Arizona time) via Zoom.** The parties shall use the same Zoom link and call-in number for the next hearing.

Courtroom Deputy:  Sara Quinones
Court Reporter:   Scott Coniam

**Start:** 2:00 PM
**End:**  3:16 PM
**Total: 1 hour, 16 minutes**