IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| IN RE: Bard Implanted Port Catheter Products Liability Litigation | MDL No. 3081 |
|---|---|
| | **CASE MANAGEMENT ORDER NO. 38** |
| | **(Nineteenth Case Management Conference)** |
| | (Applies to All Actions) |

The Court held a Nineteenth Case Management Conference with the parties on August 15, 2025. *See* Doc. 4735. This order reflects matters discussed and decided during the conference.

1. The Court will hold a Twentieth Case Management Conference on **September 18, 2025 at 2:00 p.m.** Arizona time. The conference will be held by Zoom. By close of business on **September 16, 2025**, the parties shall file a joint memorandum.

2. The Court adopted the parties' proposed schedule for bellwether trials, as follows (*see* Doc. 4694 at 2-3):

| Case | Start Date | End Date |
|---|---|---|
| Robert Cook, 23-cv-01975 | March 2, 2026 | March 20, 2026 |
| Wanda Miller, 24-cv-00621 | April 27, 2026 | May 15, 2026 |
| May Lattanzio, 24-cv-00680 | July 7, 2026 | July 24, 2026 |

1

| | | |
|---|---|---|
| Kimberly Divelbliss, 23-cv-01627 | August 17, 2026 | September 4, 2026 |
| Judy Hicks, 23-cv-01703 | October 13, 2026 | October 30, 2026 |
| Lloyd Sorensen, 23-cv-02557 | December 1, 2026 | December 18, 2026 |

3. By **September 18, 2025**, Defendants shall produce complaint files to Plaintiffs for the following cases (*see id.* at 21-22, 25):

- Brenda Honeycutt, 25-cv-01165
- Tommy Jenkins (PR: Maranda Niemiec), 25-cv-00777
- Donna Schweers, 25-cv-00807
- Christina Gibson, 25-cv-00881
- Madeline Swanson, 25-cv-00696
- Scott Porter, 25-cv-00739
- Cynthia Powers, 25-cv-00738
- Jean Shewell, 25-cv-00803
- Kenneth Ozanick, 25-cv-00830
- Janet Neel, 25-cv-01151
- Nancy Franczyk, 25-cv-00891
- Rita Renee Poole (PR: Jasmine Collins), 25-cv-00753
- Teresita Sandoval, 25-cv-01079
- Rhonda Day Sooth, 25-cv-01149
- Patrick Wilkins, 25-cv-00985
- William Wells, 25-cv-01224
- Cheryl Brooks, 25-cv-01137
- Lauren Shea, 2:25-cv-01316
- Twerwyla Surrency, 25-cv-01142

4. Regarding Ann Otzenberger, 25-cv-00149, Defendants shall, by **August 22, 2025**, submit to Plaintiffs a verified interrogatory answer under Federal Rule of Civil

Procedure 33(b)(3) stating, under oath, that Defendants have been unable to identify the missing sales representative information after a diligent search (*see id.* at 23-27).

5. Regarding Madeline Swanson, 25-cv-00696, Defendants shall make a diligent search for the missing device history files, and, if located, shall produce such files to Plaintiffs by **September 18, 2025** (*see id.*).

6. The Court will enter a separate order regarding courtesy copies of briefing to be provided to the Court.

7. Each Rule 702 motion, response, and reply shall be lodged on the Court's docket and a motion to seal those documents shall be filed within three business days after the reply is lodged.

Dated this 18th day of August, 2025.

*David G. Campbell*
David G. Campbell
Senior United States District Judge