**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE: BARD IMPLANTED PORT CATHETER PRODUCTS LITIGATION,<br><br>This document Relates to: Jean Cunningham (2:23-cv-1625-DGC) | MDL Docket No. 23-3081 |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

PLEASE TAKE NOTICE that Amanda D. Summerlin of Taylor Martino, P.C., hereby withdraws as counsel for Plaintiff Jean Cunningham in this action. No substitution of counsel is necessary, and the undersigned's withdrawal will not cause any delay or prejudice in the case, because Plaintiff will continue to be represented by other counsel of record.

WHEREFORE, Plaintiff respectfully request that this Court enter the attached Proposed Order granting the undersigned leave to withdraw as counsel of record.

Dated: August 25, 2025

Respectfully submitted,

*/s/ Amanda D. Summerlin*
**Amanda D. Summerlin, Esq.**
**TAYLOR MARTINO ROWAN**
455 Saint Louis Street, Suite 2100 (36602)
P.O. Box 894 Mobile, Alabama 36601
T: (251) 433-3131
F: (251) 433-4207
asummerlin@taylormartino.com
*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 25, 2025, I electronically filed the foregoing Motion for Leave to Withdraw as Counsel with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Amanda D. Summerlin*
**Amanda D. Summerlin, Esq.**