**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

IN RE: BARD IMPLANTED PORT CATHETER PRODUCTS LITIGATION

No. MDL Docket No. 23-3081

*This Document Relates to:*

2:23-cv-1625-DGC (Jean Cunningham)

v.

Becton Dickinson & Company, et al.

**ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY**

AND NOW, this __ day of _______ , 2025, the Motion to Withdraw as Attorney is hereby GRANTED. The Clerk of the United States District Court for the District of Arizona is directed to withdraw the appearance of Amanda D. Summerlin on behalf of Plaintiff Jean Cunningham and to remove her from the service list for ECF notices.

______________________________
Hon. David G. Campbell
United States District Judge