# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard Implanted Port Catheter Products Liability Litigation | MDL No. 3081<br><br>**THIRD AMENDED CASE MANAGEMENT ORDER NO. 33, re: Bellwether Group 1 Schedule for Hicks, 23-cv-01703** |

Pursuant to Amended Case Management Order (CMO) 10 and CMO 31 (Docs. 2128, 2669), and upon Defendants' motion and for good cause shown, the Court enters this Amended CMO modifying the deadlines set forth in CMO 33, Section V for Hicks (23-cv-1703). Except as modified herein, CMO 33, Amended CMO 33, and Second Amended CMO 33 (Docs. 2937, 3867, and 4446) remain in effect.

**Bellwether Group 1 Schedule for Hicks 23-cv-1703:**

| Action | Current Deadline | Proposed Deadline |
|---|---|---|
| Defendants' case-specific expert disclosure – Nursing | August 29, 2025 | September 12, 2025 |
| Plaintiff's case-specific rebuttal expert disclosure – Defendants' case-specific Nursing expert | September 22, 2025 | October 6, 2025 |

Dated this 27th day of August, 2025.

David G. Campbell
Senior United States District Judge

1