# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard Implanted Port Catheter Products Liability Litigation | MDL No. 3081<br><br>**FOURTH AMENDED CASE MANAGEMENT ORDER NO. 33, re: Bellwether Group 1 Schedule for Miller, 24-cv-00612** |

Pursuant to Amended Case Management Order (CMO) 10 and CMO 31 (Docs. 2128, 2669), and upon motion of the parties and for good cause shown, the Court enters this Fourth Amended CMO modifying the deadlines set forth in the Second Amended CMO 33, Section V for Miller, 24-cv-00612 (Doc. 4446). Except as modified herein, CMO 33, Amended CMO 33, Second Amended CMO 33, and Third Amended CMO 33 (Docs. 2937, 3867, 4446, and 4878) remain in effect.

**Bellwether Group 1 Schedule for Miller, 24-cv-00612:**

| Action | Current Deadline | New Deadline |
|---|---|---|
| Plaintiff Miller's case-specific materials expert disclosures | August 25, 2025 | September 15, 2025 |
| Defendants' case-specific materials expert disclosures for Miller | September 22, 2025 | October 6, 2025 |
| Plaintiff Miller's case-specific materials expert rebuttal | October 6, 2025 | October 13, 2025 |

| Miller Case-specific materials expert depositions begin | October 13, 2025 | October 13, 2025 |
|---|---|---|
| Completion of Miller case-specific materials expert depositions | October 23, 2025 | October 23, 2025 |
| Case-specific motions to exclude experts and motions for summary judgment | October 28, 2025 | October 28, 2025 |

The parties are advised that the Court will not be inclined to grant additional extensions.

Dated this 5th day of September, 2025.

David G. Campbell
Senior United States District Judge

2