# EXHIBIT 1

| | |
|---|---|
| **From:** | Sally Abbey |
| **Sent:** | Monday, August 18, 2025 11:36 AM |
| **To:** | mamill@NSPRLaw.com |
| **Cc:** | 'Rebecca.Phillips@lanierlawfirm.com'; 'mas@ciresiconlin.com'; 'aevans@dickersonoxton.com'; Chelsea Dickerson; PORT PPF PFS |
| **Subject:** | PPF Delinquency Notice LTRS Port MDL No. 3081 |
| **Attachments:** | Bogan PPF Delinquency Letter.pdf; Jackson PPF Delinquency Letter.pdf; Morton  PPF Delinquency Letter.pdf; Waters PPF Delinquency Letter.pdf |

Counsel,

Please see attached correspondence regarding delinquent Plaintiff Profile Forms in MDL 3081.

Thank you,
Sally Abbey

 **NELSON MULLINS**

**SALLY ABBEY SENIOR PARALEGAL**
sally.abbey@nelsonmullins.com
**50 N. LAURA STREET | 41ST FLOOR**
**JACKSONVILLE, FL 32202**
T 904.665.3600   F 904.665.3699
**NELSONMULLINS.COM**

 **NELSON MULLINS**

**NELSON MULLINS RILEY & SCARBOROUGH LLP**
ATTORNEYS AND COUNSELORS AT LAW

201 17th Street NW, Suite 1700
Atlanta, GA 30363
T: 404.322.6000  F: 404.322.6050
**nelsonmullins.com**

Elizabeth A. Falconer
T: 404.322.6265
**elizabeth.falconer@nelsonmullins.com**

August 18, 2025

**VIA EMAIL**
Napoli Shkolnik
400 Broadhollow Road, Suite 305
Melville, NY 11747
mamill@NSPRLaw.com

> **RE:**  **Delinquent Plaintiff Profile Form,** *In re Bard Implanted Port Catheter Products Liability Litigation***, 2:23-md-03081-DGC, MDL No. 3081; Julie Waters**

Dear Counsel:

Under Second Amended Case Management Order ("CMO") No. 8, entered on January 21, 2025 (Doc. 2369), Plaintiff Julie Waters was required to serve a Plaintiff Profile Form ("PPF") via MDL Centrality by March 3, 2025. See Doc. 2369 at 2 (Second Amended CMO 8); *see also* Doc. 477 at 1-2 (Amended CMO 8); Doc. 113 at 1 (CMO 8). To date, we have not received a PPF from plaintiff, and it also appears that you have not registered with MDL Centrality. As a result, we are sending this delinquency notice via email and not through MDL Centrality.

Pursuant to Second Amended CMO 8, plaintiff has twenty-one (21) days from the date of this letter to submit a completed PPF and all accompanying records via MDL Centrality. As is provided for in the Second Amended CMO 8, we reserve the right to move to dismiss plaintiff's claims should plaintiff fail to comply with this deadline. *See* Doc. 2369 at 6 ("If a Plaintiff does not submit a PPF within the time specified in this Order, Defendants shall send a communication through MDL Centrality stating that Defendants may request dismissal during a regular case management conference if a PPF and the accompanying records are not received within 21 days."); *see also* Doc. 477 at 5; Doc. 113 at 4.

August 18, 2025
Page 2

We look forward to hearing from you.

Very truly yours,

Elizabeth A. Falconer

CC:    Plaintiffs' Leadership Committee
       portppf-pfs@nelsonmullins.com