# EXHIBIT 3

| | |
|---|---|
| **From:** | Sally Abbey |
| **Sent:** | Friday, August 1, 2025 3:26 PM |
| **To:** | Michael Pugliese |
| **Cc:** | 'Rebecca.Phillips@lanierlawfirm.com'; 'mas@ciresiconlin.com'; 'aevans@dickersonoxton.com'; Chelsea Dickerson; PORT PPF PFS |
| **Subject:** | Bryant, Laurie PPF Delinquency Notice LTR Port MDL No. 3081 |
| **Attachments:** | Bryant Laurie – PPF Delinquency Letter.pdf |

Please see attached correspondence regarding delinquent Plaintiff Profile Form in MDL 3081.

Thank you,
Sally Abbey

 **NELSON MULLINS**

SALLY ABBEY SENIOR PARALEGAL
sally.abbey@nelsonmullins.com
50 N. LAURA STREET | 41ST FLOOR
JACKSONVILLE, FL 32202
T 904.665.3600   F 904.665.3699
NELSONMULLINS.COM

 **NELSON MULLINS**

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATTORNEYS AND COUNSELORS AT LAW

201 17th Street NW, Suite 1700
Atlanta, GA 30363
T: 404.322.6000  F: 404.322.6050
nelsonmullins.com

Elizabeth A. Falconer
T: 404.322.6265
elizabeth.falconer@nelsonmullins.com

August 1, 2025

**VIA EMAIL**
Seeger Weiss LLP
550 Broad St
Newark, NJ 07102
MPugliese@SeegerWeiss.com

RE:     **Delinquent Plaintiff Profile Form,** *In re Bard Implanted Port Catheter Products Liability Litigation***, 2:23-md-03081-DGC, MDL No. 3081; Laurie Bryant**

Dear Counsel:

Under Second Amended Case Management Order ("CMO") No. 8, entered on January 21, 2025 (Doc. 2369), Plaintiff Laurie Bryant was required to serve a Plaintiff Profile Form ("PPF") via MDL Centrality by July 14, 2025. *See* Doc. 2369 at 2 (Second Amended CMO 8); *see also* Doc. 477 at 1-2 (Amended CMO 8); Doc. 113 at 1 (CMO 8). To date, we have not received a PPF from plaintiff, and it also appears that you have not registered with MDL Centrality. As a result, we are sending this delinquency notice via email and not through MDL Centrality.

Pursuant to Second Amended CMO 8, plaintiff has twenty-one (21) days from the date of this letter to submit a completed PPF and all accompanying records via MDL Centrality. As is provided for in the Second Amended CMO 8, we reserve the right to move to dismiss plaintiff's claims should plaintiff fail to comply with this deadline. *See* Doc. 2369 at 6 ("If a Plaintiff does not submit a PPF within the time specified in this Order, Defendants shall send a communication through MDL Centrality stating that Defendants may request dismissal during a regular case management conference if a PPF and the accompanying records are not received within 21 days."); *see also* Doc. 477 at 5; Doc. 113 at 4.

August 1, 2025
Page 2

We look forward to hearing from you.

Very truly yours,



Elizabeth A. Falconer

EF
CC:     Plaintiffs' Leadership Committee
        portppf-pfs@nelsonmullins.com