# EXHIBIT 5

| | |
|---|---|
| **From:** | Sally Abbey |
| **Sent:** | Friday, August 22, 2025 4:55 PM |
| **To:** | Michael Pugliese |
| **Cc:** | 'Rebecca.Phillips@lanierlawfirm.com'; 'mas@ciresiconlin.com'; 'aevans@dickersonoxton.com'; Chelsea Dickerson; PORT PPF PFS |
| **Subject:** | PPF Delinquency Notice LTR Port MDL No. 3081 |
| **Attachments:** | Stinson PPF Delinquency Letter.pdf |

Counsel,

Please see attached correspondence regarding delinquent Plaintiff Profile Form in MDL 3081.

Thank you,
Sally Abbey



**SALLY ABBEY SENIOR PARALEGAL**
sally.abbey@nelsonmullins.com

**50 N. LAURA STREET | 41ST FLOOR**
**JACKSONVILLE, FL 32202**
T **904.665.3600** F **904.665.3699**
**NELSONMULLINS.COM**

 **NELSON MULLINS**

**NELSON MULLINS RILEY & SCARBOROUGH LLP**
ATTORNEYS AND COUNSELORS AT LAW

201 17th Street NW, Suite 1700
Atlanta, GA 30363
T: 404.322.6000  F: 404.322.6050
**nelsonmullins.com**

Elizabeth A. Falconer
T: 404.322.6265
**elizabeth.falconer@nelsonmullins.com**

August 22, 2025

**VIA EMAIL**
Seeger Weiss LLP
550 Broad St
Newark, NJ 07102
MPugliese@SeegerWeiss.com

> **RE:**  **Delinquent Plaintiff Profile Form,** *In re Bard Implanted Port Catheter*
> *Products Liability Litigation*, **2:23-md-03081-DGC, MDL No. 3081; Leila**
> **Stinson**

Dear Counsel:

Under Second Amended Case Management Order ("CMO") No. 8, entered on January 21, 2025 (Doc. 2369), Plaintiff Leila Stinson was required to serve a Plaintiff Profile Form ("PPF") via MDL Centrality by August 6, 2025. *See* Doc. 2369 at 2 (Second Amended CMO 8); *see also* Doc. 477 at 1-2 (Amended CMO 8); Doc. 113 at 1 (CMO 8). To date, we have not received a PPF from plaintiff, and it also appears that you have not registered with MDL Centrality. As a result, we are sending this delinquency notice via email and not through MDL Centrality.

Pursuant to Second Amended CMO 8, plaintiff has twenty-one (21) days from the date of this letter to submit a completed PPF and all accompanying records via MDL Centrality. As is provided for in the Second Amended CMO 8, we reserve the right to move to dismiss plaintiff's claims should plaintiff fail to comply with this deadline. *See* Doc. 2369 at 6 ("If a Plaintiff does not submit a PPF within the time specified in this Order, Defendants shall send a communication through MDL Centrality stating that Defendants may request dismissal during a regular case management conference if a PPF and the accompanying records are not received within 21 days."); *see also* Doc. 477 at 5; Doc. 113 at 4.

August 22, 2025
Page 2


We look forward to hearing from you.


Very truly yours,




Elizabeth A. Falconer

EF
CC:    Plaintiffs' Leadership Committee
       portppf-pfs@nelsonmullins.com

4864-6124-9773 v.1