# EXHIBIT 6

| | |
|---|---|
| **From:** | Sally Abbey |
| **Sent:** | Friday, August 22, 2025 4:22 PM |
| **To:** | cmooney@gorilaw.com |
| **Cc:** | 'Rebecca.Phillips@lanierlawfirm.com'; 'mas@ciresiconlin.com'; 'aevans@dickersonoxton.com'; Chelsea Dickerson; PORT PPF PFS |
| **Subject:** | PPF Delinquency Notice LTRs Port MDL No. 3081 |
| **Attachments:** | Wilson PPF Delinquency Letter.pdf; Blackburn PPF Delinquency Letter.pdf; Lillehei PPF Delinquency Letter.pdf |

Counsel,

Please see attached correspondence regarding delinquent Plaintiff Profile Forms in MDL 3081.

Thank you,
Sally Abbey



**SALLY ABBEY SENIOR PARALEGAL**
sally.abbey@nelsonmullins.com
**50 N. LAURA STREET | 41ST FLOOR**
**JACKSONVILLE, FL 32202**
T 904.665.3600    F 904.665.3699
**NELSONMULLINS.COM**

1



**NELSON MULLINS RILEY & SCARBOROUGH LLP**
ATTORNEYS AND COUNSELORS AT LAW

Elizabeth A. Falconer
T: 404.322.6265
elizabeth.falconer@nelsonmullins.com

201 17th Street NW, Suite 1700
Atlanta, GA 30363
T: 404.322.6000  F: 404.322.6050
nelsonmullins.com

August 22, 2025

**VIA EMAIL**
THE GORI LAW FIRM, P.C.
156 N. Main Street
Edwardsville, IL 62025
cmooney@gorilaw.com

      **RE:** **Delinquent Plaintiff Profile Form,** *In re Bard Implanted Port Catheter Products Liability Litigation,* **2:23-md-03081-DGC, MDL No. 3081; Deandra Aguiar obo Barbara Wilson**

Dear Counsel:

      Under Second Amended Case Management Order ("CMO") No. 8, entered on January 21, 2025 (Doc. 2369), Plaintiff Deandra Aguiar obo Barbara Wilson was required to serve a Plaintiff Profile Form ("PPF") via MDL Centrality by August 11, 2025. *See* Doc. 2369 at 2 (Second Amended CMO 8); *see also* Doc. 477 at 1-2 (Amended CMO 8); Doc. 113 at 1 (CMO 8). To date, we have not received a PPF from plaintiff, and it also appears that you have not registered with MDL Centrality. As a result, we are sending this delinquency notice via email and not through MDL Centrality.

      Pursuant to Second Amended CMO 8, plaintiff has twenty-one (21) days from the date of this letter to submit a completed PPF and all accompanying records via MDL Centrality. As is provided for in the Second Amended CMO 8, we reserve the right to move to dismiss plaintiff's claims should plaintiff fail to comply with this deadline. *See* Doc. 2369 at 6 ("If a Plaintiff does not submit a PPF within the time specified in this Order, Defendants shall send a communication through MDL Centrality stating that Defendants may request dismissal during a regular case management conference if a PPF and the accompanying records are not received within 21 days."); *see also* Doc. 477 at 5; Doc. 113 at 4.

August 22, 2025
Page 2

    We look forward to hearing from you.

                                      Very truly yours,



                                      Elizabeth A. Falconer

EF
CC:   Plaintiffs' Leadership Committee
       portppf-pfs@nelsonmullins.com

4864-6124-9773 v.1