# EXHIBIT 9



**NELSON MULLINS RILEY & SCARBOROUGH LLP**
ATTORNEYS AND COUNSELORS AT LAW

Elizabeth A. Falconer
T: 404.322.6265
elizabeth.falconer@nelsonmullins.com

201 17th Street NW, Suite 1700
Atlanta, GA 30363
T: 404.322.6000  F: 404.322.6050
nelsonmullins.com

September 2, 2025

**VIA MDL CENTRALITY PURSUANT TO CMO NO.8**

Law Firm of Stephen M Reck LLC
P.O. Box 431
North Stonington, CT 63591

> RE: In re: Bard Implanted Port Catheter Products Liability Litigation
> Plaintiff Profile Form for SUSAN WELLS

Dear Counsel:

    This firm represents the Defendants in the above-referenced civil action. We received your client's Plaintiff Profile Form ("PPF"). This letter is written pursuant to CMO No. 8 which requires each Plaintiff to answer **every** question in the PPF (even if the answer is "not applicable," "N/A" or "unknown,"), and requires each Plaintiff to produce all requested records. We write to inform you of the following deficiencies:

| Document | PPF Section No. | PPF Question | Deficiency |
|---|---|---|---|
| Plaintiff Profile Form | 2 | Social Security No. (last four digits only): | Failed to respond. |
| Plaintiff Profile Form | 3 | Name of Bard Implanted Port Catheter Product ("Device"): | Failed to respond. |
| Plaintiff Profile Form | 3 | Model Number/Product Code: | Failed to respond. |
| Plaintiff Profile Form | 3 | Lot Number: | Failed to respond. |
| Plaintiff Profile Form | 3 | Date of implant: | Failed to respond. |

September 2, 2025
Page 2

| Document | PPF Section No. | PPF Question | Deficiency |
|---|---|---|---|
| Plaintiff Profile Form | 3 | Provide the medical record, your medical alert card, or other documentation showing your Device Product Code and Lot Number. | Plaintiff indicated in their profile form that the medical record, medical alert card, or other documentation showing the Device Product Code and Lot Number are attached, but did not produce medical records containing this information. As explained in Second Amended CMO 8, Defendants cannot comply with disclosure requirements of the DPF pertaining to manufacturing information and the Device History Record ("DHR") until the Plaintiff provides proof of the product code and lot number for the device at issue. If Plaintiff has a medical alert card or additional information, e.g., billing records usually contain product identification, please submit those to MDL Centrality. |
| Plaintiff Profile Form | 3 | Doctor: | Failed to respond. |
| Plaintiff Profile Form | 3 | Provide medical records for the implant of the Device. | Plaintiff did not provide any medical records reflecting the implant of the Device. Please produce the implant operative report for the subject device. |
| Plaintiff Profile Form | 4 | For each complication identified above, provide medical records relating to the first diagnosis of each complication. | No medical records supporting the diagnosis alleged were provided. Please produce diagnostic records. |
| Plaintiff Profile Form | 5 | Doctor: | Failed to respond. |

September 2, 2025
Page 3

| Document | PPF Section No. | PPF Question | Deficiency |
|---|---|---|---|
| Plaintiff Profile Form | 5 | Provide medical records for the removal/attempted removal and the procedure involved. | Plaintiff did not provide any medical records reflecting the removal of the Device. Please produce the removal operative report for the subject device. |
| Plaintiff Profile Form | 5 | Was the Device identified in Section 3 preserved after removal? | Failed to respond. |
| Plaintiff Profile Form | 9 | Date: | Failed to respond. |
| Plaintiff Profile Form | 9 | Signature of Plaintiff: | Failed to respond. The electronic "signature" provided does not comply with Second Amended CMO 8. Pursuant to Second Amended CMO 8, "[a]ny PPF served as of the date of this Second Amended CMO shall bear either a handwritten signature, a secured electronic signature similar to that in the form above, or an electronic signature accompanied by a verification by counsel that the plaintiff reviewed the PPF before it was served." Please provide a verification that complies with Second Amended CMO 8. |

Please correct these deficiencies and upload an amended profile form and all requested records within 15 days as required by CMO No. 8. If you have any questions, please contact me by email at PortPPF-PFS@nelsonmullins.com.

Best regards.

          Very truly yours,

          /s/ Elizabeth A. Falconer

          Elizabeth A. Falconer

EF:jdc
cc: Plaintiff's leadership
　　Kate Helm