# EXHIBIT 10

# LEVIN, ROJAS, CAMASSAR, AND RECK, LLC

PO BOX 431
NORTH STONINGTON, CT 06359
PHONE: (860) 206 5012
FAX: (860) 955 6138

**Stephen M. Reck** stephen@lrcr.law
**Jose Rojas** jose@lrcr.law
**Paul Levin** paul@lrcr.law
**Scott D. Camassar** scott@lrcr.law

**John J. Nazzaro, of Counsel**
jnazzaro@lrcr.law
**Jaclyn Paride** jaclyn@lrcr.law
**Jeremy Levin** jeremy@lrcr.law

Date: September 3, 2025
Re: Susan Wells
Plaintiff Profile Form Deficiencies

We are writing to inform you that we have made the decision to discontinue representation of Susan Wells in connection with her claim. After a thorough review, it was determined that the device in question does not meet the eligibility criteria required for the claim to proceed.

Please let us know if you require any additional information or documentation regarding this matter. We appreciate your understanding and are available to discuss further if needed.

Sincerely,

Paul Levin Esq.
Attorney
Levin, Rojas, Camassar and Reck LLC
40 Russ Street
Hartford, CT 06106
Phone: (860) 206 5012
Fax: (860) 955 6138