# EXHIBIT 11

1  Edward J. Fanning (admitted *pro hac vice*)
   McCARTER & ENGLISH, LLP
2  Four Gateway Center
   100 Mulberry Street
3  Newark, New Jersey 07102
   EFanning@mccarter.com
4

5  Richard B. North, Jr. (Admitted *Pro Hac Vice*)
   NELSON MULLINS RILEY &
   SCARBOROUGH, LLP
6  Atlantic Station
   201 17th Street, NW, Ste. 1700
7  Atlanta, GA  30363
   Phone: (404) 322-6000
8  Fax: (404) 322-6050
   Email: richard.north@nelsonmullins.com
9

10 Attorneys for Defendants Bard Access Systems, Inc.; C. R. Bard, Inc.;
   Bard Peripheral Vascular, Inc. and Becton Dickinson.
11

12                    **IN THE UNITED STATES DISTRICT COURT**

13                      **FOR THE DISTRICT OF ARIZONA**

14

15  In re Bard IVC Filters Products          No.. MDL-23-03801-PHX-DGC
    Liability Litigation
16                                            **Defendants' Interrogatory Response**
    Ann Otzenberger                          **Pursuant to Case Management Order**
17                                            **No. 38**
    2:25-cv-00149-DGC
18

19

20         Pursuant to Case Management Order No. 38 (Doc 4738) and Fed. R. Civ. P.

21  33(b)(3), Defendants Bard Access Systems, Inc.; C. R. Bard, Inc.; Bard Peripheral

22  Vascular, Inc. and Becton Dickinson and Company ("Defendants") hereby state as

23  follows:

24         Defendants have made a diligent search to identify the information concerning

25  sales representatives sought by the Defendants' Profile Form, and despite those efforts,

26  have been unable to do so.

27

28

4939-1396-7201 v.2

VERIFICATION

I, Tracey Anderson, state that I am *Sr. Manager, Commercial Business Integration* and an authorized agent of C.R. Bard, Inc., for the purposes of these Interrogatory Answer; that I have read the attached Interrogatory response and know its content; that I am employed by C.R. Bards. Inc.;; that the answer is based on and therefore necessarily limited by the records and information still in existence, presently recollected, and thus far discovered in the course of the preparation of this answer; that I and C.R. Bard, Inc., consequently reserve the right to make any changes in the answer if it appears at any time that omissions or errors have been made or that more accurate information is available; and that, subject to limitations stated, the answer is true to the best of my knowledge, information, and belief.

I declare under penalty of perjury that the foregoing answers are true and correct to the best of my knowledge, information, and belief.

_____
TRACEY ANDERSON


Dated:  August 21, 2025

1    DATED this 22nd day of August, 2025.

2                                          NELSON MULLINS RILEY &
                                           SCARBOROUGH, LLP
3

4                                          By: */s/ Richard B. North, Jr.*
                                           Richard B. North, Jr.
                                           (Admitted Pro Hac Vice)
5                                          Atlantic Station
                                           201 17th St. NW, Ste. 1700
6                                          Atlanta, GA 30363
                                           Phone: (404) 322-6155
7                                          Fax: (404) 322-6050
                                           richard.north@nelsonmullins.com
8
                                           MCCARTER & ENGLISH, LLP
9

10                                         By: */s/ Edward J. Fanning, Jr.*
                                           Edward J. Fanning, Jr.
                                           (Admitted Pro Hac Vice)
11                                         Four Gateway Center
                                           100 Mulberry Street
12                                         Newark, NJ 07102
                                           Phone: (973) 639-7927
13                                         Fax: (973) 297-3868
                                           efanning@mccarter.com
14

15                                         *Attorneys for Defendants*

16

17

18

19

20

21

22

23

24

25

26

27

28

4939-1396-7201 v.2