IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard Implanted Port Catheter Products Liability Litigation | MDL No. 3081<br><br>**CASE MANAGEMENT ORDER NO. 39**<br><br>**(Twentieth Case Management Conference)**<br><br>(Applies to All Actions) |

The Court held a Twentieth Case Management Conference with the parties on September 18, 2025. *See* Doc. 5168. This order reflects matters discussed and decided during the conference.

1. The Court will hold a Twenty-First Case Management Conference on **October 31, 2025 at 10:00 a.m.** Arizona time. The conference will be held by Zoom. By close of business on **October 29, 2025**, the parties shall file a joint memorandum.

2. Plaintiffs Laurie Bryant, 25-cv-02057, and Leila Stinson, 25-cv-02353, shall provide complete and signed Plaintiff Profile Forms ("PPFs) by **October 3, 2025**. *See* Doc. 5132 at 7.

3. The Court will issue an order to show cause for four Plaintiffs who failed to serve a PPF as required by Second Amended CMO 8: Julie Waters, 25-cv-00307; Heather Jackson, 25-cv-00489; Barbara Wilson (PR Deandra Aguiar), 25-cv-02435; and Jennifer Lillehei, 25-cv-02524. *See id.*

4. The Court will issue an order to show cause for Plaintiff Susan Wells, 25-cv-02563, who failed to respond to a PPF deficiency letter and provide medical records. *See id.* at 7-8.

5. Regarding Plaintiff Ann Otzenberger, 25-cv-00149, Defendants shall, by **September 26, 2025**, submit to Plaintiffs a new interrogatory response under Federal Rule of Civil Procedure 33(b)(3) with a revised verification as discussed during the case management conference. *See id.* at 8-9; Docs. 5132-11, 4738 ¶ 4.

6. By **October 31, 2025**, Defendants shall produce complaint files to Plaintiffs for the following cases: Jennifer Hrdina, 25-cv-01057; Brittany Detrick, 25-cv-00924; Wendy Thomas, 25-cv-01359; Gene Vigil, 25-cv-01341; and Olga Melendez Aponte, 25-cv-01303. *See* Doc. 5132 at 9.

7. By **October 31, 2025**, the following Plaintiffs shall provide updated PPFs that identify both the product information and the date of implant: Reyna Flores, 25-cv-02735; Charlene Jones-Barnes, 25-cv-02740; Brigitte Liederer, 25-cv-02815; Pamela Outsey-Askew (PR Kelsie Outsey-Askew), 25-cv-02843; Zenobia Williams, 25-cv-02844; and Linda Thomas, 25-cv-02846. *See id.* at 11-18.

8. Regarding the case involving Rachael Poppell, 25-cv-00191, who was deceased at the time the short-form complaint was filed, Defendants shall share relevant legal authority with Plaintiff's counsel, and, if necessary after good faith conferral, may file a motion to dismiss. *See id.* at 18-19.

Dated this 19th day of September, 2025.

David G. Campbell
Senior United States District Judge