1
2
3
4
5
6

## IN THE UNITED STATES DISTRICT COURT

7

## FOR THE DISTRICT OF ARIZONA

8

| IN RE: Bard Implanted Port Catheter Products Liability Litigation | MDL No. 3081 |
|---|---|

**FIFTH AMENDED CASE MANAGEMENT ORDER NO. 33 RE: BELLWETHER GROUP 1 SCHEDULE FOR COOK, 23-CV-1975**

9
10
11
12
13

Pursuant to Amended Case Management Order ("CMO") 10 and CMO 31 (Docs. 2128, 2669), and upon Plaintiffs' motion and for good cause shown, the Court enters this Fifth Amended CMO modifying the deadlines set forth in the Amended CMO 33, Section V for *Cook*, 23-cv-1975 (Doc. 3867). Except as modified herein, CMO 33 (Doc. 2937), Amended CMO 33 (Doc. 3867), Second Amended CMO 33 (Doc. 4446), Third Amended CMO 33 (Doc. 4878), and Fourth Amended CMO 33 (Doc. 5007) remain in effect.

14
15
16
17
18
19
20

**Bellwether Group 1 Schedule for *Cook*, 23-cv-1975:**

21

| Action | Current Deadline | New Deadline |
|---|---|---|
| Completion of case-specific expert depositions | October 23, 2025 | October 23, 2025 (remains unchanged) |
| Completion of case-specific expert deposition of *Cook* expert Dr. Allos | October 23, 2025 | October 28, 2025 |
| Case-specific motions to exclude experts and motions for summary judgment | October 28, 2025 | October 28, 2025 (remains unchanged) |

22
23
24
25
26
27
28

| Case-specific motions to exclude *Cook* expert Dr. Allos | October 28, 2025 | November 4, 2025 |
| Responses to case-specific motions | November 25, 2025 | November 25, 2025 (remains unchanged) |
| Responses to case-specific motion to exclude *Cook* expert Dr. Allos | November 25, 2025 | December 2, 2025 |
| Replies to case-specific motions | December 9, 2025 | December 9, 2025 (remains unchanged) |
| Replies to case-specific motion to exclude *Cook* expert Dr. Allos | December 9, 2025 | December 16, 2025 |

Dated this 7th day of October, 2025.

David G. Campbell
Senior United States District Judge