IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard Implanted Port Catheter Products Liability Litigation | MDL No. 3081<br><br>**CASE MANAGEMENT ORDER NO. 41**<br><br>**(Adjusted Bellwether Trial Schedule)** |

    The parties have filed 52 motions under Federal Rule of Evidence 702 and Federal Rule of Civil Procedure 56. At the Court's request, the parties have prepared a chart identifying the priority in which these motions should be decided. Doc. 6017. The parties request that the Court rule on 27 motions before the first bellwether trial (Cook) and 10 motions before the second bellwether trial (Miller). Fewer motions must be resolved before the following trials, although additional motions are likely to be filed on the Divelbliss case.

    After evaluating these motions and the Court's schedule on other cases in the coming two months, including trials in two cases, the Court concludes that the bellwether trial schedule must be adjusted. The Court accordingly adopts the following adjusted schedule:

| Case | Start Date | End Date |
|---|---|---|
| Robert Cook, 23-cv-01975 | April 21, 2026[1] | May 8, 2026 |
| Wanda Miller, 24-cv-00621 | July 7, 2026 | July 24, 2026 |
| May Lattanzio, 24-cv-00680 | August 18, 2026 | September 4, 2026 |
| Kimberly Divelbliss, 23-cv-01627 | October 13, 2026 | October 30, 2026 |
| Judy Hicks, 23-cv-01703 | December 1, 2026 | December 18, 2026 |
| Lloyd Sorensen, 23-cv-02557 | February 2, 2027 | February 19, 2027 |

Dated this 14th day of November, 2025.

*David G. Campbell*
David G. Campbell
Senior United States District Judge

---

[1] Note that this trial starts a week earlier than the previous April trial schedule.