# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard Implanted Port Catheter Products Liability Litigation | MDL No. 3081 <br><br> **CASE MANAGEMENT ORDER NO. 43** <br><br> **(Twenty-Third Case Management Conference)** <br><br> (Applies to All Actions) |

The Court held a Twenty-Third Case Management Conference with the parties on January 15, 2026. *See* Doc. 6811. This order reflects matters discussed and decided during the conference.

1. The Court will hold a Twenty-Fourth Case Management Conference on **February 19, 2026 at 1:00 p.m.** Arizona time. The conference will be held by Zoom. By close of business on **February 17, 2026**, the parties shall file a joint memorandum.

2. The Court will issue a separate case management order setting a final pretrial conference and pretrial schedule for the Cook bellwether trial. *See* Doc. 6793 at 2.

3. The pending Rule 702 motions and motions for summary judgment for Cook were discussed during the conference. *See* Doc. 6017-1 at 1. The parties shall promptly inform the Court whether certain motions should be prioritized. If any motions do not need to be decided before the Cook trial in light of rulings the Court makes on other motions, the parties shall promptly inform the Court.

4. The deadline for completing the Rule 30(b)(6) net worth deposition (*see* Docs. 2094 at 2, 6793 at 2) is extended to **February 18, 2026**.

5. Dr. Dim's medical records for the Divelbliss case were discussed. *See* Doc. 6793 at 3-4. The parties shall work together cooperatively and make their best efforts to obtain all outstanding medical records from Dr. Dim within the next month. If the records are not obtained, the issue shall be addressed at the next case management conference and the Court will consider Defendants' request for permission to seek enforcement in the Western District of Texas of the subpoena issued to Dr. Dim.

6. The January 16, 2026 deadline for case-specific expert witness depositions in the Divelbliss case (*see* Doc. 6175 at 1) is extended with respect to Dr. Steven MacLean due to medical issues he is experiencing. *See* Doc. 6793 at 4. Defendants shall work with Dr. MacLean to reschedule his deposition for February or early March 2026. The parties shall provide an update at the next case management conference.

7. Plaintiff Robin Bourell, 25-cv-04094, served an incomplete PPF. *See id.* at 8. The Court will issue a separate order compelling Plaintiff Bourell to serve a complete PPF (with medical records) by **January 30, 2026**.

8. Plaintiffs Calisa Hammond, 25-cv-03311, and Henrietta Page, 25-cv-04277, served incomplete PPFs and did not respond to Defendants' deficiency letters. *See id.* at 8-9. The Court will issue a separate order compelling these Plaintiffs to serve <u>verified</u> supplemental PPFs by **January 30, 2026**.

9 Defendants shall produce the overdue complaint file for Plaintiff Roshonda Ferrell, 25-cv-02575, by **February 16, 2026**. *See id.* at 11.

10. Plaintiff Christine Schneck has filed duplicate complaints: (1) a complaint in this MDL, 25-cv-03145, filed on August 29, 2025 by Schlesinger Law Offices; and (2) a complaint in New Jersey Superior Court, BER-L-008497-25, filed on December 22, 2025 by Wilentz, Goldman & Spitzer. *See id.* at 13. Plaintiff Schneck's counsel in these cases shall confer and dismiss one of the cases by **February 16, 2026**.

11. Issues concerning motions to seal were discussed during the conference. *See id.* As soon as possible before **February 6, 2026**, the parties shall jointly **lodge under seal** a single document that: (1) specifically identifies by document number the exhibits that should no longer be subject to the motions to seal;[1] and (2) provides attachments of every exhibit where the parties have competing redaction proposals, with Plaintiffs' proposed redactions highlighted in yellow and Defendants' proposed redactions highlighted in blue. The parties are permitted to lodge this document without an accompanying motion to seal. The Clerk's Office is directed to file the document under seal after its lodging.

Dated this 16th day of January, 2026.

_David G. Campbell_
David G. Campbell
Senior United States District Judge

---

[1] The Court will proceed with the understanding that the listed exhibit can be filed publicly and no redactions or sealings are being requested. If agreed-upon redactions are sought, the filing should clearly identify them.