# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard Implanted Port Catheter Products Liability Litigation | MDL No. 3081 |
| | **CASE MANAGEMENT ORDER NO. 45** |
| | **(Twenty-Fourth Case Management Conference)** |
| | (Applies to All Actions) |

The Court held a Twenty-Fourth Case Management Conference with the parties on February 19, 2026.  *See* Doc. 7186.  This order reflects matters discussed and decided during the conference.

1.    The Court will hold a Twenty-Fifth Case Management Conference on **March 19, 2026 at 1:00 p.m.** Arizona time.  The conference will be held by Zoom.  By close of business on **March 17, 2026**, the parties shall file a joint memorandum.

2.    The parties shall provide the Court with an update on the status of the Miller case by **March 6, 2026**.  *See* Doc. 7169 at 2-3.

3.    The parties shall submit to the Court their deposition designations for the Cook trial by **March 30, 2026**.  As discussed during the conference, the parties should endeavor to limit their submission to testimony they actually intend to present at trial.

1

4. The deposition of Dr. MacLean in the Divelbliss case may be taken on **April 10, 2026**. *See id.* at 10.

5. The parties shall meet and confer regarding the completeness of the Plaintiff Profile Form ("PPF") served by Plaintiff Regina Waites, 25-cv-04725, and Defendants may request an order compelling compliance by **February 27, 2026**. *See id.* at 10-12. If Plaintiffs oppose such an order, Defendants' request should describe Plaintiffs' position.

6. Counsel for Plaintiff Robert Poole, 25-cv-04093, shall have until **April 6, 2026** to file a motion to substitute. *See id.*

7. Plaintiff Robin Bourell, 25-cv-04094, shall serve a verified PPF by **March 23, 2026**. *See id.* at 11-13.

8. Plaintiff Henrietta Page, 25-cv-04227, shall serve a verified PPF by **March 9, 2026**. *See id.*

9. The juror questionnaire for the Cook trial will be sent to prospective jurors by early March 2026. Forty prescreened jurors will appear for voir dire and ten jurors will be seated for trial.

10. The parties shall promptly inform the Court if any pending Rule 702 motions do not need to be decided before the Cook trial in light of rulings the Court makes on other motions.

Dated this 20th day of February, 2026.

David G. Campbell
Senior United States District Judge

2