IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

IN RE:  Bard Implanted Port Catheter Products Liability Litigation

MDL No. 3081

THIS DOCUMENT RELATES TO:

**ORDER**

*Robert Michael Cook*
*Civil Case No. 2:23-cv-1975-DGC*

Upon consideration of Defendants Becton, Dickinson and Company's, C. R. Bard, Inc.'s, Bard Access Systems, Inc.'s, and Bard Peripheral Vascular, Inc.'s (collectively, "Defendants") Motion to Bifurcate Trial, to facilitate the orderly presentation of evidence, avoid undue prejudice, promote judicial economy, and for other good cause shown, the Motion is hereby granted.

**IT IS ORDERED** that, pursuant to Fed. R. Civ. P. 42(b), the trial of this case will be bifurcated into separate phases. In the first phase, the jury will only determine liability and any compensatory damages. In a second phase, if necessary, the jury will determine whether punitive damages should be awarded and, if so, in what amount.