| ✎AO 435<br>AZ Form (Rev. 10/2023) | Administrative Office of the United States Courts<br>**TRANSCRIPT ORDER** | **FOR COURT USE ONLY**<br>**DUE DATE:** |
|---|---|---|

| 1. NAME Leonard Winters | 2. PHONE NUMBER<br>212-404-0608 | 3. DATE 5/7/26 |
|---|---|---|

**4. FIRM NAME**  Gordon Haskett Research Advisors

| 5. MAILING ADDRESS 441 Lexington Avenue | 6. CITY New York | 7. STATE NY | 8. ZIP CODE |
|---|---|---|---|

| 9. CASE NUMBER 23-md-3081 | 10. JUDGE Campbell | DATES OF PROCEEDINGS | |
|---|---|---|---|
| | | 11. 5/7/26 | 12. 5/8/26 |

| 13. CASE NAME Cook v BD et al (23-cv-1975) | LOCATION OF PROCEEDINGS | |
|---|---|---|
| | 14. CITY Phoenix | 15. STATE AZ |

**16. ORDER FOR**
- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [x] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested.)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [x] CLOSING ARGUMENT (Plaintiff) | 5/7/26 | [ ] PRE-TRIAL PROCEEDING | |
| [x] CLOSING ARGUMENT (Defendant) | 5/7/26 | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) | closings - 5/7/26 |
| [ ] SENTENCING | | | verdict - 5/8/26 |
| [ ] BAIL HEARING | | | trial phase 2 - 5/8/26 |

**18. ORDER**

| CATEGORY | ORIGINAL + 1<br>(original to Court,<br>copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES | DELIVERY INSTRUCTIONS<br>(Check all that apply.) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30-Day (Ordinary) | [ ] | [ ] | | [ ] PAPER COPY | |
| 14-Day Transcript | [ ] | [ ] | | | |
| 7-Day (Expedited) | [ ] | [ ] | | [x] PDF (e-mail) | |
| 3 -Day Transcript | [ ] | [ ] | | | |
| Next-Day (Daily) | [ ] | [x] | | [ ] ASCII (e-mail) | |
| 2-Hour (Hourly) | [ ] | [ ] | | | |
| Realtime Transcript | [ ] | [ ] | | E-MAIL ADDRESS<br>Leonard.Winters@gordonhaskett.com | |

CERTIFICATION (19. & 20.)  By signing below, I certify that I will pay all charges (deposit plus additional).

**NOTE:  IF ORDERING MORE THAN ONE FORMAT, THERE WILL BE AN ADDITIONAL CHARGE.**

19. SIGNATURE  /s/ Leonard Winters

20. DATE  5/7/26

| TRANSCRIPT TO BE PREPARED BY | | | ESTIMATE TOTAL | |
|---|---|---|---|---|
| ORDER RECEIVED | DATE | BY | PROCESSED BY | PHONE NUMBER |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

**DISTRIBUTION:**   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY