**DISTRICT JUDGE'S CIVIL MINUTES**
# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA – PHOENIX

**U.S. District Judge:  David G. Campbell**                     **Date: May 8, 2026**

**Case Number: MD-23-3081-PHX-DGC (CV-23-1975)**

**IN RE: Bard Implanted Port Catheter Products Liability Litigation**
     **(Robert Cook v Becton, Dickinson and Company, et al.)**

| APPEARANCES: | Plaintiff Counsel | Defendants Counsel |
|---|---|---|
| | Michael A. Sacchet | Richard B. North, Jr. |
| | Megan L. Odom | Edward J. Fanning, Jr. |
| | Kyle Wislocky | Elizabeth (Kate) Helm |
| | Thomas Pirtle | |
| | Gabriel Assaad | |

**JURY TRIAL (DAY 13):**

8:31 a.m. Counsel and Defendants' client representative Krista Haskins are present. The jury is not present. Jury Questions 5 and 6, received at the end of the day on May 7, 2026, are discussed further. Written responses, as well as two charts listing exhibit information, as requested, will be provided to the jury by the bailiff. Rebecca L. Phillips, MDL lead counsel for Plaintiffs, advises the Court of her departure from the Lanier Law Firm and proposes Rachel Lanier to take her place in the litigation. Proper application and documentation will be submitted in the next week or so for the Court's consideration. 8:44 a.m. Court stands at recess.

*9:00 a.m. The jury is all present in the jury room and deliberations resume.*

*12:00 p.m. to 1:15 p.m. The jury recesses deliberations for a lunch recess.*

1:58 p.m. Court reconvenes with counsel and Defendants' client representative present. The jury is not present. The Court has received additional questions from the jury (Question Nos. 7 and 8). The questions and proposed answers are discussed. Written responses will be provided to the jury by the bailiff. 2:14 p.m. Court stands at recess.

2:21 p.m. Court reconvenes with counsel and Defendants' client representative present. The jury is not present. Discussion is held as to the punitive damages phase, if necessary. In an effort to streamline the presentation, discussion is held as to exhibits the Plaintiff would offer during that phase of the trial. An additional requested instruction is briefly addressed. Counsel are advised the jury has reached a verdict.

3:19 p.m. The jury is now present. Verdict read and entered in favor of the Defendants on the Failure to Warn or Instruct Claim and the Consumer Fraud Claim. The jury confirms it was unable to reach unanimous verdicts on the Design Defect Claim and Unlawful Trade Practices Claim. 3:23 p.m. The jury is excused; court remains in session. The verdict returned is briefly discussed. Defense counsel advises the Court that the trial team is in agreement with the dates proposed for the *Divelbliss* trial.

**MD-23-3081-PHX-DGC (CV-23-1975)**    **May 8, 2026**

**IN RE: Bard Implanted Port Catheter Products Liability Litigation
(Robert Cook v Becton, Dickinson and Company, et al.)**    Page 2 of 2

3:26 p.m. Trial concludes.

Courtroom Deputy: Kathy Ballard                    **1 hr, 34 mins**
Court Reporter: Scott Coniam                       **Start:** 8:31 AM
                                                   **End:** 3:26 PM