☒ FILED          ☐ LODGED

**May 08 2026**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard Implanted Port Catheter Products Liability Litigation | MDL No. 3081 |
| Robert Cook, | No. CV-23-01975-PHX-DGC |
| Individual Plaintiff, | |
| v. | **JURY QUESTIONS DURING DELIBERATIONS** |
| Becton Dickinson and Company, et al., | |
| Defendants. | |

1

**JUROR QUESTION**

#1. Specific to MR Cook's power port or All power ports of BARD)

For question N # 1

INSTRUCTION 16 — THE POWERPORT? MR COOK'S PORT ONLY

OR ALL POWER PORTS?

Submitted by Juror No. _____1_____

Date: _____

**RESPONSE**

In response to your question:

On August 24, 2022, Plaintiff received a Bard Powerport M.R.I. Implantable Port with a Chronoflex catheter.  Plaintiff claims that the design of this version of the PowerPort was defective.

_David G. Campbell_
Judge David G. Campbell

May 7, 2026

3:00 p.m.



## JUROR QUESTION

Would we be able to get additional copies of the questions on the verdict form for reference during discussion?

Submitted by Juror No. 02

Date: 05/07/26

## RESPONSE

**JUROR QUESTION**

what are the rules / instructions of the binders when we leave the juny room?

Submitted by Juror No. 02

Date: 05/07/26

**RESPONSE**

In response to your questions:

We will provide you with extra copies of the verdict form.  Only one copy should be completed by your presiding juror at the end of your deliberations.

You can leave your notes in the jury room during breaks and overnight.  Nobody will read or disturb them

_Daniel G. Campbell_

Judge David G. Campbell

May 7, 2026

3:30 p.m.

**JUROR QUESTION**

For question 1 on the verdict form, does it refer to the individual device placed in mr. cook? Or does it refer to multiple devices of the same port type?

Submitted by Juror No. 2

Date: 05/07/26

**RESPONSE**

In response to your question:

On August 24, 2022, Plaintiff received a Bard Powerport M.R.I. Implantable Port with a Chronoflex catheter. Plaintiff claims that the design of this type of Bard ports – the Bard PowerPort M.R.I with Chronoflex catheter – was defective, and therefore that the design of the port he received was defective.

*Daniel G. Campbell*

Judge David G. Campbell

May 7, 2026

3:50 p.m.

**JUROR QUESTION**

If we cannot come to a unanimous decision, at what point do we stop deliberations? And what is the outcome?

Submitted by Juror No. 02

Date: 05/07/26

**RESPONSE**

In response to your question:

Consistent with Instruction No. 25, please make your best effort to reach a unanimous verdict.

If you are unable to reach a unanimous verdict on some part of the verdict form, please continue your deliberations on the other parts of the verdict form.

*David G. Campbell*
_____
Judge David G. Campbell

May 8, 2026

9:00 a.m.

## JUROR QUESTION

CAN WE GET A MAPPING OF THE LIST OF ADMITTED EXHIBITS

EXAMPLE:   30 - WHAT IS IT? WHEN USED?

PLEASE INCLUDE ALL EXHIBITS IN THE TABLE

Submitted by Juror No. ___3___

Date: ___5/7/26___

## RESPONSE

In response to your question, we have prepared two charts.

Chart A lists the exhibits admitted in evidence in numerical order.

Chart B lists the same exhibits admitted in evidence, but in the order of the witnesses during whose testimony they were admitted.

_David G. Campbell_

Judge David G. Campbell

May 8, 2026

9:00 a.m.

| Exhibit No. | Document Description | Deposition Ex. No. | Date Admitted | Witness |
|---|---|---|---|---|
| 30 | PowerPoint "Implantable Ports" | Acuna 30(b)(6), 2/26/25, Ex. 29 | 4/28/2026 | Acuna 30(B)(6) |
| 73 | 03/03/2011 Email from Blaber, David re: FW: SCCM P1CC IJ blinded survey | Blaber, 2/18/25, Ex. 03 | 4/29/2026 | Blaber |
| 75 | National Sales Meeting Opening Draft Speech Notes | Blaber, 2/18/25, Ex. 05 | 4/26/2026 | Blaber |
| 96 | Bard Access Systems Summit Questions/Responses Oct/Nov 2012 | Blaber, 2/18/25, Ex. 26 | 5/5/2026 | Blaber |
| 119 | David Cise Consulting Agreement, dated June 17, 2024 | Cise, 10/21/24, Ex. 01 | 4/22/2026 | Cise |
| 121 | PowerPoint Port Cheat Sheet | Cise, 10/21/24, Ex. 03 | 4/22/2026 | Cise |
| 122 | Bard Design Input Requirement Standard Operating Procedure, revision 11 | Cise, 10/21/24, Ex. 04 | 4/22/2026 | Cise |
| 131 | Email re: Breakdown of Complaints for Ports, dated November 30, 2012 | Cise, 10/21/24, Ex. 13 | 4/22/2026 | Cise |
| 134 | AMC Titanium PowerPort Project Opportunity Appraisal Function Team Approvals for POA #59840 | Cise, 10/21/24, Ex. 16 | 4/22/2026 | Cise |
| 138 | Bard Design Input Summary Antimicrobial PowerPorts and Associated Catheters, revision 2 | Cise, 10/21/24, Ex. 20 | 4/22/2026 | Cise |
| 139 | PowerPort Implanted Port & Catheter with Avertex Antimicrobial Coating Traditional 510(k) Premarket Notification | Cise, 10/21/24, Ex. 21 | 4/22/2026 | Cise |
| 144 | Predicate device - for regulatory strategy & trend consideration only | Cise, 10/21/24, Ex. 26 | 4/22/2026 | Cise |
| 145 | Email re: DIS for Carbothane/ChronoFlex catheters. dated May 29, 2008 | Cise, 10/21/24, Ex. 27 | 4/22/2026 | Cise |
| 146 | Email re: Groovy Tubing, dated September 30, 2008 | Cise, 10/21/24, Ex. 28 | 4/22/2026 | Cise |
| 147 | Picture of a whiteboard re: Groovy / 00Spec Tubing AMC PP | Cise, 10/21/24, Ex. 29 | 4/22/2026 | Cise |
| 159 | Email re: Chronoflex Thrombosis Test Result, dated October 6, 2014 | Cise, 10/21/24, Ex. 41 | 4/22/2026 | Cise |
| 160 | Email re: SEM photos of BioFlo, standard Chronoflex, extruded smooth ChronoFlex, fire polished smooth ChronoFlex | Cise, 10/21/24, Ex. 42 | 4/22/2026 | Cise |
| 161 | PowerPoint: BioFlo vs. ChronoFlex Port Catheter Surface Profilometry | Cise, 10/21/24, Ex. 43 | 4/22/2026 | Cise |
| 163 | Memo re: Rationale for surface profilometry specification for smooth ChronoFlex catheter for ports, dated January 21, 2015 | Cise, 10/21/24, Ex. 45 | 4/22/2026 | Cise |
| 171 | Anti-thrombogenic Matrix Summary | Cise, 10/22/24, Ex. 53 | 4/22/2026 | Cise |
| 180 | Brochure: BioFlo Ports with Endexo Technology | | 4/29/2026 | Christian |
| 236 | Anti-infective PICC and Port Technologies | | 4/29/2026 | Christian |
| 254 | PowerPort Design Input Summary Report, revision 1 | | 4/22/2026 | Hurst |
| 308 | PowerPoint "Monthly R&D Franchise Update Port Team" dated January 20, 2014 | Freasier 30(b)(6), 2/27/25, Ex. 02 | 4/24/2026 | Freasier 30b6 |
| 310 | 05/09/2011 Blood Loop Testing of ChronoFlex and Silicone Catheters Approval Sheet | Freasier 30(b)(6), 2/27/25, Ex. 04 | 4/24/2026 | Freasier 30b6 |
| 311 | In Vitro Blood Loop Results for TRC Ports Catheter Project | Freasier 30(b)(6), 2/27/25, Ex. 05 | 4/24/2026 | Freasier 30b6 |
| 312 | Email chain between Spencer Thomas, John Evans, David Cise, Brandon Smith, Jeff Hockersmith, and Jeremy Cox re: Port catheters blood loop, dated April 19, 2013 | Freasier 30(b)(6), 2/27/25, Ex. 06 | 4/24/2026 | Freasier 30b6 |
| 313 | Study No. 130408BMT1, Run 1 Experiment #1, dated April 16, 2013 | Freasier 30(b)(6), 2/27/25, Ex. 07 | 4/24/2026 | Freasier 30b6 |
| 314 | Study No. 130408BMT1, Run 2 Experiment #2, dated April 16, 2013 | Freasier 30(b)(6), 2/27/25, Ex. 08 | 4/24/2026 | Freasier 30b6 |
| 315 | Study No. 130408BMT1, Run 3 Experiment #3, dated April 16, 2013 | Freasier 30(b)(6), 2/27/25, Ex. 09 | 4/24/2026 | Freasier 30b6 |
| 316 | Study No. 130408BMT1, Run 1 Experiment #4, dated April 17, 2013 | Freasier 30(b)(6), 2/27/25, Ex. 10 | 4/24/2026 | Freasier 30b6 |
| 317 | Study No. 130408BMT1, Run 2 Experiment #5, dated April 17, 2013 | Freasier 30(b)(6), 2/27/25, Ex. 11 | 4/24/2026 | Freasier 30b6 |
| 318 | Thrombodyne Results Study # 120104BMA1 | Freasier 30(b)(6), 2/27/25, Ex. 12 | 4/24/2026 | Freasier 30b6 |
| 320 | Email chain between Murtaza Amin, Darvid Cise, Matt Trebella, and Attilio Difiore re: 10-225-411 Data, dated December 23, 2010 | Freasier 30(b)(6), 2/27/25, Ex. 14 | 4/24/2026 | Freasier 30b6 |

| Exhibit No. | Document Description | Deposition Ex. No. | Date Admitted | Witness |
|---|---|---|---|---|
| 321 | Port Conclusion Summary | Freasier 30(b)(6), 2/27/25, Ex. 15 | 4/24/2026 | Freasier 30b6 |
| 323 | PowerPort Implanted Port & Catheter with Avertex Antimicrobial Coating Traditional 510(k) Premarket Notification | Freasier 30(b)(6), 2/27/25, Ex. 17 | 4/24/2026 | Freasier 30b6 |
| 324 | Email chain between Murtaza Amin, David Cise, Matt Trebella, and Attilio Difiore re: 10-225-411 Data, dated December 21, 2010 | Freasier 30(b)(6), 2/27/25, Ex. 18 | 4/24/2026 | Freasier 30b6 |
| 327 | Cascade/Eureka, Material Center of Excellence (Mat CoE) Innovation Secondary Review, dated June 10, 2020 | Freasier 30(b)(6), 2/27/25, Ex. 21 | 4/24/2026 | Freasier 30b6 |
| 387 | Bard Memo re: Covidien Competitive Port Testing, dated December 23, 2014 | Kraemer, 12/16/24, Ex. 15 | 4/24/2026 | Kraemer |
| 406 | Bard PowerPoint: PICC Franchise Review | | 5/5/2026 | McFarland |
| 409 | Email re: Do we print cost coating now on the AMC catheter?, dated June 9, 2014 | | 5/6/2026 | Powers |
| 600 | Design Input Summary | Sheffield 30(b)(6), 2/24/25, Ex. 04 | 4/22/2026 | Sheffield 30b6 |
| 601 | Monthly R&D Franchise Update Port Team, January 20, 2014 | Sheffield 30(b)(6), 2/24/25, Ex. 05 | 4/22/2026 | Sheffield 30b6 |
| 602 | Pilot Sheep Study at APS | Sheffield 30(b)(6), 2/24/25, Ex. 06 | 4/22/2026 | Sheffield 30b6 |
| 603 | Long Term Growth Initiatives C.R. Bard | Sheffield 30(b)(6), 2/24/25, Ex. 07 | 4/22/2026 | Sheffield 30b6 |
| 604 | Email chain between David Cise, John Evans, and Spencer Thomas re: SEM photos of BioFlo, Standard Chronoflex, extruded smooth ChronoFlex, fire polished smooth ChronoFlex, dated August 29, 2014 | Sheffield 30(b)(6), 2/24/25, Ex. 08 | 4/22/2026 | Sheffield 30b6 |
| 607 | PowerPort Design Input Summary Report | Sheffield 30(b)(6), 2/24/25, Ex. 11 | 4/22/2026 | Sheffield 30b6 |
| 612 | Email chain between Attilio Difiore, Logan Peterson, Annemarie Boswell, David Cise, Kevin Sheetz, Elizabeth Richardson, Kelly Christian, Judi Albiston, Dwight Hibdon, John Evans, Mark Vader, Matt Draper, Elizabeth Richardson, Amber Brown, Asher Cameron, Mike Curtis, Lisa Ung, and Jeremy Hansen re: DIS for Carbothane/ChronoFlex catheters, dated May 20, 2008 | Sheffield 30(b)(6), 2/24/25, Ex. 16 | 4/22/2026 | Sheffield 30b6 |
| 613 | Port Catheter ChronoFlex Replacement; Phase 1: Study Migration and Phase II: Alcohol Resistant Resin (ARR) Project Scope, undated | Sheffield 30(b)(6), 2/24/25, Ex. 17 | 4/22/2026 | Sheffield 30b6 |
| 615 | AdvanSource Biomaterials, Inc., Project WATCH BPV NBD Assessment Memorandum, dated November 1, 2014 | Sheffield 30(b)(6), 2/24/25, Ex. 19 | 4/22/2026 | Sheffield 30b6 |
| 616 | Email chain between Jeff Hockersmith, William Nelson, and John Evans re: Project WATCH update, dated October 6, 2014 | Sheffield 30(b)(6), 2/24/25, Ex. 20 | 4/22/2026 | Sheffield 30b6 |
| 617 | Study # 120104BMA1 Thrombodyne | Sheffield 30(b)(6), 2/24/25, Ex. 21 | 4/22/2026 | Sheffield 30b6 |
| 620 | In Vitro Blood Loop Results for TRC Ports Catheter Project (produced in native format) | Sheffield 30(b)(6), 2/24/25, Ex. 24 | 4/22/2026 | Sheffield 30b6 |
| 621 | Anti-Thrombogenic Matrix Summary | Sheffield 30(b)(6), 2/24/25, Ex. 25 | 4/22/2026 | Sheffield 30b6 |
| 624 | Antimicrobial (AMC) PowerPort Indications for Use PowerPoint, dated November 2008 | Sheffield 30(b)(6), 2/24/25, Ex. 28 | 4/22/2026 | Sheffield 30b6 |
| 625 | Predicate Device for the Port Catheter System | Sheffield 30(b)(6), 2/24/25, Ex. 29 | 4/22/2026 | Sheffield 30b6 |
| 629 | Email chain between Spencer Thomas, John Evans, and David Cise re: TRC bullets 5/30/14 and KB Q's response, dated June 13, 2014 | Sheffield 30(b)(6), 2/24/25, Ex. 33 | 4/22/2026 | Sheffield 30b6 |
| 632 | TRC Project risks | Sheffield 30(b)(6), 2/24/25, Ex. 36 | 4/22/2026 | Sheffield 30b6 |
| 633 | Memorandum re: TTR Summary for April, 2011, dated April 20, 2011 | Sheffield 30(b)(6), 2/24/25, Ex. 37 | 4/22/2026 | Sheffield 30b6 |
| 636 | Bard PowerPoint: Monthly R&D Franchise Update, Port Team, dated January 20, 2014 | Thomas, Spencer 12/5/24, Ex. 03 | 4/24/2026 | Thomas |
| 637 | Bard Anti-Thrombotic PowerPort Implantable Port POA-61629, revision 0 | Thomas, Spencer 12/5/24, Ex. 04 | 4/24/2026 | Thomas |

Chart A

| Exhibit No. | Document Description | Deposition Ex. No. | Date Admitted | Witness |
|---|---|---|---|---|
| 639 | Chart: Response to BioFlo Port Catheters and Submission Strategy for TRC (Revised 3/10/2014) | Thomas, Spencer 12/5/24, Ex. 06 | 4/24/2026 | Thomas |
| 641 | Email re: Port catheters blood loop, dated April 19, 2013 | Thomas, Spencer 12/5/24, Ex. 08 | 4/24/2026 | Thomas |
| 642 | Photo: Study No. 130408BMT1, Run 1, Experiment #1, dated April 16, 2013 | Thomas, Spencer 12/5/24, Ex. 09 | 4/24/2026 | Thomas |
| 643 | Photo: Study No. 130408BMT1, Run 2, Experiment #2, dated April 16, 2013 | Thomas, Spencer 12/5/24, Ex. 10 | 4/24/2026 | Thomas |
| 644 | Photo: Study No. 130408BMT1, Run 3, Experiment #3, dated April 16, 2013 | Thomas, Spencer 12/5/24, Ex. 11 | 4/24/2026 | Thomas |
| 645 | Photo: Study No. 130408BMT1, Run 1, Experiment #4, dated April 17, 2013 | Thomas, Spencer 12/5/24, Ex. 12 | 4/24/2026 | Thomas |
| 646 | Photo: Study No. 130408BMT1, Run 2, Experiment #5, dated April 17, 2013 | Thomas, Spencer 12/5/24, Ex. 13 | 4/24/2026 | Thomas |
| 647 | Email re: Port blood loop results, dated October 30, 2013 | Thomas, Spencer 12/5/24, Ex. 14 | 4/24/2026 | Thomas |
| 648 | TRC Port Catheter Project Summary Report, dated December 9, 2013 | Thomas, Spencer 12/5/24, Ex. 15 | 4/24/2026 | Thomas |
| 649 | TRC Port Catheter Project Summary Report, dated March 4, 2014 | Thomas, Spencer 12/5/24, Ex. 16 | 4/24/2026 | Thomas |
| 655 | Pilot Sheet Study at APS, Port Catheters, 31 day in vivo study, dated January 9, 2014 – February 10, 2014 | Thomas, Spencer 12/5/24, Ex. 22 | 4/24/2026 | Thomas |
| 656 | PowerPoint: Pilot Sheet Study at APS, Port Catheters, 31 day in vivo study, dated January 9, 2014 – February 10, 2014 | Thomas, Spencer 12/5/24, Ex. 23 | 4/24/2026 | Thomas |
| 674 | Email re: Breakdown of Complaints for Ports, dated November 30, 2012 | Thomas, Spencer 12/5/24, Ex. 41 | 4/24/2026 | Thomas |
| 673 | Email re: Semprus TRC, dated November 19, 2012 | Thomas, Spencer 12/5/24, Ex. 40 | 4/24/2026 | Thomas |
| 668 | Product comparison of multiple ports | Thomas, Spencer 12/5/24, Ex. 35 | 4/24/2026 | Thomas |
| 662 | List of TRC Project risks | Thomas, Spencer 12/5/24, Ex. 29 | 4/24/2026 | Thomas |
| 660 | Email re: APS Project ID: APS16-0952; APS Study ID: PKX127-IS04 | | 5/5/2026 | McFarland |
| 695 | BD Corporate Medical Affairs Procedure, Periodic Safety Update Report for Power Injectable Implantable Ports | | 5/6/2026 | Modra |
| 967 | Applied Research & Technology Group Memo To DHFR 269; M269-12 from Russell Bjorklund, Andy Hansen re status of the Interface Biologics, Inc. "Endexo" thromboresistent technology on the PowerPICC | | 4/29/2026 | Christian |
| 1144 | Memo to DHF #268-003 re Engineering Evaluation of Antibacterial Coating on Port Catheters, dated June 25, 2007 | | 4/23/2026 | Sheikhi |
| 1077 | 04/11/2011 Email from Christian, Kelly re: RE: Heads frozen | | 4/29/2026 | Christian |
| 1074 | 10/20/2008 PowerPoint - 3YP2008-Kelly2.ppt | | 4/24/2026 | Sheikhi |
| 1194 | DIS58910-0 final.doc [Design Input Summary (DIS58910)] | | 4/28/2026 | Camins |
| 1263 | BioBloc approved IFU.pdf | | 4/28/2026 | Camins |
| 1390 | 8/20/2014 BF NonInferior ProjCharter 20140819 DMC-BIN.docx | | 5/5/2026 | Prechtel |
| 1499 | 9/12/2014 PKX057 Final Report 12September2014.pdf | | 5/5/2026 | McFarland |
| 1509 | 7/30/2013 PowerPoint - Division_Visit_(Port)_0729R.ppt [PPT – Japan Port Business] | | 4/23/2026 | Sheikhi |
| 1525 | 3/4/2014 PowerPoint - TRC Feas Review Phase 1 FINAL.pptx | | 4/23/2026 | Sheikhi |
| 1594 | 07/02/2014 Email from Boyle, Kevin re: Re: TRC update | | 4/23/2026 | Sheikhi |
| 1635 | 12/9/2019 Tailored Surface Team Presentation - FY20 Mat COE Innovation Blitz Technology Review | | 4/28/2026 | Camins |
| 1774 | 6/27/2022 2022-06-24 Howe Award Nomination - COE - Pivotal Patent Impact - Catheter Material Portfolio.docx | | 4/24/2026 | Sheikhi |

Case 2:23-md-03081-DGC    Document 8403    Filed 05/08/26    Page 16 of 28

| Exhibit No. | Document Description | Deposition Ex. No. | Date Admitted | Witness |
|---|---|---|---|---|
| 1899 | 3/8/2012 Bard Performance Planning and Assessment for Managers for Kelly Christian (2011) | | 4/30/2026 | Christian |
| 1933 | 04/26/2013 Email from Christian, Kelly re: RE: Chronoflex | | 4/30/2026 | Freasier |
| 2130 | 10/24/2022 VAD NPD Day 10.24.2022-Final.pdf | | 4/29/2026 | Christian |
| 2166 | 07/30/2008 Email from Cameron, Asher re: RE: Survey on Veins for Life | | 4/29/2026 | Christian |
| 2197 | 07/05/2018 Email from Prechtel, Ericka re: RE: [External] Polyol & Chronoflex | | 5/6/2026 | Powers |
| 2327 | 1/17/2014 PowerPoint - Technology Review Port Team, final.pptx | | 4/23/2026 | Sheikhi |
| 2427 | 07/22/2022 Email from Philp, Brendan re: RE: AMC and HLD | | 4/29/2026 | Christian |
| 2547 | 9/16/2022 CH000049-Bard X-port ISP with Chronoflex CER-Draft-EN_rm.docx | | 4/24/2026 | Sheikhi |
| 2586 | 05/19/2015 Email from Van Vleet, John re: Re: ChronoFlex Testing | | 5/5/2026 | Prechtel |
| 2688 | 2/2/2023 MatCoE Innovation_White Paper Cascade_Eureka Draft 6-10-2020.pdf | | 4/23/2026 | Sheikhi |
| 2701 | 2014 PowerPort Implantable Port, Patient Guide | | 4/22/2026 | Hurst |
| 2729 | 09/08/1999 Superport Mind Meld Summary and Notes | | 4/22/2026 | Hurst |
| 2756 | 12/8/2014 PowerPoint, Non-Inferiority Study ChronoFlex vs BioFlo in a 31 day sheet study | | 5/5/2026 | Prechtel |
| 2763 | 4/9/2015 PowerPoint, ChronoFlex Silk Port Catheter Training Manual | | 4/23/2026 | Sheikhi |
| 2951 | 4/25/2012 Biomerics Antimicrobial Solutions - Presentation to BAS.pdf | | 4/23/2026 | Sheikhi |
| 2953 | 9/19/2008 PowerPoint - Termintor 2 090308.ppt | | 5/5/2026 | Powers |
| 2960 | 08/17/2011 Email from Powers, Kelly re: RE: Strategy Meeting Follow-up | | 5/6/2026 | Powers |
| 3506 | O'Grady, Naomi et al., Guidelines for the Prevention of Intravascular Catheter-Related Infections, 2011 (Updated July 2017), Department of Health and Human Services (2017). | | 4/28/2026 | Camins |
| 4237 | Memorandum re TTR Summary for April 2011, dated April 20, 2011 | | 4/29/2026 | Christian |
| 4245 | FDA letter re: K101432, Trade Name: The PowerPort Implanted Port & Catheter with Avertex | | 4/29/2026 | Christian |
| 4322 | PowerPoint: Development Process | | 5/5/2026 | Powers |
| 4470 | Email re: Smooth Catheter claims, RA path, and animal study, dated November 9, 2014 | | 5/6/2026 | Powers |
| 4626 | 7/28/2022 Mayo Clinic Medical Record - Office Visit in Dept. of Oncology | Adada, 3/27/25, Exhibit 2 | 4/24/2026 | Adada |
| 4627 | 8/12/2022 Mayo Clinic Medical Record - Virtual Visit in Dept. of Oncology | Adada, 3/27/25, Exhibit 3 | 4/24/2026 | Adada |
| 4628 | 8/25/2022 Mayo Clinic Medical Record - Patient Chart | Adada, 3/27/25, Exhibit 4 | 4/24/2026 | Adada |
| 4629 | 9/3/2022 Mayo Clinic Medical Record - Clinical Communication in Dept. of Oncology | Adada, 3/27/25, Exhibit 5 | 4/24/2026 | Adada |
| 4630 | 9/5/2022 Mayo Clinic Medical Record - Patient Message in Dept. of Oncology | Adada, 3/27/25, Exhibit 6 | 4/24/2026 | Adada |
| 4632 | 10/6/2022 Mayo Clinic Medical Record - Patient Message in Dept. of Oncology | Adada, 3/27/25, Exhibit 8 | 4/24/2026 | Adada |
| 4633 | 9/5/2022 Mayo Clinic Medical Record | Adada, 3/27/25, Exhibit 10 | 5/1/2026 | Adada |
| 4634 | 11/1/2022 Mayo Clinic Medical Record - Patient Message in Dept. of Oncology | Adada, 3/27/25, Exhibit 11 | 5/1/2026 | Adada |
| 4636 | 11/17/2022 Mayo Clinic Medical Record - Office Visit in Dept. of Oncology | Adada, 3/27/25, Exhibit 13 | 5/1/2026 | Adada |
| 4637 | 12/1/2022 Mayo Clinic Medical Record - Office Visit in Dept. of Oncology | Adada, 3/27/25, Exhibit 14 | 5/1/2026 | Adada |
| 4638 | 12/2/2022 Mayo Clinic Medical Record - Patient Chart | Adada, 3/27/25, Exhibit 15 | 5/1/2026 | Adada |
| 4639 | 11/7/2022 Mayo Clinic Medical Record - Patient Message in Dept. of Oncology | Adada, 3/27/25, Exhibit 16 | 5/1/2026 | Adada |
| 4640 | 1/23/2023 Mayo Clinic Medical Record - Patient Message in Dept. of Oncology | Adada, 3/27/25, Exhibit 17 | 5/1/2026 | Adada |
| 4641 | 2/2/2023 Mayo Clinic Medical Record - Office Visit in Dept. of Oncology | Adada, 3/27/25, Exhibit 18 | 5/1/2026 | Adada |
| 4642 | 2/2/2023 Mayo Clinic Medical Record - Patient Chart | Adada, 3/27/25, Exhibit 19 | 5/1/2026 | Adada |
| 4643 | 9/28/2023 Mayo Clinic Medical Record - Office Visit in Division of Hematology | Adada, 3/27/25, Exhibit 20 | 5/1/2026 | Adada |

| Exhibit No. | Document Description | Deposition Ex. No. | Date Admitted | Witness |
|---|---|---|---|---|
| 4648 | 9/3/2022 United Hospital Medical Record - Scan-Operative/Procedure Report | Baadh, 3/12/25, Exhibit 4 | 5/1/2026 | Baadh |
| 4649 | 9/3/2022 United Hospital Medical Record - Imaging Report - Venous Port Removal | Baadh, 3/12/25, Exhibit 5 | 5/1/2026 | Baadh |
| 4650 | 9/3/2022 United Hospital Medical Record - IV Catheter Culture Lab Result | | 4/22/2026 | Hurst |
| 4652 | 9/3/2022 United Hospital Medical Record - Informed Consent Form | Baadh, 3/12/25, Exhibit 8 | 5/1/2026 | Baadh |
| 4682 | 8/24/2022 Mayo Clinic Medical Record - Port Placement Procedure | Frimpong, 3/18/25, Exhibit 02 | 4/24/2026 | Frimpong |
| 4684 | 2015 PowerPort Instructions for Use | | 4/22/2026 | Hurst |
| 4685 | 9/28/2022 Mayo Clinic Medical Record - Port Placement Procedure | Frimpong, 3/18/25, Exhibit 05 | 4/28/2026 | Frimpong |
| 4688 | 8/24/2022 Mayo Clinic Medical Record - Implant Procedure Note | Frimpong, 3/18/25, Exhibit 08 | 4/29/2026 | Frimpong |
| 4689 | 8/24/2022 Mayo Clinic Medical Record - Port Placement Procedural Consent Form | Frimpong, 3/18/25, Exhibit 09 | 4/29/2026 | Frimpong |
| 4690 | 9/28/2022 Mayo Clinic Medical Record - Implant Procedure Note | Frimpong, 3/18/25, Exhibit 10 | 4/29/2026 | Frimpong |
| 4691 | 8/24/2022 Mayo Clinic Medical Record - Implants, Product Information | Frimpong, 3/18/25, Exhibit 11 | 4/29/2026 | Frimpong |
| 4692 | 8/24/2022 Mayo Clinic Medical Record - IV Assessment Flowsheet | Frimpong, 3/18/25, Exhibit 12 | 4/24/2026 | Frimpong |
| 4693 | 8/25/2022 Mayo Clinic Medical Record - Patient Message in Dept. of Oncology | | 4/28/2026 | Potter |
| 4694 | 2014 PowerPort Patient Guide | Frimpong, 3/18/25, Exhibit 14 | 4/24/2026 | Frimpong |
| 4701 | Mayo Clinic Patient Education Video - Homepump Ambulatory Infusion System | McGuigan Oglesbee, 7/21/25, Exhibit 07 | 5/1/2026 | Oglesbee |
| 4717 | 9/3/2022 United Hospital Medical Record - Hospitalization History and Physical | Sutter, 3/19/25, Exhibit 02 | 4/28/2026 | Sutter |
| 4718 | 9/3/2022 United Hospital Medical Record - Emergency Dept. Admission | Sutter, 3/19/25, Exhibit 03 | 4/24/2026 | Sutter |
| 4719 | 9/3/2022 United Hospital Medical Record - Emergency Dept. Staff Note | | 5/7/2026 | n/a |
| 4720 | 9/3/2022 United Hospital Medical Record - Infectious Disease Consultation Note | Sutter, 3/19/25, Exhibit 05 | 4/24/2026 | Sutter |
| 4722 | 9/3/2022 United Hospital Medical Record - Hospitalist Progress Note | Sutter, 3/19/25, Exhibit 07 | 4/24/2026 | Sutter |
| 4724 | 9/3/2022 United Hospital Medical Record - Hospitalist Discharge Summary | Sutter, 3/19/25, Exhibit 09 | 4/24/2026 | Sutter |
| 4725 | 9/3/2022 United Hospital Medical Record - Query Response Note | Sutter, 3/19/25, Exhibit 10 | 4/24/2026 | Sutter |
| 4730 | 9/3/2022 United Hospital Medical Record - Nursing Shift Care Plan Summary Note | Sutter, 3/19/25, Exhibit 15 | 4/24/2026 | Sutter |
| 4732 | 9/3/2022 United Hospital Medical Record - Infectious Disease Progress Note | Sutter, 3/19/25, Exhibit 17 | 4/24/2026 | Sutter |
| 4758 | Global Complaint Detail Report | | 5/6/2026 | Modra |
| 4790 | 03/14/2017 AllPoints Port Access System Brochure | | 5/5/2026 | Powers |
| 4861 | 08/10/2022 Mayo Clinic Procedural Consent Form for CT Guided Lung Biopsy | | 4/22/2026 | Hurst |
| 5120 | Photograph of Robert Cook and Ann Potter Wedding | | 4/24/2026 | Cook |
| 5121 | Photograph of Robert Cook and Ann Potter | | 4/24/2026 | Cook |
| 5122 | Photograph of Robert Cook | | 4/24/2026 | Cook |
| 10,052 | 01/25/2023 Patient Message Mayo Clinic | | 5/7/2026 | n/a |
| 10,065 | 07/20/2022, CT Chest | | 5/1/2026 | Musher |
| 10,073 | 08/10/2022, Fine Needle Aspiration Biopsy | | 5/1/2026 | Musher |
| 10,086 | 08/24/2022, Procedure Consent | | 4/22/2026 | Hurst |
| 10,104 | 09/03/2022, ER Triage Note | | 5/7/2026 | n/a |
| 10,105 | 09/03/2022, Blood Culture | | 4/22/2026 | Hurst |
| 10,129 | 09/05/2022, Blood Culture | | 5/7/2026 | n/a |
| 10,133 | 09/05/2022, Progress Note | | 5/7/2026 | n/a |
| 10,157 | 09/08/2022, PICC Insertion | | 5/7/2026 | n/a |
| 10,161 | 09/09/2022, Primary Care Provider Note | | 5/7/2026 | n/a |

| Exhibit No. | Document Description | Deposition Ex. No. | Date Admitted | Witness |
|---|---|---|---|---|
| 10,162 | 09/12/2022, Primary Care Provider Visit | | 5/7/2026 | n/a |
| 10,168 | 09/21/2022, Oncology Visit | | 5/7/2026 | n/a |
| 10,172 | 09/22/2022, Chemotherapy | | 5/7/2026 | n/a |
| 10,174 | 09/26/2022, Infusion Discharge Note | | 5/7/2026 | n/a |
| 10,203 | 10/31/2022, CT Chest w/contrast | | 5/7/2026 | n/a |
| 10,225 | 12/02/2022, Port Access | | 5/7/2026 | n/a |
| 10,272 | 04/12/2023, Oncology Visit | | 5/7/2026 | n/a |
| 10,739 | Final-PKX077-IS04 Final Report Amendment 1 with QA statement - A Chronic GLP Study to Assess the Thrombogenicity of an Implanted Port Catheter in Comparison to a Control Catheter in the Jugular Veins of Normal Healthy Sheep | | 5/5/2026 | Prechtel |
| 10,975 | CQA-STD-54 Rev 07 Standard for Medical Device Reporting | | 5/6/2026 | Modra |
| 11,767 | M600-108-000 Super Simulant Worst-Case Rationale.pdf | | 4/30/2026 | Freasier |
| 12,006 | PKX077-IS04 Final Report 08January2015.pdf | | 5/5/2026 | Prechtel |
| 12,025 | PKX067-IS04 Final Report 19December2014 - American Preclinical Services: A Chronic Non-GLP Study to Assess the Thrombogenicity of an Implanted Port Catheter in Comparison to a Control Catheter in the Jugular Veins of Normal Healthy Sheep | | 5/5/2026 | Prechtel |
| 12,135 | RA58705-019_REV_19 PowerPort Design Risk Management Plan, Assessment and Report | | 5/6/2026 | Modra |
| 12,749 | RBA-8551_REV_0 Risk/Benefit Analysis - Implantable Ports Master Benefit-Risk Analysis | | 5/6/2026 | Modra |
| 13,200 | Safety Communications _ Lubricious Coating Separation from Intravascular....pdf | | 5/1/2026 | Tillman |
| 13,210 | K113225-Semprus Nylus PICC 510k | | 4/29/2026 | Christian |
| 13,215 | PKX050 Final Report 24March2015.pdf | | 5/5/2026 | McFarland |
| 13,520 | PKX039 Final Report 06May2014 - A Chronic GLP Study to Assess the Thrombogenicity and Tissue Response of an Implanted IV Catheter in the Jugular Veins of Normal Healthy Sheep | | 5/5/2026 | McFarland |
| 13,538 | S120634R0 - Competitive Port Analysis: Bard vs. AngioDynamics - ChronoFlex Catheter vs. BioFlo Catheter In-Vivo Thrombogenicity Study | | 5/5/2026 | Prechtel |
| 14,538 | Semprus Coating - Engineering Beyond the Device, Semprus Surfaces Enabling More Efficacious and Cost Effective Medical Devices, June 2010 B Financing | | 4/29/2026 | Christian |
| 14,557 | FDA Guidance - Premarket Notification Submissions for Medical Devices that Include Antimicrobial Agents (July 2007 - Expired 201 | | 5/1/2026 | Tillman |
| 14,578 | Antimicrobial FDA presentation – Sept. 20, 2016 (available at https://wayback.archive-it.org/7993/20201227192228/https://www.fda.gov/media/100442/download) | | 5/1/2026 | Tillman |

Chart B

| Exhibit No. | Document Description | Deposition Ex. No. | Date Admitted | Witness |
|---|---|---|---|---|
| 254 | PowerPort Design Input Summary Report, revision 1 | | 4/22/2026 | Hurst |
| 2701 | 2014 PowerPort Implantable Port, Patient Guide | | 4/22/2026 | Hurst |
| 2729 | 09/08/1999 Superport Mind Meld Summary and Notes | | 4/22/2026 | Hurst |
| 4650 | 9/3/2022 United Hospital Medical Record - IV Catheter Culture Lab Result | | 4/22/2026 | Hurst |
| 4684 | 2015 PowerPort Instructions for Use | | 4/22/2026 | Hurst |
| 4861 | 08/10/2022 Mayo Clinic Procedural Consent Form for CT Guided Lung Biopsy | | 4/22/2026 | Hurst |
| 10,086 | 08/24/2022, Procedure Consent | | 4/22/2026 | Hurst |
| 10,105 | 09/03/2022, Blood Culture | | 4/22/2026 | Hurst |
| 119 | David Cise Consulting Agreement, dated June 17, 2024 | Cise, 10/21/24, Ex. 01 | 4/22/2026 | Cise |
| 121 | PowerPoint Port Cheat Sheet | Cise, 10/21/24, Ex. 03 | 4/22/2026 | Cise |
| 122 | Bard Design Input Requirement Standard Operating Procedure, revision 11 | Cise, 10/21/24, Ex. 04 | 4/22/2026 | Cise |
| 131 | Email re: Breakdown of Complaints for Ports, dated November 30, 2012 | Cise, 10/21/24, Ex. 13 | 4/22/2026 | Cise |
| 134 | AMC Titanium PowerPort Project Opportunity Appraisal Function Team Approvals for POA #59840 | Cise, 10/21/24, Ex. 16 | 4/22/2026 | Cise |
| 138 | Bard Design Input Summary Antimicrobial PowerPorts and Associated Catheters, revision 2 | Cise, 10/21/24, Ex. 20 | 4/22/2026 | Cise |
| 139 | PowerPort Implanted Port & Catheter with Avertex Antimicrobial Coating Traditional 510(k) Premarket Notification | Cise, 10/21/24, Ex. 21 | 4/22/2026 | Cise |
| 144 | Predicate device - for regulatory strategy & trend consideration only | Cise, 10/21/24, Ex. 26 | 4/22/2026 | Cise |
| 145 | Email re: DIS for Carbothane/ChronoFlex catheters. dated May 29, 2008 | Cise, 10/21/24, Ex. 27 | 4/22/2026 | Cise |
| 146 | Email re: Groovy Tubing, dated September 30, 2008 | Cise, 10/21/24, Ex. 28 | 4/22/2026 | Cise |
| 147 | Picture of a whiteboard re: Groovy / 00Spec Tubing AMC PP | Cise, 10/21/24, Ex. 29 | 4/22/2026 | Cise |
| 159 | Email re: Chronoflex Thrombosis Test Result, dated October 6, 2014 | Cise, 10/21/24, Ex. 41 | 4/22/2026 | Cise |
| 160 | Email re: SEM photos of BioFlo, standard Chronoflex, extruded smooth ChronoFlex, fire polished smooth ChronoFlex | Cise, 10/21/24, Ex. 42 | 4/22/2026 | Cise |
| 161 | PowerPoint: BioFlo vs. ChronoFlex Port Catheter Surface Profilometry | Cise, 10/21/24, Ex. 43 | 4/22/2026 | Cise |
| 163 | Memo re: Rationale for surface profilometry specification for smooth ChronoFlex catheter for ports, dated January 21, 2015 | Cise, 10/21/24, Ex. 45 | 4/22/2026 | Cise |
| 171 | Anti-thrombogenic Matrix Summary | Cise, 10/22/24, Ex. 53 | 4/22/2026 | Cise |
| 600 | Design Input Summary | Sheffield 30(b)(6), 2/24/25, Ex. 04 | 4/22/2026 | Sheffield 30b6 |
| 601 | Monthly R&D Franchise Update Port Team, January 20, 2014 | Sheffield 30(b)(6), 2/24/25, Ex. 05 | 4/22/2026 | Sheffield 30b6 |
| 602 | Pilot Sheep Study at APS | Sheffield 30(b)(6), 2/24/25, Ex. 06 | 4/22/2026 | Sheffield 30b6 |
| 603 | Long Term Growth Initiatives C.R. Bard | Sheffield 30(b)(6), 2/24/25, Ex. 07 | 4/22/2026 | Sheffield 30b6 |
| 604 | Email chain between David Cise, John Evans, and Spencer Thomas re: SEM photos of BioFlo, Standard Chronoflex, extruded smooth ChronoFlex, fire polished smooth ChronoFlex, dated August 29, 2014 | Sheffield 30(b)(6), 2/24/25, Ex. 08 | 4/22/2026 | Sheffield 30b6 |
| 607 | PowerPort Design Input Summary Report | Sheffield 30(b)(6), 2/24/25, Ex. 11 | 4/22/2026 | Sheffield 30b6 |

| Exhibit No. | Document Description | Deposition Ex. No. | Date Admitted | Witness |
|---|---|---|---|---|
| 612 | Email chain between Attilio Difiore, Logan Peterson, Annemarie Boswell, David Cise, Kevin Sheetz, Elizabeth Richardson, Kelly Christian, Judi Albiston, Dwight Hibdon, John Evans, Mark Vader, Matt Draper, Elizabeth Richardson, Amber Brown, Asher Cameron, Mike Curtis, Lisa Ung, and Jeremy Hansen re: DIS for Carbothane/ChronoFlex catheters, dated May 20, 2008 | Sheffield 30(b)(6), 2/24/25, Ex. 16 | 4/22/2026 | Sheffield 30b6 |
| 613 | Port Catheter ChronoFlex Replacement; Phase 1: Study Migration and Phase II: Alcohol Resistant Resin (ARR) Project Scope, undated | Sheffield 30(b)(6), 2/24/25, Ex. 17 | 4/22/2026 | Sheffield 30b6 |
| 615 | AdvanSource Biomaterials, Inc., Project WATCH BPV NBD Assessment Memorandum, dated November 1, 2014 | Sheffield 30(b)(6), 2/24/25, Ex. 19 | 4/22/2026 | Sheffield 30b6 |
| 616 | Email chain between Jeff Hockersmith, William Nelson, and John Evans re: Project WATCH update, dated October 6, 2014 | Sheffield 30(b)(6), 2/24/25, Ex. 20 | 4/22/2026 | Sheffield 30b6 |
| 617 | Study # 120104BMA1 Thrombodyne | Sheffield 30(b)(6), 2/24/25, Ex. 21 | 4/22/2026 | Sheffield 30b6 |
| 620 | In Vitro Blood Loop Results for TRC Ports Catheter Project (produced in native format) | Sheffield 30(b)(6), 2/24/25, Ex. 24 | 4/22/2026 | Sheffield 30b6 |
| 621 | Anti-Thrombogenic Matrix Summary | Sheffield 30(b)(6), 2/24/25, Ex. 25 | 4/22/2026 | Sheffield 30b6 |
| 624 | Antimicrobial (AMC) PowerPort Indications for Use PowerPoint, dated November 2008 | Sheffield 30(b)(6), 2/24/25, Ex. 28 | 4/22/2026 | Sheffield 30b6 |
| 625 | Predicate Device for the Port Catheter System | Sheffield 30(b)(6), 2/24/25, Ex. 29 | 4/22/2026 | Sheffield 30b6 |
| 629 | Email chain between Spencer Thomas, John Evans, and David Cise re: TRC bullets 5/30/14 and KB Q's response, dated June 13, 2014 | Sheffield 30(b)(6), 2/24/25, Ex. 33 | 4/22/2026 | Sheffield 30b6 |
| 632 | TRC Project risks | Sheffield 30(b)(6), 2/24/25, Ex. 36 | 4/22/2026 | Sheffield 30b6 |
| 633 | Memorandum re: TTR Summary for April, 2011, dated April 20, 2011 | Sheffield 30(b)(6), 2/24/25, Ex. 37 | 4/22/2026 | Sheffield 30b6 |
| 1074 | 10/20/2008 PowerPoint - 3YP2008-Kelly2.ppt | | 4/24/2026 | Sheikhi |
| 1144 | Memo to DHF #268-003 re Engineering Evaluation of Antibacterial Coating on Port Catheters, dated June 25, 2007 | | 4/23/2026 | Sheikhi |
| 1509 | 7/30/2013 PowerPoint - Division_Visit_(Port)_0729R.ppt [PPT – Japan Port Business] | | 4/23/2026 | Sheikhi |
| 1525 | 3/4/2014 PowerPoint - TRC Feas Review Phase 1 FINAL.pptx | | 4/23/2026 | Sheikhi |
| 1594 | 07/02/2014 Email from Boyle, Kevin re: Re: TRC update | | 4/23/2026 | Sheikhi |
| 1774 | 6/27/2022 2022-06-24 Howe Award Nomination - COE - Pivotal Patent Impact - Catheter Material Portfolio.docx | | 4/24/2026 | Sheikhi |
| 2327 | 1/17/2014 PowerPoint - Technology Review Port Team, final.pptx | | 4/23/2026 | Sheikhi |
| 2547 | 9/16/2022 CH000049-Bard X-port ISP with Chronoflex CER-Draft-EN_rm.docx | | 4/24/2026 | Sheikhi |
| 2688 | 2/2/2023 MatCoE Innovation_White Paper Cascade_Eureka Draft 6-10-2020.pdf | | 4/23/2026 | Sheikhi |
| 2763 | 4/9/2015 PowerPoint, ChronoFlex Silk Port Catheter Training Manual | | 4/23/2026 | Sheikhi |
| 2951 | 4/25/2012 Biomerics Antimicrobial Solutions - Presentation to BAS.pdf | | 4/23/2026 | Sheikhi |
| 387 | Bard Memo re: Covidien Competitive Port Testing, dated December 23, 2014 | Kraemer, 12/16/24, Ex. 15 | 4/24/2026 | Kraemer |
| 636 | Bard PowerPoint: Monthly R&D Franchise Update, Port Team, dated January 20, 2014 | Thomas, Spencer 12/5/24, Ex. 03 | 4/24/2026 | Thomas |
| 637 | Bard Anti-Thrombotic PowerPort Implantable Port POA-61629, revision 0 | Thomas, Spencer 12/5/24, Ex. 04 | 4/24/2026 | Thomas |
| 639 | Chart: Response to BioFlo Port Catheters and Submission Strategy for TRC (Revised 3/10/2014) | Thomas, Spencer 12/5/24, Ex. 06 | 4/24/2026 | Thomas |
| 641 | Email re: Port catheters blood loop, dated April 19, 2013 | Thomas, Spencer 12/5/24, Ex. 08 | 4/24/2026 | Thomas |
| 642 | Photo: Study No. 130408BMT1, Run 1, Experiment #1, dated April 16, 2013 | Thomas, Spencer 12/5/24, Ex. 09 | 4/24/2026 | Thomas |
| 643 | Photo: Study No. 130408BMT1, Run 2, Experiment #2, dated April 16, 2013 | Thomas, Spencer 12/5/24, Ex. 10 | 4/24/2026 | Thomas |

Chart B

| Exhibit No. | Document Description | Deposition Ex. No. | Date Admitted | Witness |
|---|---|---|---|---|
| 644 | Photo: Study No. 130408BMT1, Run 3, Experiment #3, dated April 16, 2013 | Thomas, Spencer 12/5/24, Ex. 11 | 4/24/2026 | Thomas |
| 645 | Photo: Study No. 130408BMT1, Run 1, Experiment #4, dated April 17, 2013 | Thomas, Spencer 12/5/24, Ex. 12 | 4/24/2026 | Thomas |
| 646 | Photo: Study No. 130408BMT1, Run 2, Experiment #5, dated April 17, 2013 | Thomas, Spencer 12/5/24, Ex. 13 | 4/24/2026 | Thomas |
| 647 | Email re: Port blood loop results, dated October 30, 2013 | Thomas, Spencer 12/5/24, Ex. 14 | 4/24/2026 | Thomas |
| 648 | TRC Port Catheter Project Summary Report, dated December 9, 2013 | Thomas, Spencer 12/5/24, Ex. 15 | 4/24/2026 | Thomas |
| 649 | TRC Port Catheter Project Summary Report, dated March 4, 2014 | Thomas, Spencer 12/5/24, Ex. 16 | 4/24/2026 | Thomas |
| 655 | Pilot Sheet Study at APS, Port Catheters, 31 day in vivo study, dated January 9, 2014 – February 10, 2014 | Thomas, Spencer 12/5/24, Ex. 22 | 4/24/2026 | Thomas |
| 656 | PowerPoint: Pilot Sheet Study at APS, Port Catheters, 31 day in vivo study, dated January 9, 2014 – February 10, 2014 | Thomas, Spencer 12/5/24, Ex. 23 | 4/24/2026 | Thomas |
| 662 | List of TRC Project risks | Thomas, Spencer 12/5/24, Ex. 29 | 4/24/2026 | Thomas |
| 668 | Product comparison of multiple ports | Thomas, Spencer 12/5/24, Ex. 35 | 4/24/2026 | Thomas |
| 673 | Email re: Semprus TRC, dated November 19, 2012 | Thomas, Spencer 12/5/24, Ex. 40 | 4/24/2026 | Thomas |
| 674 | Email re: Breakdown of Complaints for Ports, dated November 30, 2012 | Thomas, Spencer 12/5/24, Ex. 41 | 4/24/2026 | Thomas |
| 5120 | Photograph of Robert Cook and Ann Potter Wedding | | 4/24/2026 | Cook |
| 5121 | Photograph of Robert Cook and Ann Potter | | 4/24/2026 | Cook |
| 5122 | Photograph of Robert Cook | | 4/24/2026 | Cook |
| 4718 | 9/3/2022 United Hospital Medical Record – Emergency Dept. Admission | Sutter, 3/19/25, Exhibit 03 | 4/24/2026 | Sutter |
| 4720 | 9/3/2022 United Hospital Medical Record – Infectious Disease Consultation Note | Sutter, 3/19/25, Exhibit 05 | 4/24/2026 | Sutter |
| 4722 | 9/3/2022 United Hospital Medical Record – Hospitalist Progress Note | Sutter, 3/19/25, Exhibit 07 | 4/24/2026 | Sutter |
| 4724 | 9/3/2022 United Hospital Medical Record – Hospitalist Discharge Summary | Sutter, 3/19/25, Exhibit 09 | 4/24/2026 | Sutter |
| 4725 | 9/3/2022 United Hospital Medical Record – Query Response Note | Sutter, 3/19/25, Exhibit 10 | 4/24/2026 | Sutter |
| 4730 | 9/3/2022 United Hospital Medical Record – Nursing Shift Care Plan Summary Note | Sutter, 3/19/25, Exhibit 15 | 4/24/2026 | Sutter |
| 4732 | 9/3/2022 United Hospital Medical Record – Infectious Disease Progress Note | Sutter, 3/19/25, Exhibit 17 | 4/24/2026 | Sutter |
| 4682 | 8/24/2022 Mayo Clinic Medical Record – Port Placement Procedure | Frimpong, 3/18/25, Exhibit 02 | 4/24/2026 | Frimpong |
| 4692 | 8/24/2022 Mayo Clinic Medical Record – IV Assessment Flowsheet | Frimpong, 3/18/25, Exhibit 12 | 4/24/2026 | Frimpong |
| 4694 | 2014 PowerPort Patient Guide | Frimpong, 3/18/25, Exhibit 14 | 4/24/2026 | Frimpong |
| 4626 | 7/28/2022 Mayo Clinic Medical Record – Office Visit in Dept. of Oncology | Adada, 3/27/25, Exhibit 2 | 4/24/2026 | Adada |
| 4627 | 8/12/2022 Mayo Clinic Medical Record – Virtual Visit in Dept. of Oncology | Adada, 3/27/25, Exhibit 3 | 4/24/2026 | Adada |
| 4628 | 8/25/2022 Mayo Clinic Medical Record – Patient Chart | Adada, 3/27/25, Exhibit 4 | 4/24/2026 | Adada |
| 4629 | 9/3/2022 Mayo Clinic Medical Record – Clinical Communication in Dept. of Oncology | Adada, 3/27/25, Exhibit 5 | 4/24/2026 | Adada |
| 4630 | 9/5/2022 Mayo Clinic Medical Record – Patient Message in Dept. of Oncology | Adada, 3/27/25, Exhibit 6 | 4/24/2026 | Adada |
| 4632 | 10/6/2022 Mayo Clinic Medical Record – Patient Message in Dept. of Oncology | Adada, 3/27/25, Exhibit 8 | 4/24/2026 | Adada |
| 308 | PowerPoint "Monthly R&D Franchise Update Port Team" dated January 20, 2014 | Freasier 30(b)(6), 2/27/25, Ex. 02 | 4/24/2026 | Freasier 30b6 |
| 310 | 05/09/2011 Blood Loop Testing of ChronoFlex and Silicone Catheters Approval Sheet | Freasier 30(b)(6), 2/27/25, Ex. 04 | 4/24/2026 | Freasier 30b6 |
| 311 | In Vitro Blood Loop Results for TRC Ports Catheter Project | Freasier 30(b)(6), 2/27/25, Ex. 05 | 4/24/2026 | Freasier 30b6 |
| 312 | Email chain between Spencer Thomas, John Evans, David Cise, Brandon Smith, Jeff Hockersmith, and Jeremy Cox re: Port catheters blood loop, dated April 19, 2013 | Freasier 30(b)(6), 2/27/25, Ex. 06 | 4/24/2026 | Freasier 30b6 |
| 313 | Study No. 130408BMT1, Run 1 Experiment #1, dated April 16, 2013 | Freasier 30(b)(6), 2/27/25, Ex. 07 | 4/24/2026 | Freasier 30b6 |
| 314 | Study No. 130408BMT1, Run 2 Experiment #2, dated April 16, 2013 | Freasier 30(b)(6), 2/27/25, Ex. 08 | 4/24/2026 | Freasier 30b6 |
| 315 | Study No. 130408BMT1, Run 3 Experiment #3, dated April 16, 2013 | Freasier 30(b)(6), 2/27/25, Ex. 09 | 4/24/2026 | Freasier 30b6 |

| Exhibit No. | Document Description | Deposition Ex. No. | Date Admitted | Witness |
|---|---|---|---|---|
| 316 | Study No. 130408BMT1, Run 1 Experiment #4, dated April 17, 2013 | Freasier 30(b)(6), 2/27/25, Ex. 10 | 4/24/2026 | Freasier 30b6 |
| 317 | Study No. 130408BMT1, Run 2 Experiment #5, dated April 17, 2013 | Freasier 30(b)(6), 2/27/25, Ex. 11 | 4/24/2026 | Freasier 30b6 |
| 318 | Thrombodyne Results Study # 120104BMA1 | Freasier 30(b)(6), 2/27/25, Ex. 12 | 4/24/2026 | Freasier 30b6 |
| 320 | Email chain between Murtaza Amin, Darvid Cise, Matt Trebella, and Attilio Difiore re: 10-225-411 Data, dated December 23, 2010 | Freasier 30(b)(6), 2/27/25, Ex. 14 | 4/24/2026 | Freasier 30b6 |
| 321 | Port Conclusion Summary | Freasier 30(b)(6), 2/27/25, Ex. 15 | 4/24/2026 | Freasier 30b6 |
| 323 | PowerPort Implanted Port & Catheter with Avertex Antimicrobial Coating Traditional 510(k) Premarket Notification | Freasier 30(b)(6), 2/27/25, Ex. 17 | 4/24/2026 | Freasier 30b6 |
| 324 | Email chain between Murtaza Amin, David Cise, Matt Trebella, and Attilio Difiore re: 10-225-411 Data, dated December 21, 2010 | Freasier 30(b)(6), 2/27/25, Ex. 18 | 4/24/2026 | Freasier 30b6 |
| 327 | Cascade/Eureka, Material Center of Excellence (Mat CoE) Innovation Secondary Review, dated June 10, 2020 | Freasier 30(b)(6), 2/27/25, Ex. 21 | 4/24/2026 | Freasier 30b6 |
| 4685 | 9/28/2022 Mayo Clinic Medical Record - Port Placement Procedure | Frimpong, 3/18/25, Exhibit 05 | 4/28/2026 | Frimpong |
| 4717 | 9/3/2022 United Hospital Medical Record - Hospitalization History and Physical | Sutter, 3/19/25, Exhibit 02 | 4/28/2026 | Sutter |
| 4693 | 8/25/2022 Mayo Clinic Medical Record - Patient Message in Dept. of Oncology | | 4/28/2026 | Potter |
| 30 | PowerPoint "Implantable Ports" | Acuna 30(b)(6), 2/26/25, Ex. 29 | 4/28/2026 | Acuna 30(B)(6) |
| 1194 | DIS58910-0 final.doc [Design Input Summary (DIS58910)] | | 4/28/2026 | Camins |
| 1263 | BioBloc approved IFU.pdf | | 4/28/2026 | Camins |
| 1635 | 12/9/2019 Tailored Surface Team Presentation - FY20 Mat COE Innovation Blitz Technology Review | | 4/28/2026 | Camins |
| 3506 | O'Grady, Naomi et al., Guidelines for the Prevention of Intravascular Catheter-Related Infections, 2011 (Updated July 2017), Department of Health and Human Services (2017). | | 4/28/2026 | Camins |
| 73 | 03/03/2011 Email from Blaber, David re: FW: SCCM PICC IJ blinded survey | Blaber, 2/18/25, Ex. 03 | 4/29/2026 | Blaber |
| 75 | National Sales Meeting Opening Draft Speech Notes | Blaber, 2/18/25, Ex. 05 | 4/29/2026 | Blaber |
| 4688 | 8/24/2022 Mayo Clinic Medical Record - Implant Procedure Note | Frimpong, 3/18/25, Exhibit 08 | 4/29/2026 | Frimpong |
| 4689 | 8/24/2022 Mayo Clinic Medical Record - Port Placement Procedural Consent Form | Frimpong, 3/18/25, Exhibit 09 | 4/29/2026 | Frimpong |
| 4690 | 9/28/2022 Mayo Clinic Medical Record - Implant Procedure Note | Frimpong, 3/18/25, Exhibit 10 | 4/29/2026 | Frimpong |
| 4691 | 8/24/2022 Mayo Clinic Medical Record - Implants, Product Information | Frimpong, 3/18/25, Exhibit 11 | 4/29/2026 | Frimpong |
| 180 | Brochure: BioFlo Ports with Endexo Technology | | 4/29/2026 | Christian |
| 236 | Anti-infective PICC and Port Technologies | | 4/29/2026 | Christian |
| 967 | Applied Research & Technology Group Memo To DHFR 269; M269-12 from Russell Bjorklund, Andy Hansen re status of the Interface Biologics, Inc. "Endexo" thromboresistent technology on the PowerPICC | | 4/29/2026 | Christian |
| 1077 | 04/11/2011 Email from Christian, Kelly re: RE: Heads frozen | | 4/29/2026 | Christian |
| 1899 | 3/8/2012 Bard Performance Planning and Assessment for Managers for Kelly Christian (2011) | | 4/30/2026 | Christian |
| 2130 | 10/24/2022 VAD NPD Day 10.24.2022-Final.pdf | | 4/29/2026 | Christian |
| 2166 | 07/30/2008 Email from Cameron, Asher re: RE: Survey on Veins for Life | | 4/29/2026 | Christian |
| 2427 | 07/22/2022 Email from Philp, Brendan re: RE: AMC and HLD | | 4/29/2026 | Christian |
| 4237 | Memorandum re TTR Summary for April 2011, dated April 20, 2011 | | 4/29/2026 | Christian |

Case 2:23-md-03081-DGC    Document 8403    Filed 05/08/26    Page 22 of 28

| Exhibit No. | Document Description | Deposition Ex. No. | Date Admitted | Witness |
|---|---|---|---|---|
| 4245 | FDA letter re: K101432, Trade Name: The PowerPort Implanted Port & Catheter with Avertex | | 4/29/2026 | Christian |
| 13,210 | K113225-Semprus Nylus PICC 510k | | 4/29/2026 | Christian |
| 14,538 | Semprus Coating - Engineering Beyond the Device, Semprus Surfaces Enabling More Efficacious and Cost Effective Medical Devices, June 2010 B Financing | | 4/29/2026 | Christian |
| 1933 | 04/26/2013 Email from Christian, Kelly re: RE: Chronoflex | | 4/30/2026 | Freasier |
| 11,767 | M600-108-000 Super Simulant Worst-Case Rationale.pdf | | 4/30/2026 | Freasier |
| 13,200 | Safety Communications _ Lubricious Coating Separation from Intravascular....pdf | | 5/1/2026 | Tillman |
| 14,557 | FDA Guidance - Premarket Notification Submissions for Medical Devices that Include Antimicrobial Agents (July 2007 - Expired 201 | | 5/1/2026 | Tillman |
| 14,578 | Antimicrobial FDA presentation – Sept. 20, 2016 (available at https://wayback.archive-it.org/7993/20201227192228/https://www.fda.gov/media/100442/download) | | 5/1/2026 | Tillman |
| 4633 | 9/5/2022 Mayo Clinic Medical Record | Adada, 3/27/25, Exhibit 10 | 5/1/2026 | Adada |
| 4634 | 11/1/2022 Mayo Clinic Medical Record - Patient Message in Dept. of Oncology | Adada, 3/27/25, Exhibit 11 | 5/1/2026 | Adada |
| 4636 | 11/17/2022 Mayo Clinic Medical Record - Office Visit in Dept. of Oncology | Adada, 3/27/25, Exhibit 13 | 5/1/2026 | Adada |
| 4637 | 12/1/2022 Mayo Clinic Medical Record - Office Visit in Dept. of Oncology | Adada, 3/27/25, Exhibit 14 | 5/1/2026 | Adada |
| 4638 | 12/2/2022 Mayo Clinic Medical Record - Patient Chart | Adada, 3/27/25, Exhibit 15 | 5/1/2026 | Adada |
| 4639 | 11/7/2022 Mayo Clinic Medical Record - Patient Message in Dept. of Oncology | Adada, 3/27/25, Exhibit 16 | 5/1/2026 | Adada |
| 4640 | 1/23/2023 Mayo Clinic Medical Record - Patient Message in Dept. of Oncology | Adada, 3/27/25, Exhibit 17 | 5/1/2026 | Adada |
| 4641 | 2/2/2023 Mayo Clinic Medical Record - Office Visit in Dept. of Oncology | Adada, 3/27/25, Exhibit 18 | 5/1/2026 | Adada |
| 4642 | 2/2/2023 Mayo Clinic Medical Record - Patient Chart | Adada, 3/27/25, Exhibit 19 | 5/1/2026 | Adada |
| 4643 | 9/28/2023 Mayo Clinic Medical Record - Office Visit in Division of Hematology | Adada, 3/27/25, Exhibit 20 | 5/1/2026 | Adada |
| 10,065 | 07/20/2022, CT Chest | | 5/1/2026 | Musher |
| 10,073 | 08/10/2022, Fine Needle Aspiration Biopsy | | 5/1/2026 | Musher |
| 4648 | 9/3/2022 United Hospital Medical Record - Scan-Operative/Procedure Report | Baadh, 3/12/25, Exhibit 4 | 5/1/2026 | Baadh |
| 4649 | 9/3/2022 United Hospital Medical Record - Imaging Report - Venous Port Removal | Baadh, 3/12/25, Exhibit 5 | 5/1/2026 | Baadh |
| 4652 | 9/3/2022 United Hospital Medical Record - Informed Consent Form | Baadh, 3/12/25, Exhibit 8 | 5/1/2026 | Baadh |
| 4701 | Mayo Clinic Patient Education Video - Homepump Ambulatory Infusion System | McGuigan Oglesbee, 7/21/25, Exhibit 07 | 5/1/2026 | Oglesbee |
| 406 | Bard PowerPoint: PICC Franchise Review | | 5/5/2026 | McFarland |
| 660 | Email re: APS Project ID: APS16-0952; APS Study ID: PKX127-IS04 | | 5/5/2026 | McFarland |
| 1499 | 9/12/2014 PKX057 Final Report 12September2014.pdf | | 5/5/2026 | McFarland |
| 13,215 | PKX050 Final Report 24March2015.pdf | | 5/5/2026 | McFarland |
| 13,520 | PKX039 Final Report 06May2014 - A Chronic GLP Study to Assess the Thrombogenicity and Tissue Response of an Implanted IV Catheter in the Jugular Veins of Normal Healthy Sheep | | 5/5/2026 | McFarland |
| 96 | Bard Access Systems Summit Questions/Responses Oct/Nov 2012 | Blaber, 2/18/25, Ex. 26 | 5/5/2026 | Blaber |
| 1390 | 8/20/2014 BF NonInferior ProjCharter 20140819 DMC-BIN.docx | | 5/5/2026 | Prechtel |
| 2586 | 05/19/2015 Email from Van Vleet, John re: Re: ChronoFlex Testing | | 5/5/2026 | Prechtel |
| 2756 | 12/8/2014 PowerPoint, Non-Inferiority Study ChronoFlex vs BioFlo in a 31 day sheet study | | 5/5/2026 | Prechtel |

Case 2:23-md-03081-DGC    Document 8403    Filed 05/08/26    Page 24 of 28

| Exhibit No. | Document Description | Deposition Ex. No. | Date Admitted | Witness |
|---|---|---|---|---|
| 10,739 | Final-PKX077-IS04 Final Report Amendment 1 with QA statement - A Chronic GLP Study to Assess the Thrombogenicity of an Implanted Port Catheter in Comparison to a Control Catheter in the Jugular Veins of Normal Healthy Sheep | | 5/5/2026 | Prechtel |
| 12,006 | PKX077-IS04 Final Report 08January2015.pdf | | 5/5/2026 | Prechtel |
| 12,025 | PKX067-IS04 Final Report 19December2014 - American Preclinical Services: A Chronic Non-GLP Study to Assess the Thrombogenicity of an Implanted Port Catheter in Comparison to a Control Catheter in the Jugular Veins of Normal Healthy Sheep | | 5/5/2026 | Prechtel |
| 13,538 | S120634R0 - Competitive Port Analysis: Bard vs. AngioDynamics - ChronoFlex Catheter vs. BioFlo Catheter In-Vivo Thrombogenicity Study | | 5/5/2026 | Prechtel |
| 409 | Email re: Do we print cost coating now on the AMC catheter?, dated June 9, 2014 | | 5/6/2026 | Powers |
| 2197 | 07/05/2018 Email from Prechtel, Ericka re: RE: [External] Polyol & Chronoflex | | 5/6/2026 | Powers |
| 2953 | 9/19/2008 PowerPoint - Termintor 2 090308.ppt | | 5/5/2026 | Powers |
| 2960 | 08/17/2011 Email from Powers, Kelly re: RE: Strategy Meeting Follow-up | | 5/6/2026 | Powers |
| 4322 | PowerPoint: Development Process | | 5/5/2026 | Powers |
| 4790 | 03/14/2017 AllPoints Port Access System Brochure | | 5/5/2026 | Powers |
| 4470 | Email re: Smooth Catheter claims, RA path, and animal study, dated November 9, 2014 | | 5/6/2026 | Powers |
| 695 | BD Corporate Medical Affairs Procedure, Periodic Safety Update Report for Power Injectable Implantable Ports | | 5/6/2026 | Modra |
| 4758 | Global Complaint Detail Report | | 5/6/2026 | Modra |
| 10,975 | CQA-STD-54 Rev 07 Standard for Medical Device Reporting | | 5/6/2026 | Modra |
| 12,135 | RA58705-019_REV_19 PowerPort Design Risk Management Plan, Assessment and Report | | 5/6/2026 | Modra |
| 12,749 | RBA-8551_REV_0 Risk/Benefit Analysis - Implantable Ports Master Benefit-Risk Analysis | | 5/6/2026 | Modra |
| 4719 | 9/3/2022 United Hospital Medical Record - Emergency Dept. Staff Note | | 5/7/2026 | n/a |
| 10,052 | 01/25/2023 Patient Message Mayo Clinic | | 5/7/2026 | n/a |
| 10,104 | 09/03/2022, ER Triage Note | | 5/7/2026 | n/a |
| 10,129 | 09/05/2022, Blood Culture | | 5/7/2026 | n/a |
| 10,133 | 09/05/2022, Progress Note | | 5/7/2026 | n/a |
| 10,157 | 09/08/2022, PICC Insertion | | 5/7/2026 | n/a |
| 10,161 | 09/09/2022, Primary Care Provider Note | | 5/7/2026 | n/a |
| 10,162 | 09/12/2022, Primary Care Provider Visit | | 5/7/2026 | n/a |
| 10,168 | 09/21/2022, Oncology Visit | | 5/7/2026 | n/a |
| 10,172 | 09/22/2022, Chemotherapy | | 5/7/2026 | n/a |
| 10,174 | 09/26/2022, Infusion Discharge Note | | 5/7/2026 | n/a |
| 10,203 | 10/31/2022, CT Chest w/contrast | | 5/7/2026 | n/a |
| 10,225 | 12/02/2022, Port Access | | 5/7/2026 | n/a |
| 10,272 | 04/12/2023, Oncology Visit | | 5/7/2026 | n/a |

⑦

**JUROR QUESTION**

There still confusion on the wordings and we would like clarification. "the design of this type of Bard ports (Bard PowerPort M.R.I with ChronoFlex catheter)" refers to the single port of Mr. Cooks (just one port) or the version of this port, meaning multiple devices of the same model of a Bard PowerPort M.R.I with ChronoFlex catheter. Regarding Question #1

Submitted by Juror No. __7__

Date: _____

**RESPONSE**

In response to your question:

Plaintiff claims that the design of all devices of the same model – the Bard PowerPort M.R.I with Chronoflex catheter – was defective, and that the port he received was therefore in a defective condition unreasonably dangerous as explained in Instruction No. 16.

*David G. Campbell*
_____
Judge David G. Campbell

May 8, 2026

2:20 p.m.



## JUROR QUESTION

If we can come to a unanimous decision on some questions, but not on others, does it void all verdicts? Or would those questions still have verdicts entered separately from the others?

Submitted by Juror No. _02_

Date: _05/08/26_

## RESPONSE

In response to your question:

If you cannot reach a unanimous verdict on some of the questions in the verdict form, but you can reach a unanimous verdict on other questions, you should enter the unanimous verdicts on the verdict form and leave blank the questions where you cannot reach a unanimous verdict.  This response will not void all of the verdicts.

As I indicated before, consistent with Instruction No. 25, please make your best effort to reach a unanimous verdict.

_____

Judge David G. Campbell

May 8, 2026

2:20 p.m.