☒ FILED    ☐ LODGED

**May 08 2026**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard Implanted Port Catheter Products Liability Litigation | MD-23-3081-PHX-DGC |
| Robert Cook,<br><br>Individual Plaintiff,<br><br>v.<br><br>Becton Dickinson and Company, et al.,<br><br>Defendants. | No. CV-23-01975-PHX-DGC<br><br>**MINUTE ORDER RE: EXHIBITS** |

The exhibits marked, whether or not received as evidence, in the above-entitled case at the time of the jury trial, which concluded on [enter date], are returned to respective counsel.

Counsel are directed to retain custody of the exhibits and depositions until the case has been completely terminated, including all appeals, pursuant to LRCiv 79.1.

Dated this 8th day of May, 2026.

DEBRA D. LUCAS,
District Court Executive/Clerk of Court

_K. Ballard_
K. Ballard, Deputy Clerk

Exhibits returned to respective counsel as acknowledged below:

Date __5/8/2026__          Signature _____
                                      Plaintiff's representative

Date __5/8/2026__          Signature _____
                                      Defendants' representative

- 2 -