SCHLESINGER LAW OFFICES, P.A.
Jeffrey L. Haberman, Esq.
1212 Southeast Third Avenue
Ft. Lauderdale, FL 33316
JHaberman@schlesingerlaw.com
Phone: (954)467-8800
Fax: (954)320-9509

*Attorney for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IMPLANTED PORT CATHETER PRODUCTS LITIGATION, | No. **MDL Docket No. 23-3081** |
| THIS DOCUMENT RELATES TO: | |
| Keith L. Sanders et. al., | **NOTICE OF VOLUNTARY** **DISMISSAL WITHOUT PREJUDICE** |
| Civil Case No. CV-26-00900-PHX-DGC | |
| Keith L. Sanders et. al., | |
| Plaintiff, | |
| vs. | |
| Becton Dickinson & Company, et al., | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Keith L. Sanders and Shelester Sanders, hereby dismisses this claim against all Defendants without prejudice. Defendants have not filed or served an answer to the complaint or a motion for summary judgment in this case.

Plaintiff hereby moves the Court for an order dismissing Case No: CV-26-00900-PHX-DGC

Dated: 06/08/2026

/s/ *Jeffrey L. Haberman*

SCHLESINGER LAW OFFICES, P.A.
Jeffrey L. Haberman
1212 Southeast Third Avenue

1

Ft. Lauderdale, FL 33316
JHaberman@schlesingerlaw.com
Phone: (954)467-8800
Fax: (954)320-9509
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on June 08, 2026, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.

By: /s/ *Jeffrey L. Haberman*
*Attorney for Plaintiff*