Attorney Stephen M. Reck
Admitted Pro Hac Vice
Levin, Rojas, Camassar & Reck, LLC
PO Box 431, North Stonington, CT 06359
Phone: (860) 535-4040
Fax: (860) 535-3434
Email: plevin1111@aol.com

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

IN RE: Bard Implanted Port Catheter Products Liability Litigation

No. 2:23-MD-03081-DGC

**MOTION TO WITHDRAW AS COUNSEL AND REMOVE FROM CM/ECF**

Stephen Reck of Levin, Rojas, Camassar & Reck, LLC hereby moves this Court, pursuant to Local Rule of Civil Procedure (LRCiv) 83.3(b), for an Order permitting withdrawal as counsel of record for Wanda Moody in the above-captioned matter. This Motion is based upon the following:

1. Good cause exists for withdrawal because Wanda Moody has failed to communicate or cooperate with counsel, rendering it impossible for counsel to effectively represent the client or advance this litigation.

2. Specifically, counsel has made multiple attempts to contact the client via phone, mail, and email regarding critical case deadlines. The client has remained completely non-responsive.

3. On 4/13/26, counsel sent a formal letter to the client terminating legal representation.

4. To comply with LRCiv 83.3(b), counsel provides the client's last known contact information:

Name: Wanda Moody

Address: 27 Manassas Dr, Elkton, MD, 21921

Telephone: 443-553-1801

Email: moody08291@icloud.com

5. As required by LRCiv 83.3(b), counsel's Certification regarding case status and notification is attached hereto.

6. A Proposed Order is submitted herewith.

Dated: June 30, 2026______________

Respectfully submitted,

/s/ Stephen M. Reck
Attorney Stephen M. Reck
Admitted Pro Hac Vice
Levin, Rojas, Camassar & Reck, LLC
PO Box 431, North Stonington, CT 06359
Phone: (860) 535-4040
Fax: (860) 535-3434
Email: plevin1111@aol.com

**CERTIFICATE OF SERVICE**

I hereby certify that on June 29, 2026 I electronically filed the foregoing Motion for Leave to Withdraw as Counsel with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: June 30, 2026______________

Respectfully submitted,

*/s/* Stephen M. Reck

Attorney Stephen M. Reck
Admitted Pro Hac Vice
Levin, Rojas, Camassar & Reck, LLC
PO Box 431, North Stonington, CT 06359
Phone: (860) 535-4040
Fax: (860) 535-3434
Email: plevin1111@aol.com