Edward J. Fanning (admitted pro hac vice)
MCCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
Telephone: (973) 639-7927
EFanning@mccarter.com

Richard B. North, Jr. (admitted pro hac vice)
NELSON MULLINS RILEY &
SCARBOROUGH, LLP
Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, GA  30363
Telephone: (404) 322-6000
Richard.North@nelsonmullins.com

**Attorneys for Defendants**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard Implanted Port Catheter Products Liability Litigation | MDL No. 3081 |
| | **JOINT MEMORANDUM RE: ISSUES TO BE ADDRESSED AT THE AUGUST 6, 2026 CASE MANAGEMENT CONFERENCE** |
| THIS DOCUMENT RELATES TO: | |
| *Plaintiff May Lattanzio Civil Case No. 2:24-cv-00680-DGC* | |

Pursuant to Case Management Order No. 49 ("CMO 49") and the July 31, 2026 correspondence from Judge Choe-Groves, the Parties submit this Joint Memorandum in advance of the Case Management Conference ("CMC") scheduled for August 6, 2026. (*See* Doc. 9825.)

## I.     CURRENTLY PENDING MOTIONS

The Parties identify the following motions currently pending before the Court, upon which the Parties respectfully request ruling in advance of trial:

1

- Defendants' Motion for Summary Judgment and Memorandum of Law in Support as to Plaintiff May Lattanzio's Claims (*See* Docs. 5815; 6253; 6255; 6404);

- Plaintiff's Motion to Exclude the Opinions of Malcolm Sydnor, M.D., and Memorandum of Law in Support (*See* Docs. 4824; 5331; 5573);

- Plaintiff's Motion to Exclude the Opinions of Christy Foreman, M.B.E., and Memorandum of Law in Support (*See* Docs. 4828; 5335; and 5574).

## II.    EXCHANGE OF EXHIBITS AND OBJECTIONS RELATED THERE TO

Regarding the requirement that exhibits be exchanged 14 days before the submission deadline for the Proposed Final Pretrial Order, the Parties respectfully request that the deadline for exchange of exhibits be extended up to the day before the deadline for submission of the Proposed Final Pretrial Order to the Court. Defendants and Plaintiff reached this agreement and sought this extension in the *Divelbliss* bellwether trial, and Judge Campbell granted the jointly requested extension.  The Parties anticipate exchanging exhibit lists identified by Bates number in the days and weeks leading up to the deadline for submission of the Proposed Final Pretrial Order, but would appreciate additional time to exchange final exhibits, de-duplicate exhibits as necessary, and attend to the logistics of marking exhibits given logistical needs for this MDL.

## III.    CERTAIN DEMONSTRATIVE EXHIBITS

On July 10, 2026, Plaintiff served a "Rule 26 Disclosure of Demonstrative Aids" to be used with a materials expert. Defendants object to the demonstratives as untimely because they were not served with the expert's report. Defendants also object because the demonstratives exceed the scope of the opinions in the report. Certain of the demonstratives were disclosed (and excluded) in the *Cook* bellwether trial.  Defendants request that the Court set a schedule for the Parties to address Defendants' objections related to these exhibits.

Plaintiff responds that the demonstratives are illustrative aids under Fed. R. Evid. 611(a) and 107, are not offered as substantive evidence, and add no new opinion.

Plaintiff's July 10, 2026 disclosure cross-references each aid to the specific pages of Dr. Sheikhi's report that it illustrates. To the extent any Aid is deemed an exhibit under Rule 26(a)(2)(B)(iii), disclosure is governed by the continuing-duty timing of Rules 26(e)(2) and 26(a)(3), is satisfied by that Notice. They were disclosed roughly three months before trial so any delay is harmless under Rule 37(c)(1). *Cook* does not control, as Judge Campbell limited that ruling to *Cook* and excluded those animations only because they surfaced the night before trial. Plaintiff does not oppose a reasonable briefing schedule but submits the objections should be overruled.

## IV.    REQUESTED AMENDMENT OF CERTAIN PRETRIAL DEADLINES

The Parties respectfully request that the Court extend certain deadlines set forth in CMO 49 as set forth below:

| | **Current Deadline** | **Proposed Deadline** |
| --- | --- | --- |
| Pretrial Conference | Sept. 9 | On or about Sept. 15 |
| Motions in Limine | Aug. 13 | Aug. 21 |
| Responses to Motions in Limine | Aug. 27 | Sept. 3 |
| Exchange draft Pretrial Order | Aug. 14 | Aug. 25 |
| File proposed Pretrial Order, stipulated description of the case, proposed voir dire, proposed jury instruction, and proposed verdict form. | Aug. 28 | Sept. 8 |
| Submit deposition designations | Sept. 3 | Sept. 18 |

Dated: August 4, 2026                    Respectfully submitted,


*/s/ Cameron Cano*                       */s/ Edward J. Fanning, Jr.*
Cameron Cano                             Edward J. Fanning, Jr.
(Admitted Pro Hac Vice)                  (Admitted Pro Hac Vice)
Scott & Scott                            McCarter & English, LLP
901 S. MoPac Expressway                  Four Gateway Center
Building II, Suite 275                   100 Mulberry Street
Austin, TX 78746                         Newark, NJ 07102
Phone: (737) 843-2007                    Phone: (973) 639-7927
Fax: (512) 727-3432                      Fax: (973) 297-3868
Email: ccano@scott-scott.com             Email: efanning@mccarter.com


*/s/ Stuart N. Ratzan*                   */s/ Richard B. North, Jr.*
Stuart N. Ratzan                         Richard B. North, Jr.
(Admitted Pro Hac Vice)                  (Admitted Pro Hac Vice)
Ratzan Weissman & Boldt                  Elizabeth C. (Kate) Helm
2850 Tigertail Avenue, Suite 400         (Admitted Pro Hac Vice)
Coconut Grove, FL 33133                  Brandee Kowalzyk
Phone: (305) 374-6366                    (Admitted Pro Hac Vice)
Fax: (305) 374-6755                      Nelson Mullins Riley &
Email: stuart@rwblawyers.com             Scarborough, LLP
                                         Atlantic Station
***Attorneys for Plaintiff May Lattanzio***   201 17th St. NW, Ste. 1700
                                         Atlanta, GA 30363
                                         Phone: (404) 322-6000
                                         Fax: (404) 322-6050
                                         Email: richard.north@nelsonmullins.com
                                         Email: kate.helm@nelsonmullins.com
                                         Email: brandee.kowalzyk@nelsonmullins.com

                                         ***Attorneys for Defendants***