DISTRICT JUDGE'S CIVIL MINUTES
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

**U.S. District Judge: David G. Campbell** **Date: August 19, 2026**

**Case Number: CV-23-1627-PHX-DGC (MD-23-3081)**

**Kimberly Divelbliss v Becton, Dickinson and Company, et al.**
**(IN RE: Bard Implanted Port Catheter Products Liability Litigation)**

| APPEARANCES: | Plaintiff(s) Counsel | Defendant(s) Counsel |
|---|---|---|
| | Michael A. Sacchet | Richard B. North, Jr. |
| | Brandon D. Henry | Elizabeth C. (Kate) Helm |
| | Thomas W. Pirtle | Edward J. Fanning, Jr. |
| | Megan L. Odom | |
| | Eli M. Temkin | |
| | Gabriel A. Assaad | |
| | Sarah S. Ruane | |
| | Tevenia V. Jacobs | |

**JURY TRIAL (DAY 2):**

8:31 a.m. Counsel and Defendants' client representative, Jean Patterson, are present. The jury is not present. The use of certain demonstrative exhibits during Dr. Sheikhi's testimony is discussed. Evidentiary issues regarding FDA evidence and Dr. Dim are discussed. 8:50 a.m. Court stands at recess.

9:02 a.m. Court reconvenes with counsel, Plaintiff Kimberly Divelbliss, Defendants' client representative, and the jury present. **PLAINTIFF'S CASE**: Amir Sheikhi is sworn and examined. Exhibits 246, 13, 154, 153, 1312, and 179 admitted. 10:29 a.m. Court stands at recess.

10:44 a.m. Court reconvenes with counsel, the parties, and the jury present. Dr. Sheikhi is examined further. Exhibits 63, 57, 77, 46, 47, 226, 78, and 60 admitted. 11:59 a.m. The jury is excused; court remains in session. Trial time usage is reviewed. 12:00 p.m. Court stands at recess.

12:59 p.m. Court reconvenes with counsel, the parties, and the jury present. Dr. Sheikhi is examined further. Exhibits 327, 53, and 1424 admitted. 2:44 p.m. Court stands at recess.

3:00 p.m. Court reconvenes with counsel, the parties, and the jury present. Dr. Sheikhi is examined further. Exhibits 45, 59, 309, and 439 admitted (Exhibits 57, 60, and 77 were listed by counsel, but have already been admitted). Portions of the 30(b)(6) videotaped deposition of Andrew Sheffield, taken February 24, 2025, presented. 4:30 p.m. The jury is excused for the evening recess; court remains in session. Trial time usage is reviewed. The demonstrative exhibits created during Dr. Sheikhi's testimony are identified for the record. Counsel are advised that jury instructions will be discussed tomorrow evening.

4:35 p.m. Court stands at recess until 8:30 a.m. on August 20, 2026.

Courtroom Deputy: Kathy Ballard
Court Reporters: Scott Coniam – AM / Jennifer Pancratz – PM

**Start:** 8:31 AM
**End:** 4:35 PM
**Total: 6 hours, 20 minutes**