DISTRICT JUDGE'S CIVIL MINUTES

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

**U.S. District Judge: David G. Campbell** **Date: August 20, 2026**

**Case Number: CV-23-1627-PHX-DGC (MD-23-3081)**

**Kimberly Divelbliss v Becton, Dickinson and Company, et al.**
**(IN RE: Bard Implanted Port Catheter Products Liability Litigation)**

**APPEARANCES:**

| Plaintiff(s) Counsel | Defendant(s) Counsel |
|---|---|
| Michael A. Sacchet | Richard B. North, Jr. |
| Brandon D. Henry | Elizabeth C. (Kate) Helm |
| Thomas W. Pirtle | Edward J. Fanning, Jr. |
| Megan L. Odom | Ryan Savercool |
| Gabriel A. Assaad | |
| Sarah S. Ruane | |
| Evan Buxner | |
| Eli M. Temkin | |

**JURY TRIAL (DAY 3):**

8:31 a.m. Counsel and Defendants' client representative, Jean Patterson, are present. The jury is not present. Evidentiary issues are discussed, including areas of Plaintiff's medical conditions that may explored during testimony. 9:01 a.m. Plaintiff Kimberly Divelbliss is present. The jury is present. **PLAINTIFF'S CASE CONTINUES:** Ahmed El-Ghannam is sworn and examined. Exhibits 285I, 285E, 280F, 280D, 280C, 280E, 285F, 285H, 285B, 285C, 285D, 280H, and 280A admitted. 10:30 a.m. Court stands at recess.

10:46 a.m. Court reconvenes with counsel, the parties, and the jury present. Dr. El-Ghannam is examined further. Exhibits 285G, 280K, 280J, 600A, 280I, and 285J admitted. 11:58 a.m. The jury is excused; court remains in session. Trial time usage is reviewed. Evidentiary issues discussed. 12:07 p.m. Court stands at recess.

1:00 p.m. Court reconvenes with counsel, the parties, and the jury present. Dr. El-Ghannam is examined further. Exhibit 280B admitted. Exhibits 106, 110 and 350 admitted. Portions of the videotaped deposition of Gregory Richardson, M.D., taken April 14, 2025, presented. 2:26 p.m. Court stands at recess.

2:42 p.m. Court reconvenes with counsel, Defendants' client representative, and the jury present. Ty Divelbliss is sworn and examined. Exhibits 770 and 279 admitted. Exhibits 337, 338, 340, 341, 342, 343, and 611 admitted. Portions of the videotaped deposition of Jorge Aguila, M.D., taken March 26, 2025, presented. 4:30 p.m. The jury is excused for the evening recess; court remains in session. Counsel Eli M. Temkin (for Plaintiff) and Ryan Savercool (for Defendants) are now present. Trial time usage is reviewed. Jury instructions are discussed.

5:04 p.m. Court stands at recess until 8:30 a.m. on August 21, 2026.

Courtroom Deputy: Kathy Ballard
Court Reporters: Scott Coniam – AM / Cathy Taylor – PM

**Start:** 8:31 AM
**End:** 5:04 PM
**Total: 7 hours, 8 minutes**