**DISTRICT JUDGE'S CIVIL MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

**U.S. District Judge: David G. Campbell** **Date: August 26, 2026**

**Case Number: CV-23-1627-PHX-DGC (MD-23-3081)**

**Kimberly Divelbliss v Becton, Dickinson and Company, et al.**
**(IN RE: Bard Implanted Port Catheter Products Liability Litigation)**

**APPEARANCES:**

| Plaintiff(s) Counsel | Defendant(s) Counsel |
| --- | --- |
| Michael A. Sacchet | Richard B. North, Jr. |
| Brandon D. Henry | Elizabeth C. (Kate) Helm |
| Gabriel A. Assaad | Edward J. Fanning, Jr. |
| Eli M. Temkin | |
| Thomas W. Pirtle | |
| Sarah S. Ruane | |
| Hannah R. Pfeifler | |
| Kevin Kaufmann | |
| Megan L. Odom | |

**JURY TRIAL (DAY 6):**

8:31 a.m. Counsel and Defendants' client representative, Carla Karp, are present. The jury is not present. The admission of the hospital medical bills is discussed further. 8:52 a.m. Court stands at recess.

9:00 a.m. Court reconvenes with counsel, Defendants' client representative, and the jury present. **PLAINTIFF'S CASE CONTINUES:** Remaining portions of the videotaped deposition of David Blaber, taken February 18, 2025, presented. Darren Hurst is sworn and examined. Exhibits 621, 621B, 621A, and 636 admitted. 10:30 a.m. Court stands at recess.

10:45 a.m. Court reconvenes with counsel, Plaintiff Kimberly Divelbliss, Defendants' client representative, and the jury present. Dr. Hurst is examined further. Exhibit 649 is admitted. Eric James Kraut is sworn and examined. 11:59 a.m. The jury is excused; court remains in session. Trial time usage is reviewed. 12:00 p.m. Court stands at recess.

1:00 p.m. Court reconvenes with counsel, the parties, and the jury present. Dr. Kraut is examined further. Exhibits 613 and 332 admitted. 2:44 p.m. Court stands at recess.

3:00 p.m. Court reconvenes with counsel, the parties, and the jury present. Dr. Kraut is examined further. Plaintiff rests subject to further discussion regarding Exhibits 606 and 609B. Defendants make an Oral Rule 50 motion at sidebar. Argument on the motion is deferred. **DEFENDANTS' CASE**: Exhibits 1387 and 1390 admitted. Additional portions of the videotaped deposition of Gregory Richardson, M.D., taken April 14, 2025, presented. Exhibits 336, 339, 639, 647, 700, 1660, 1662, 1663, and 1667 admitted (Exhibit 649 previously admitted). Additional portions of the videotaped deposition of Jorge Aguila,

M.D., taken March 26, 2025, presented. Kelly Christian is sworn and examined. 4:29 p.m. The jury is excused for the evening; court remains in session. Trial time usage is reviewed. Counsel should be prepared to discuss jury instructions tomorrow after excusing the jury for the day. Argument on Defendants' Rule 50 motion will be heard at a later time.

4:32 p.m. Court stands at recess until 8:30 a.m. on August 27, 2026.

Courtroom Deputy: Kathy Ballard
Court Reporters: Scott Coniam – AM / Jennifer Pancratz – PM

**Start:** 8:31 AM
**End:** 4:32 PM
**Total: 6 hours, 22 minutes**