**DISTRICT JUDGE'S CIVIL MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

**U.S. District Judge: David G. Campbell** **Date: August 28, 2026**

**Case Number: CV-23-1627-PHX-DGC (MD-23-3081)**

**Kimberly Divelbliss v Becton, Dickinson and Company, et al.**
**(IN RE: Bard Implanted Port Catheter Products Liability Litigation)**

**APPEARANCES:**

| Plaintiff(s) Counsel | Defendant(s) Counsel |
|---|---|
| Michael A. Sacchet | Richard B. North, Jr. |
| Megan L. Odom | Elizabeth C. (Kate) Helm |
| Brandon D. Henry | Edward J. Fanning, Jr. |
| Thomas W. Pirtle | Ryan Savercool |
| Gabriel A. Assaad | |
| Sarah S. Ruane | |
| Eli M. Temkin | |
| Kevin Kaufmann | |
| Evan Buxner | |

**JURY TRIAL (DAY 8):**

8:30 a.m. Counsel and Defendants' client representative, Carla Karp, are present. The jury is not present. Evidentiary issues are discussed. 9:00 a.m. Plaintiff Kimberly Divelbliss and the jury are present. **DEFENDANTS' CASE CONTINUES**: Ericka Prechtel is sworn and examined. Exhibits 536, 551A, 546, 1341, and 101 admitted. 10:29 a.m. Court stand at recess.

10:45 a.m. Court reconvenes with counsel, the parties, and the jury present. Ronald Thisted is sworn and examined. 11:59 a.m. The jury is excused; court remains in session. Trial time usage is reviewed. Evidentiary issues are discussed further. 12:12 p.m. Court stands at recess.

12:56 p.m. Court reconvenes with counsel and Defendants' client representative present. The jury is not present. Rulings issued on the evidentiary issues discussed. 1:00 p.m. The jury is present. Dr. Thisted is examined further. Andre Mkhoyan is sworn and examined. 2:32 p.m. Court stands at recess.

2:48 p.m. Court reconvenes with counsel, Defendants' client representative, and the jury present. Kelly B. Powers is sworn and examined. Exhibits 1, 463, 5, 466, 217, 203, 103, 417, and 1497 admitted. 4:23 p.m. The jury is excused for the weekend recess; court remains in session. Trial time usage is reviewed. Evidentiary issues relating to the medical bills are discussed further.

4:33 p.m. Court stands at recess until 8:30 a.m. on Tuesday, September 1, 2026.

Courtroom Deputy: Kathy Ballard
Court Reporters: Cathy Taylor – AM / Jennifer Pancratz – PM

**Start:** 8:30 AM
**End:** 4:33 PM
**Total: 6 hours, 47 minutes**