**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

IN RE: BARD IMPLANTED PORT CATHETER PRODUCTS LIABILITY LITIGATION,

THIS DOCUMENT RELATES TO:

Gloria Council, 2:26-cv-05465-DGC

Case No. 2:23-md-3081-PHX-DGC

MDL No. 3081

**MOTION TO DISMISS PURSUANT TO F.R.C.P. 41(a)(2)**

Pursuant to F.R.C.P. 41(a)(2) of the Federal Rules of Civil Procedure, the plaintiff, Gloria Council and/or their counsel, hereby moves that the above-captioned action is voluntarily dismissed, without prejudice against the defendant(s), Beckton Dickinson and Company, et al.

Dated: September 1, 2026

Respectfully submitted,

*/s/ Chad M. Mooney*
Attorney Sara M. Salger, IL Bar #6296640
(Admitted Pro Hac Vice)
Attorney Chad M. Mooney, IL Bar #6311237
(Admitted Pro Hac Vice)
**THE GORI LAW FIRM, P.C.**
156 N. Main Street
Edwardsville, IL 62025
Phone: 618-659-9833
Fax: 618-659-9834
Email: cmooney@gorilaw.com