**DISTRICT JUDGE'S CIVIL MINUTES**

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

**U.S. District Judge: David G. Campbell** **Date: September 1, 2026**

**Case Number: CV-23-1627-PHX-DGC (MD-23-3081)**

**Kimberly Divelbliss v Becton, Dickinson and Company, et al.**
**(IN RE: Bard Implanted Port Catheter Products Liability Litigation)**

**APPEARANCES:**

| Plaintiff(s) Counsel | Defendant(s) Counsel |
|---|---|
| **Michael A. Sacchet** | **Richard B. North, Jr.** |
| **Brandon D. Henry** | **Elizabeth C. (Kate) Helm** |
| **Thomas W. Pirtle** | **Edward J. Fanning, Jr.** |
| **Tevenia V. Jacobs** | |
| **Gabriel A. Assaad** | |
| **Sarah S. Ruane** | |
| **Eli M. Temkin** | |
| **Kevin Kauffman** | |

**JURY TRIAL (DAY 9):**

8:30 a.m. Counsel and Defendants' client representative, Krista Haskins, are present. The jury is not present. Scheduling is discussed. Jury instructions will be discussed at the end of the day tomorrow. Evidentiary issues regarding Exhibit 591 discussed. 8:46 a.m. Court stands at recess.

9:00 a.m. Court reconvenes with counsel, Plaintiff Kimberly Divelbliss, Defendants' client representative, and the jury present. **DEFENDANTS' CASE CONTINUES**: Exhibits 1509, 1510, 1515, 1520, 1524, 1538, 1616, 1619, 1622, 1623, and 1652 admitted. Exhibits 620, 658, and 659 admitted. Portions of the videotaped deposition of Darlene Kim, M.D., taken August 4, 2025, presented. Exhibits 721, 723, and 724 admitted. Portions of the videotaped deposition of Raphael Sung, M.D., taken August 8, 2025, presented. 10:29 a.m. The jury is excused; court remains in session. The Court rules on the relevancy and admission of Exhibit 591 and reads a proposed limiting instruction. Based on this ruling, Defendants will be permitted to play an additional deposition. 10:33 a.m. Court stands at recess.

10:46 a.m. Court reconvenes with counsel, the parties, and the jury present. Presentation of Dr. Sung's videotaped deposition continues. Michael Shehata is sworn and examined. Exhibits 1649 and 1676 admitted. 11:59 a.m. The jury is excused; court remains in session. Trial time usage is reviewed. 12:01 p.m. Court stands at recess.

1:01 p.m. Court reconvenes with counsel, the parties, and the jury present. Dr. Shehata is examined further. Ralph Reichle is sworn and examined. 2:29 p.m. Court stands at recess.

2:45 p.m. Court reconvenes with counsel, the parties, and the jury present. Dr. Reichle is examined further. Exhibit 1697 admitted (Exhibits 721 and 722 previously admitted). Portions of the videotaped

deposition of Christopher Dyke, M.D., taken August 14, 2025, presented. James Freisier is sworn and examined. Exhibits 88 and 87 admitted. 4:29 p.m. The jury is excused for the evening recess; court remains in session. Trial time usage is reviewed. Argument on Defendants' oral Rule 50 motion (Doc. 10313) presented. The Rule 50 motion (Doc. 10313) is taken under advisement. Evidentiary issues are briefly addressed.

4:58 p.m. Court stands at recess until 8:30 a.m. on September 2, 2026.

Courtroom Deputy: Kathy Ballard
Court Reporters: Scott Coniam – AM / Kim Portik – PM

**Start:** 8:30 AM
**End:** 4:58 PM
**Total: 6 hours, 45 minutes**