**DISTRICT JUDGE'S CIVIL MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

**U.S. District Judge: David G. Campbell** **Date: September 2, 2026**

**Case Number: CV-23-1627-PHX-DGC (MD-23-3081)**

**Kimberly Divelbliss v Becton, Dickinson and Company, et al.**
**(IN RE: Bard Implanted Port Catheter Products Liability Litigation)**

**APPEARANCES:**

| Plaintiff(s) Counsel | Defendant(s) Counsel |
|---|---|
| Michael A. Sacchet | Richard B. North, Jr. |
| Brandon D. Henry | Elizabeth C. (Kate) Helm |
| Thomas W. Pirtle | Edward J. Fanning, Jr. |
| Tevenia V. Jacobs | Ryan Savercool |
| Gabriel A. Assaad | |
| Sarah S. Ruane | |
| Eli M. Temkin | |
| Kevin Kauffman | |
| Megan L. Odom | |

**JURY TRIAL (DAY 10):**

8:29 a.m. Counsel and Defendants' client representative, Krista Haskins, are present. The jury is not present. Scheduling is discussed. Additional argument on Defendants' oral Rule 50 motion (Doc. 10313) is presented. Proposed limiting instructions are discussed. 8:48 a.m. Court stands at recess.

9:01 a.m. Court reconvenes with counsel, Plaintiff Kimberly Divelbliss, Defendants' client representative, and the jury present. **DEFENDANTS' CASE CONTINUES**: James Freisier is examined further. Exhibits 233, 272, and 418 admitted. Exhibits 591 and 299 admitted. Portions of the 30(b)(6) videotaped deposition of Kevin Pohlschmidt, taken August 20, 2025, presented. Steven MacLean is sworn and examined. Exhibits 1824, 1825, 1827, 1826, 1828, 1829, 1820, 1833, and 1819 admitted. 11:59 a.m. The jury is excused; court remains in session. Trial time usage is reviewed. The limiting instruction that will be read is reviewed. 12:02 p.m. Court stands at recess.

1:01 p.m. Court reconvenes with counsel, the parties, and the jury present. Dr. MacLean is examined further. Exhibits 1838, 1406B, 1406A, 1406C, and 234 admitted. 2:29 p.m. Court stands at recess.

2:45 p.m. Court reconvenes with counsel, the parties, and the jury present. Dr. MacLean is examined further. Chad Modra is sworn and examined. Exhibits 9, 209, 502, 550, 442, and 486 admitted. Limiting instruction read. Subject to marking the demonstrative easel exhibits for the record, Defendants rest. Plaintiff has no rebuttal, subject to identifying demonstrative exhibits for the record. 4:30 p.m. The jury is excused for the evening recess; court remains in session. Trial time usage is reviewed. Plaintiff identifies demonstrative exhibits previously used. 4:37 p.m. Court stands at recess.

4:48 p.m. Court reconvenes with counsel (Eli Temkin and Megan Odom for Plaintiff and Ryan Savercool, Edward Fanning and Elizabeth Helm for Defendants) and Defendants' client representative present. Further argument and discussion held as to Defendants' oral Rule 50 motion (Doc. 10313). For the reasons stated, Defendants' Rule 50 motion is granted with respect to the medical expenses reflected in Exhibit 609B, and denied with respect to the design defect, failure to warn, and punitive damages claims. The motion regarding manufacturing defect and fraudulent concealment claims remain under advisement. Plaintiff withdraws her negligent misrepresentation and fraudulent misrepresentation claims. Jury instructions discussed. Verdict form addressed.

6:04 p.m. Court stands at recess until 8:30 a.m. on September 3, 2026.

Courtroom Deputy: Kathy Ballard
Court Reporters: Scott Coniam – AM / Jennifer Pancratz – PM

**Start:** 8:29 AM
**End:** 6:04 PM
**Total: 7 hours, 42 minutes**