DISTRICT JUDGE'S CIVIL MINUTES

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

**U.S. District Judge: David G. Campbell** **Date: September 3, 2026**

**Case Number: CV-23-1627-PHX-DGC (MD-23-3081)**

**Kimberly Divelbliss v Becton, Dickinson and Company, et al.**
**(IN RE: Bard Implanted Port Catheter Products Liability Litigation)**

| APPEARANCES: | Plaintiff(s) Counsel | Defendant(s) Counsel |
|---|---|---|
| | Michael A. Sacchet | Richard B. North, Jr. |
| | Brandon D. Henry | Elizabeth C. (Kate) Helm |
| | Thomas W. Pirtle | Edward J. Fanning, Jr. |
| | Megan L. Odom | Ryan Savercool |
| | Eli M. Temkin | |
| | Tevenia V. Jacobs | |
| | Gabriel A. Assaad | |
| | Sarah S. Ruane | |
| | Kevin Kauffman | |

**JURY TRIAL (DAY 11):**

8:33 a.m. Counsel and Defendants' client representative, Krista Haskins, are present. The jury is not present. Jury instructions are discussed further. With regard to the manufacturing defect claim, the Court will reserve ruling on this portion of Defendants' Rule 50 motion (Doc. 10313) until the jury renders its verdict. Plaintiff withdraws her remaining claim for medical expenses. Defendants renew their Rule 50 motion (Doc. 10313) for the record. For record purposes, Plaintiff submits Exhibits 609B and 606 as an offer of proof as to medical bills. 8:57 a.m. Court stands at recess.

9:01 a.m. Court reconvenes with counsel, Plaintiff Kimberly Divelbliss, and Defendants' client representative present. The jury is not present. Modification to the jury instructions and verdict form are addressed. Defendants' Rule 50 motion (Doc. 10313) with respect to fraudulent concealment is denied. 9:05 a.m. The jury is now present. Final jury instructions read. Closing arguments. 10:52 a.m. The jury is excused; court remains in session. Defendants move for mistrial based on statements made during Plaintiff's closing arguments. Discussion held. The Court will give an additional instruction to cure the issue. The oral motion for mistrial is denied. 10:58 a.m. Court stands at recess.

11:11 a.m. Court reconvenes with counsel and the parties present. The jury is not present. The items being provided to the jury are clarified. 11:13 a.m. The jury is now present. Closing arguments continue. The bailiffs are sworn to take charge of the jury. 12:53 p.m. The jury is excused to begin deliberations; court remains in session. Scheduling is briefly discussed. 12:54 p.m. Court stands at recess.

*1:10 p.m. Deliberations commence.*

2:57 p.m. Court reconvenes with counsel and Defendants' client representative present. Attorney Russell Gaudreau, III, from King & Spalding, as Defendants' company settlement counsel, is also present. The jury is not present. Counsel are advised of a note from the jury that requests additional copies of the jury instructions, which are being provided to the jury.

Discussion is held as to a process for settlement procedures for this MDL. Counsel shall submit a joint proposal on settlement issues on or before **November 6, 2026**, and a Zoom conference will be held **November 13, 2026,** (at **10:00 a.m.**, Arizona time - the parties shall utilize the same Zoom link and call-in information used in previous hearings) to discuss the proposal. Counsel are directed to Case Management Order No. 42 (Doc. 16343) in the IVC MDL (MD-15-2641), which sets forth the procedures and schedule for the settlement process and closing of the MDL in that litigation.

Additional arguments are presented on Defendants' oral motion for mistrial. The Court will review the cases cited by the parties. 3:12 p.m. Court stands at recess.

4:28 p.m. Court reconvenes with counsel and Defendants' client representative present. The jury is not present. Counsel are advised of a second note from the jury requesting Post-it notes, which will be provided, and advises they are leaving for the day.

4:28 p.m. Court stands at recess. *Deliberations stand at recess until 9:00 a.m. on September 4, 2026.*

Courtroom Deputy: Kathy Ballard
Court Reporters: Cathy Taylor – AM / Kim Portik – PM

**Start:** 8:33 AM
**End:** 4:28 PM
**Total: 4 hours, 19 minutes**