DISTRICT JUDGE'S CIVIL MINUTES

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

**U.S. District Judge: David G. Campbell** **Date: September 4, 2026**

**Case Number: CV-23-1627-PHX-DGC (MD-23-3081)**

**Kimberly Divelbliss v Becton, Dickinson and Company, et al.**
**(IN RE: Bard Implanted Port Catheter Products Liability Litigation)**

**APPEARANCES:**

| Plaintiff(s) Counsel | Defendant(s) Counsel |
|---|---|
| Michael A. Sacchet | Richard B. North, Jr. |
| Brandon D. Henry | Elizabeth C. (Kate) Helm |
| Thomas W. Pirtle | Edward J. Fanning, Jr. |
| Gabriel A. Assaad | Ryan Savercool |
| Eli M. Temkin | |
| Tevenia V. Jacobs | |
| Sarah S. Ruane | |
| Kevin Kauffman | |
| Hannah R. Pfeifler | |
| Evan Buxner | |

**JURY TRIAL (DAY 12):**

*8:55 a.m. The jury is all present in the jury room and deliberations resume***.**

1:09 p.m. Counsel and Defendants' client representative, Krista Haskins, are present. The jury is not present. The Court has received a question from the jury (#3). The question is discussed. 1:24 p.m. Court stands at recess.

1:28 p.m. Court reconvenes with counsel and Defendants' client representative present. The jury is not present. A response to the jury's question is discussed further. A written response will be provided to the jury via the bailiff. 1:37 p.m. Court stands at recess.

3:18 p.m. Court reconvenes with counsel, Plaintiff Kimberly Divelbliss, and Defendants' client representative present. The jury is not present. Counsel are advised that the jury has reached a verdict.

3:19 p.m. The jury is now present. Verdict read in favor of Plaintiff on the Strict Product Liability Design Defect Claim, Strict Product Liability Failure to Warn Claim, Negligent Design Defect Claim, and Negligent Failure to Warn Claim; and find Plaintiff's damages to be $40 million. Verdict in favor of Defendants on the Strict Product Liability Manufacturing Defect Claim, Negligent Manufacturing Defendant Claim, Fraudulent Concealment Claim, and Punitive Damages. The jury is polled and reflects that the verdict is unanimous. The Court advises the jury that the admonition is lifted, and the members of the jury are discharged from their jury service. 3:24 p.m. The jury is excused; court remains in session. Plaintiff's counsel is directed to draft a form of judgment and provide it to Defendants and the Court

within the next week or two.

3:25 p.m. Trial concludes.

**LATER**: In light of the jury's verdict, the remaining portion of Defendants' Rule 50 motion (Doc. 10313), the manufacturing defect claim, is denied as moot.

Courtroom Deputy: Kathy Ballard
Court Reporter: Scott Coniam

**Start:** 1:09 PM
**End:** 3:25 PM
**Total: 31 minutes**