✓ FILED ___ LODGED
___ RECEIVED ___ COPY

SEP 4 2026

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY KMB DEPUTY

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

IN RE: Bard Implanted Port Catheter Products Liability Litigation

MD-23-3081-PHX-DGC

Kimberly A. Divelbliss,

Individual Plaintiff,

v.

Becton Dickinson and Company, et al.,

Defendants.

No. CV-23-01627-PHX-DGC

**JURY QUESTIONS DURING DELIBERATIONS**

**Divelbliss v. Becton Dickinson and Company, et al.**
**CV-23-01627-PHX-DGC**

**JUROR QUESTION**

- can we please get 3 more copies of the jury instructions?

**Submitted by Juror No.** 7

**Date:** 9/3/26

 #2

Divelbliss v. Becton Dickinson and Company, et al.
CV-23-01627-PHX-DGC

**JUROR QUESTION**

-Can we please get a stack of post-it notes?
-We are also breaking for the day + will continue tomorrow

Submitted by Juror No. 7
Date: 9/3/26

 #3

**Divelbliss v. Becton Dickinson and Company, et al.**
**CV-23-01627-PHX-DGC**

**JUROR QUESTION**

Could we please get the exhibit numbers related to Balsarano and Kojima studies?

**Submitted by Juror No.** 7

**Date:** 9/4/26

In response to your question, the rules of evidence allowed the Balsorano and Kojima studies, and other studies, to be shown to you as demonstrative exhibits, and various witnesses testified about studies, but studies themselves are not admitted in evidence and are not among the trial exhibits admitted in evidence. You should do your best to rely on your memory of all the evidence provided during trial regarding these studies and all other issues.

David G. Campbell

Judge David G. Campbell

September 4, 2026, 1:40 p.m.