✓ FILED ___ LODGED
___ RECEIVED ___ COPY

SEP 4 2026

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY KMB DEPUTY

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

IN RE: Bard Implanted Port Catheter Products Liability Litigation

MD-23-3081-PHX-DGC

Kimberly A. Divelbliss,

Individual Plaintiff,

v.

Becton Dickinson and Company, et al.,

Defendants.

No. CV-23-01627-PHX-DGC

**VERDICT**

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Kimberly Divelbliss,<br>Individual Plaintiff,<br>v.<br>Becton Dickinson and Company, et al.,<br>Defendants. | No. CV-23-01627-PHX-DGC<br><br>**VERDICT** |

We, the jury, duly empaneled and sworn in the entitled action, upon our oath, find as follows:

**1. Strict Product Liability Design Defect Claim**

Do you find by a greater weight of the evidence that Defendants are liable to Plaintiff on the strict product liability design defect claim?

_X_ Yes ____ No

**2. Strict Product Liability Manufacturing Defect Claim**

Do you find by a greater weight of the evidence that Defendants are liable to Plaintiff on the strict product liability manufacturing defect claim?

____ Yes _X_ No

**3. Strict Product Liability Failure to Warn Claim**

Do you find by a greater weight of the evidence that Defendants are liable to Plaintiff on the strict product liability failure to warn claim?

X Yes ____ No

**4. Negligent Design Defect Claim**

Do you find by a greater weight of the evidence that Defendants are liable to Plaintiff on the negligent design defect claim?

X Yes ____ No

**5. Negligent Manufacturing Defect Claim**

Do you find by a greater weight of the evidence that Defendants are liable to Plaintiff on the negligent manufacturing defect claim?

____ Yes X No

**6. Negligent Failure to Warn Claim**

Do you find by a greater weight of the evidence that Defendants are liable to Plaintiff on the negligent failure to warn claim?

X Yes ____ No

**7. Fraudulent Concealment Claim**

Do you find by clear and convincing evidence that Defendants are liable to Plaintiff on the fraudulent concealment claim?

____ Yes X No

***If you answered "No" to Questions 1-7, do not answer any more Questions – sign the verdict form and notify the Court that you are finished. If you answered "Yes" to any of those Questions, please answer Questions 8 and 9.***

8. What amount of damages do you find will reasonably compensate Plaintiff for her injuries?

$ 40 Million

9. Do you find that Plaintiff should recover punitive damages?

____ Yes X No

7 — Presiding Jury Number

9/4/26 — Date