☒ FILED ☐ RECEIVED
Sept 04 2026
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

**CIVIL WITNESS LIST**

☐ Preliminary Injunction ☐ TRO ☐ Non-Jury Trial ☒ Jury Trial

Case Number 2:23-md-03081-DGC Judge Code 7031 Date August 18, 2026

Kimberly Divelbliss (CV23-1627) vs. Becton, Dickinson and Company, et al.

☒ Plaintiff/Petitioner ☐ Defendant/Respondent

| NAME | SWORN | APPEARED |
|---|---|---|
| Andrea Acuna – via 30(b)(6) videotaped deposition taken 2/26/25 | N/A | Portions played 8/25/26 |
| Jorge Aguila, M.D. – via videotaped deposition taken 3/26/25 | N/A | Portions played 8/20/26 |
| Michael Beatrice, Ph.D. | 8/25/26 | 8/25/26 |
| David Blaber – via videotaped deposition taken 2/18/25 | N/A | Portions played 8/25/26 & 8/26/26 |
| Kelly Christian | | |
| David Cise – via videotaped deposition taken 10/21/24 | N/A | Portions played 8/25/26 |
| Frank Cuoco, M.D., M.S., MBA | 8/21/26 | 8/21/26 |
| Uzodinma Raphael Dim, M.D. | 8/21/26 | 8/21/26 |
| Kimberly Ann Divelbliss | 8/25/26 | 8/25/26 |
| Ty Divelbliss | 8/20/26 | 8/20/26 |
| Christopher Dyke, M.D., FACC | | |

| | | |
|---|---|---|
| Ahmed El-Ghannam, Ph.D., M.Sc. | 8/20/26 | 8/20/26 |
| John Evans | | |
| James Freasier | | |
| Darren Hurst, M.D. | 8/26/26 | 8/26/26 |
| Darlene Kim, M.D. | | |
| Madris Kinard | | |
| Eric James Kraut, M.D. | 8/26/26 | 8/26/26 |
| Todd McFarland | | |
| Jon Colby Miller | | |
| Chad Modra | | |
| Corey Neureuther | | |
| Kevin Pohlschmidt | | |
| Kelly Powers | | |
| Ericka Prechtel | | |
| Buddy Ratner, Ph.D. | | |
| Gregory Richardson - via videotaped deposition taken 4/14/25 | N/A | Portions played 8/20/26 |

| | | |
|---|---|---|
| Andrew Sheffield - via 30(b)(6) videotaped deposition taken 2/24/25 | N/A | Portions played 8/19/26 |
| Amir Sheikhi, Ph.D. | 8/19/26 | 8/19/26 |
| Becky A. Smith, M.D. | | |
| Raphael Sung, M.D. F.H.R.S., F.A.C.C. | | |
| Jeffrey Weinstein, M.D. | | |