UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

Civil Witness List

☒ FILED ☐ RECEIVED
Sept 04 2026
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

☐ Preliminary Injunction ☐ TRO ☐ Non-Jury trial XX Jury Trial

☐ Plaintiff/Petitioner ☒ Defendant/Respondent

Case Number **23-md-2081** Judge Code **7031** Date **August 18, 2026**

**Kimberly Divelbliss vs. Becton Dickinson et al, 2:23-cv-1627-DGC**
Plaintiff/Petitioner Defendant/Respondent

| NAME | SWORN | APPEARED |
|---|---|---|
| Acuna, Andrea<br>via deposition or in person | | |
| Aguila, Jorge, M.D. – via videotaped deposition taken 3/26/25 | N/A | Portions played 8/26/26 |
| Beatrice, Michael, Ph.D.<br>in person | | |
| Blaber, David<br>via deposition | | |
| Christian, Kelly | 8/26/26 | 8/26/26 &<br>8/27/26 |
| Cise, David<br>via deposition | | |
| Custodian of Records for Defendants<br>in person | | |
| Dim, Uzodinma, M.D.<br>via deposition or in person | | |
| Divelbliss, Kimberly<br>via deposition or in person | | |
| Divelbliss, Ty<br>via deposition or in person | | |

| NAME | SWORN | APPEARED |
| --- | --- | --- |
| Dyke, Christopher, M.D. - via videotaped deposition taken 8/14/25 | N/A | Portions played 9/1/26 |
| El-Ghannam, Ahmed, Ph.D., M.Sc.<br>in person | | |
| Evans, John<br>via deposition | | |
| Freasier, James | 9/1/26 | 9/1/26 & 9/2/26 |
| Grainger, David W., Ph.D.<br>via deposition | | |
| Hurst, Darren, M.D.<br>in person | | |
| Kim, Darlene, M.D. - via videotaped deposition taken 8/4/25 | N/A | Portions played 9/1/26 |
| Kinard, Madria<br>in person | | |
| Kraut, Eric, M.D.<br>in person | | |
| Leckband, Deborah, Ph.D.<br>in person | | |
| MacLean, Steven, Ph.D. | 9/2/26 | 9/2/26 |
| McFarland, Todd<br>in person | | |
| Meler, J.D., M.D.<br>via deposition | | |
| Miller, Jon Colby<br>via deposition | | |
| Mkhoyan, Andre, Ph.D. | 8/28/26 | 8/28/26 |

| NAME | SWORN | APPEARED |
|---|---|---|
| Modra, Chad | 9/2/26 | 9/2/26 |
| Morrison, Lana<br>in person | | |
| Neureuther, Corey<br>via deposition | | |
| Pohlschmidt, Kevin - via 30(b)6) videotaped deposition taken 8/20/25 | N/A | Portions played 9/2/26 |
| Powers, Kelly B. | 8/28/26 | 8/28/26 |
| Prechtel, Ericka | 8/28/26 | 8/28/26 |
| Ratner, Buddy, Ph.D.<br>in person | | |
| Reichle, Ralph, M.D. | 9/1/26 | 9/1/26 |
| Richardson, Gregory, M.D. - via videotaped deposition taken 4/14/25 | N/A | Portions played 8/26/26 |
| Sheffield, Andrew<br>via deposition or in person | | |
| Shehata, Michael, M.D. | 9/1/26 | 9/1/26 |
| Smith, Becky, M.D.<br>in person | | |
| Sung, Raphael, M.D. F.H.R.S., F.A.C.C. - via videotaped deposition taken 8/8/25 | N/A | Portions played 9/1/26 |
| Thisted, Ronald A., Ph.D. | 8/28/26 | 8/28/26 |
| Thomas, Ian<br>via deposition | | |

| NAME | SWORN | APPEARED |
|---|---|---|
| Tillman, Donna-Bea, Ph.D. | 8/27/26 | 8/27/26 |
| Trautman, Kimberly A., M.S.<br>in person | | |
| Turner, Maria<br>in person | | |
| Weinstein, Jeffrey, M.D.<br>in person | | |
| Ziedins, Eduards, M.D.<br>in person | | |