**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE: Bard Implanted Port Catheter Products Liability Litigation | MDL No. 3081 |
| THIS DOCUMENT RELATES TO: | |
| Kimberly Divelbliss,<br>C.A. No. CV-23-01627-PHX-DGC | **JUDGMENT** |
| Kimberly Divelbliss,<br><br>Plaintiff,<br><br>v.<br><br>Becton, Dickinson and Company, et al.,<br><br>Defendants. | |

This action was tried by a jury in August and September 2026. Based on the jury's verdict (Doc. 10619),

**IT IS ORDERED** that Plaintiff Kimberly Divelbliss recover from Defendants Becton, Dickinson and Company; C. R. Bard, Inc.; Bard Access Systems, Inc.; and Bard Peripheral Vascular, Inc. the amount of forty million dollars ($40,000,000.00) plus post-judgment interest at the rate of 4.15% per annum, along with lawfully taxable costs.

Dated this 10th day of September, 2026.

David G. Campbell

David G. Campbell
Senior United States District Judge