**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE: Bard Implanted Port Catheter Products Liability Litigation | MDL No. 3081 |
| May Lattanzio,<br>Individual Plaintiff,<br>vs.<br>Becton Dickinson and Company, et al.,<br>Defendants. | No. CV-24-00680-PHX-DGC<br><br>**ORDER** |

Upon consideration of the arguments and proceedings held before the Court at the Final Pretrial Conference held on September 15, 2026 (Doc. 10818), it is hereby

**ORDERED** that Witness Andrew Sheffield will be excused from appearing at trial on October 14, 2026. If Counsel have not completed examination of Mr. Sheffield by the end of the day on October 13, 2026, Mr. Sheffield may be recalled for continued examination on October 15, 2026, or another day during trial; and it is further

**ORDERED** that the hearing on juror questionnaire responses scheduled to be held on October 2, 2026, at 1:00 p.m. EDT/10:00 a.m. MST by videoconference is

canceled; and it is further

**ORDERED** that the hearing on juror questionnaire responses shall be held on October 5, 2026, at 12:00 p.m. EDT/9:00 a.m. MST by videoconference; and it is further

**ORDERED** that Defendants' Motion in Limine #3 to Exclude Plaintiff's Untimely Disclosed Demonstrative Exhibits (Doc. 10166) is granted in part and denied in part. Plaintiff will be permitted to utilize the demonstrative exhibits, and Defendants shall serve an expert disclosure limited to critiquing the animations by no later than September 22, 2026, to which Plaintiff may file objections by September 29, 2026; and it is further

**ORDERED** that the Parties' deadline to file deposition designations by September 18, 2026, is vacated. The Parties shall meet and confer to propose an alternative deadline to the Court following issuance of rulings on the pending motion for summary judgment (Doc. 5815) and pending motions in limine (Docs. 10164-10165, 10167-10172, and 10174-10181) for submission of the deposition designations and proposed priority lists for adjudication of specific witnesses.

Dated this 17th day of September, 2026.

/s/ Jennifer Choe-Groves
U.S. District Court Judge*

* Judge Jennifer Choe-Groves, of the United States Court of International Trade, sitting by designation.