**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE: Bard Implanted Port Catheter Products Liability Litigation | MDL No. 3081 |
| May Lattanzio,<br>Individual Plaintiff,<br>v.<br>Becton Dickinson and Company, et al.,<br>Defendants. | No. CV-24-00680-PHX-DGC<br><br>**ORDER** |

After discussion with the Parties, the Court excuses the following jurors on the basis of hardship or other information contained in their questionnaires:

2

5

7

8

9

10

11

12

18
22
24
26
27
33
35
37
39
40
43
44
46
47
48
49
50
56
57
61
62
63
64
65
66
68
69
70

71
75
76
77
78
79
80
81
82
83
86
87
90
91
92
93
95
96
99
100
101
106
111
112
115
116
122
125

126

127

131

133

134

135

137

138

140

144

146

151

153

160

The following jurors did not return a questionnaire and will not be called in for this trial:

1

16

21

23

28

30

31

36

41

51

55

67

72

74

88

98

102

104

105

107

113

132

136

139

148

150

154

155

158

The following jurors will be called into the courthouse for voir dire in this case on October 13, 2026:

3

4

6

13

14

15

17

19

20

25
29
32
34
38
42
45
52
53
54
58
59
60
73
84
85
89
94
97
103
108
109
110
114
117
118
119
120

121

123

124

128

129

130

141

142

143

145

147

149

152

Dated this 6th day of October, 2026.

/s/ Jennifer Choe-Groves
U.S. District Court Judge*

* Judge Jennifer Choe-Groves, of the United States Court of International Trade, sitting by designation.