# PX1

# [UNDER SEAL]