**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE: Bard Implanted Port Catheter Products Liability Litigation | MDL No. 3081 |
| Judy Hicks,<br>Individual Plaintiff,<br>vs.<br>C R Bard Incorporated et al.,<br>Defendants. | No. CV-23-01703-PHX-DGC<br><br>**THIRD AMENDED CASE MANAGEMENT ORDER NO. 50**<br>**(Order Clarifying Trial Dates and Deposition Designation Priority List)** |

The Court issues a Third Amended Case Management Order No. 50 to clarify deadlines set in the Second Amended Case Management Order No. 50 (Doc. 11001).

**IT IS ORDERED** that the Parties' deposition designations shall be limited to ten (10) witnesses for each Party; and

**IT IS ORDERED** that the Jury Trial will be held from December 1, 2026 to December 18, 2026.

Dated this 27th day of October, 2026.

/s/ Jennifer Choe-Groves
U.S. District Court Judge*

* Judge Jennifer Choe-Groves, of the United States Court of International Trade, sitting by designation.

| Event | Prior Deadline | Current Deadline |
|---|---|---|
| Parties File Motions in Limine | October 5, 2026 | October 5, 2026 |
| Parties Exchange Drafts of Proposed Pretrial Order | October 6, 2026 | October 6, 2026 |
| Parties Mark and Exchange Exhibits | October 19, 2026 | October 19, 2026 |
| Parties Submit Attorney Emails to Receive Juror Questionnaires | October 9, 2026 | October 9, 2026 |
| Parties File Responses to Motions in Limine | October 20, 2026 | October 20, 2026 |
| Parties File Proposed Final Pretrial Order | October 20, 2026 | October 20, 2026 |
| Final Pretrial Conference | October 26, 2026, at 2:00 p.m. MST at the Sandra Day O'Connor U.S. Courthouse, 401 W. Washington St., Phoenix, AZ 85003 | October 26, 2026, at 2:00 p.m. MST at the Sandra Day O'Connor U.S. Courthouse, 401 W. Washington St., Phoenix, AZ 85003 |
| **Parties File Deposition Designations (10 for Each Party)** | November 2, 2026 | November 2, 2026 |
| Juror Questionnaire Hearing | November 23, 2026, at 1:00 p.m. EDT / 10:00 a.m. MST by videoconference | November 23, 2026, at 1:00 p.m. EDT / 10:00 a.m. MST by videoconference |
| Parties File Notice to Court Reporter | November 24, 2026 | November 24, 2026 |
| Jury Trial | December 1–21, 2026 | **December 1–18, 2026** |