**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE: Bard Implanted Port Catheter Products Liability Litigation | MDL No. 3081 |
| May Lattanzio,<br>Individual Plaintiff,<br>v.<br>Becton Dickinson and Company, et al.,<br>Defendants. | No. CV-24-00680-PHX-DGC |

**COURT'S FINAL VERDICT FORMS**

Dated this 29th day of October, 2026.

/s/ Jennifer Choe-Groves

U.S. District Court Judge*

*Judge Jennifer Choe-Groves, of the United States Court of International Trade, sitting by designation.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| May Lattanzio,<br>Individual Plaintiff,<br>v.<br>Becton Dickinson and Company, et al.,<br>Defendants. | No. CV-24-00680-PHX-DGC<br><br>**VERDICT** |

We, the jury, duly empaneled and sworn in the entitled action, upon our oath, find as follows:

**1. Strict Product Liability Design Defect Claim**

Do you find by a greater weight of the evidence that Defendants are liable to Plaintiff on the strict product liability design defect claim?

____ Yes ____ No

**2. Unavoidably Unsafe Defense**

Do you find by a greater weight of the evidence that the PowerPort was unavoidably unsafe, and therefore not defective?

____ Yes ____ No

***A "Yes" to Question 2 means Defendants are not liable on the strict liability***

***design defect claim.***

**3. Negligent Design Defect Claim**

Do you find by a greater weight of the evidence that Defendants are liable to Plaintiff on the negligent design defect claim?

____ Yes ____ No

**4. Fraudulent Concealment Claim**

Do you find by a greater weight of the evidence that Defendants are liable to Plaintiff on the fraudulent concealment claim?

____ Yes ____ No

**5. Statute of Limitations Defense (Design Defect)**

Do you find by a greater weight of the evidence that Plaintiff knew, or through due diligence should have known, on or before March 28, 2020, that she had been injured or damaged and that there was a reasonable possibility that the injury or damages was caused by a defect in Defendants' PowerPort?

____ Yes ____ No

***A "Yes" to Question 5 means Defendants are not liable on the design defect claim.***

**6. Statute of Limitations Defense (Fraudulent Concealment)**

Do you find by a greater weight of the evidence that Plaintiff knew, or by the use of reasonable care should have known, on or before March 28, 2020, of the facts constituting the fraud?

____ Yes ____ No

***A "Yes" to Question 6 means Defendants are not liable on the fraudulent concealment claim.***

***If you answered "No" to Questions 1, 3, and 4, do not answer any more Questions—sign the verdict form and notify the Court that you are finished. If you answered "Yes" to any of those Questions and "No" to Questions 5 or 6, please proceed to Question 7.***

**7. Compensatory Damages**

What amount of damages do you find will fairly and adequately compensate Plaintiff for her injuries?

$ ______________________

**8. Punitive Damages—Entitlement**

Do you find by clear and convincing evidence that Plaintiff should recover punitive damages?

____ Yes ____ No

***Your deliberations are now complete, and you should have the Foreperson sign and date this Verdict Form.***

__________________________ __________________________

Foreperson Number Date

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

May Lattanzio,

Individual Plaintiff,

v.

Becton Dickinson and Company, et al.,

Defendants.

No. CV-24-00680-PHX-DGC

**VERDICT**

**(Punitive Damages—Amount)**

We the jury, duly paneled and sworn in the entitled action, upon our oaths, find as follows:

1. What amount of punitive damages, if any, do you find by the greater weight of the evidence should be assessed against Defendants?

$________________________

________________________ ________________________

Foreperson Number Date