**DISTRICT JUDGE'S CIVIL MINUTES**

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA – PHOENIX

**U.S. District Judge: Jennifer Choe-Groves** **Date: October 28, 2026**

**Case Number: CV-24-00680-PHX-DGC (MD-23-3081)**

**May Lattanzio v Becton, Dickinson and Company, et al.**

**(IN RE: Bard Implanted Port Catheter Products Liability Litigation)**

| APPEARANCES: | Plaintiff(s) Counsel | Defendant(s) Counsel |
| --- | --- | --- |
| | Stuart N. Ratzan | Jennifer L. Saulino |
| | Kimberly Lynn Boldt | Edward J. Fanning, Jr. |
| | Kyle Dingman | Elizabeth C. (Kate) Helm |
| | Cameron Reid Cano | Brandee J. Kowalzyk |
| | Robert B. Brown, III | Avery G. Carter |
| | Noah Adam Cohen Fenster | Ryan Savercool |

**JURY TRIAL (DAY 10):**

8:33 a.m. Counsel and Defendants' client representative (Christa Haskins) are present. The jury is not present. Counsel are advised that the Court has finalized jury instructions and forms of verdict (Docs. 11618 and 11619). Argument on the Rule 50 motion will be heard at 4:30 p.m. today, and both sides will be limited to 15 minutes each for argument. Further argument is presented as to Plaintiff's proposed Bench Brief Regarding Admission of Bard's Brilliant Green Documents (Doc. 11545). The motion is DENIED and the documents will be excluded for the reasons set forth on the record. As the briefing from the parties were all lodged under seal, Defendants will submit a formal motion to seal. Evidentiary issues discussed pertaining to the use of demonstrative exhibits with today's witnesses. 9:10 a.m. The jury is now present. The anticipated trial schedule is reviewed with the jury. **DEFENDANTS' CASE CONTINUES**: Ronald Thisted, Ph.D., is sworn and examined. 10:40 a.m. Court stands at recess.

10:54 a.m. Counsel and Defendants' client representative are present. The jury is present. Dr. Thisted is examined further. The witness is excused. Chad Modra is sworn and examined. 12:30 p.m. Court stands at recess.

1:32 p.m. Counsel and Defendants' client representative are present. The jury is present. Chad Modra is examined further. Exhibit 1550A is admitted. 2:21 p.m. Court stands at recess.

2:31 p.m. Counsel and Defendants' client representative are present. The jury is not present. Jury instructions and forms of verdict are briefly addressed. 2:33 p.m. The jury is now present. Chad Modra is examined further. Exhibit 33 is admitted. The witness is excused. James Freasier is sworn and examined. Exhibit 1345 is admitted. The witness is excused. Defendants rest subject to resolving exhibit issues. 4:19 p.m. The jury is excused for the evening; court stands at recess.

4:27 p.m. Counsel (including Avery G. Carter and Ryan Savercool) and Defendants' client representative are present. Scheduling is discussed. After argument, Exhibit 366 is admitted. As to Plaintiff's medical records, Exhibits 1439, 1440, 1441, 1442, 1443, 1444, 1445, 1446, 1447, 1450, 1451, 1453, 1454, 1455, 1456, 1457, 1458, 1459, 1461, 1462, 1463, 1464, 1465, 1466, 1467, 1468, 1469, 1470, 1472, 1473, 1474, 1476, 1478, 1479, 1480, 1481, 1482, 1483, 1484, 1485, 1486, 1487, 1488, 1491, 1492, 1495, 1496, 1497, 1499, 1500, 1556, 1562, 1563, 1564, 30B, 84, 101B, 288, 572B, 629B, and 719 are admitted. (Exhibits 1452, 1460, 1471, 1475, 1477, 1490, 1493, 1494, 1498, 1548, 1555, 1557, 1559, and 1561 were offered but are already in evidence – to the extent redactions were made, the redacted copies are substituted in place of the original versions.) The procedure for handling jury questions is briefly addressed. Exhibits 119 and 739B are admitted. Counsel confirms that Plaintiff is not presenting a rebuttal case.

Argument is presented as to Defendants' Motion for Judgment as a Matter of Law pursuant to Fed. R. Civ. P. 50(a) (Doc. 11517). Plaintiff makes an oral Rule 50(a) motion for directed verdict on Defendants' statute of limitations defense as to the fraudulent concealment claim.

IT IS ORDERED taking under advisement both Defendants' and Plaintiff's Rule 50(a) motions. The Court will defer ruling until after a verdict is entered in this case.

Verdict forms and jury instructions are discussed further. Based thereon, modifications will be made to those documents. Exhibit 1448 is admitted. Trial time usage is updated.

5:12 p.m. Court stands at recess until 8:30 a.m. on October 29, 2026.

Courtroom Deputy: Kathy Ballard
Court Reporters: Scott Coniam – AM / Kim Portik – PM

**Start:** 8:33 AM
**End:** 5:12 PM
**Total: 7 hrs, 5 mins**