**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE: Bard Implanted Port Catheter Products Liability Litigation | MDL No. 3081 |
| Judy Hicks,<br>Individual Plaintiff,<br>vs.<br>Becton Dickinson and Company, et al.,<br>Defendants. | No. CV-23-01703PHX–DGC<br><br>**DEPOSITION OBJECTION RULINGS** |

The Court enters the following rulings on objections in the Parties' deposition designations.

## I. General Objections

Defendants submitted argument in the form of general objections.

1. The Court denies Defendants' Preliminary Objection No. 1. As discussed at the Pretrial Conference, the Court did not rule on completeness objections in ruling on deposition objections.

2. The Court denies Defendants' Preliminary Objection No. 2. The Court made rulings on deposition objections in the context of the present case, Hicks.

3. The Court denies Defendants' Preliminary Objection No. 3. The Court has provided rulings to the specific designations for which Federal Rules of Evidence 403, 602, and 803(6) objections were raised.

4. The Court denies Defendants' Preliminary Objection No. 4. The Court has provided rulings to the specific designations for which Federal Rules of Evidence 401, 402, and 403 objections were raised.

## II. Specific Objections

In the rulings that follow, the page number and line number (when a line number is necessary) will be separated by a colon. So, page 4, line 7 will be 4:7. If there is no colon, the citation refers only to page numbers. If a page contains multiple objections, the ruling applies to all of them if no line numbers are included. "O" means the objection is overruled. "S" means the objection is sustained.

**<u>David Cise (10-21-2026; 10-22-2026) (Pl. Tr. 1)</u>**

- 26:25–117:22 O
- 212:6–213:6 S
- 214:21–297:4 O
- 308:1–308:3 S
- 312:20–317:15 O
- 342:9–343:4 S
- 344:22–376:8 O
- 374:19–375:15 S
- 382:2–519:24 O
- 527:5–531:16 S
- 532:5–587:4 O

**<u>Spencer Thomas (12-5-2024) (Pl. Tr. 2)</u>**

- 8:17–44:22 O
- 45:23–48:2 S
- 48:10–105:7 O
- 106:15–115:23 S

- 116:21–134:8 O
- 137:3–138:1 S
- 138:13–139:3 O
- 140:22–141:10 S
- 152:4–232:24 O
- 235:3–246:2 S
- 247:5–444:13 O

**<u>Todd McFarland (11-22-2024) (Pl. Tr. 3)</u>**

- 29:5–97:9 O
- 98:4–98:21 S
- 101:11–133:9 O
- 133:25–152:19 O
- 153:13–161:21 S
- 162:11–163:15 O
- 163:15–164:1 S
- 165:13–377:15 O

**<u>Jim Beasley (1-30-2025) (Pl. Tr. 4)</u>**

- 7:2–235:20 O

**<u>Michael Curtis II (10-23-2024) (Common-Issue) (Pl. Tr. 5)</u>**

- 7:23–28:10 O, except S and exclude 13:6–13:12
- 32:22–35:5 O, but delete attorney objections and extra discussion
- 35:7–23 O
- 35:24–36:15 S
- 38:4–177:08 O, except S and exclude 176:15–177:2

- 177:10–178:6 O
- 179:6–194:5 O
- 194:17–199:21 S
- 201:3–202:14 S
- 205:25–206:2 S
- 206:15–207:20 O
- 208:9 S
- 208:23–293:16 O, except S and exclude 234:14–19

**Michael Curtis II (9-10-2025) (Case-Specific) (Pl. Tr. 6)**

- 6:5–6:16 S
- 7:11–7:25 O
- 8:1–14 S
- 8:15–96:12 O

**Michael Montpetit (3-21-2025) (Pl. Tr. 7)**

- 5:6–193:15 O

**David Blaber (2-18-2025) (Pl. Tr. 8)**

- 10:20–65:12 O
- 65:22–69:13 O, except S below
- 66:1–11 S
- 67:15–25 S
- 68:4–13 S
- 71:25–182:17 O
- 203:11–221:25 O
- 224:2–261:06 O

**Brian Nishimoto (11-21-2024) (Pl. Tr. 9)**

- 4:22–167:11 O
- 173:2–177:13 S
- 179:05–212:17 O
- 213:9–213:15 S
- 215:19–216:18 S
- 217:5–217:22 S
- 218:11–219:15 S
- 222:1–245:21 O
- 247:2–248:11 S
- 264:18–266:5 O
- 266:10–267:24 S
- 268:1–314:12 O

**Nitin Patil (10-25-2024) (Pl. Tr. 10)**

- 23:25–31:23 O
- 32:1–33:23 S
- 32:1–35:1 S
- 38:14–39:14 S
- 44:10–58:22 O
- 59:1–59:10 S
- 62:20–133:18 O
- 136:14–137:14 S
- 139:2–220:16 S

**Theresa Cavins (3–13–2025) (Defs. Tr. 1)**

- 7:3–5 O
- 21:6–9 O

- 22:10 O
- 22:13–22 O
- 34:12–17 S
- 41:20–21 S
- 42:14–17 S
- 46:12–19 O
- 49:18–22 O
- 50:8–51:19 O
- 51:24–52:2 O
- 52:22–56:6 O
- 56:15–17 O
- 57:8–12 O
- 57:16–58:6 O
- 62:8–15 O
- 64:4–23 O
- 65:11–19 O
- 65:22–66:7 O
- 66:11 O
- 66:22–67:18 O
- 67:19–68:9 O
- 68:22–24 O
- 69:9–18 O
- 69:21–25 O
- 70:12–71:3 O
- 71:13–23 O
- 73:1–5 O
- 73:6–9 O
- 73:18–74:17 O

- 74:18–24 O
- 74:25–75:25 O
- 76:20–25 O
- 77:8–15 O
- 77:21–24 O
- 78:11–14 O
- 79:7–10 O
- 79:23–80:5 O
- 80:9-11 O
- 81:7–10 O
- 81:7–10 O
- 81:16–24 O
- 83:11–19 O
- 83:20–84:10 O
- 84:11–85:11 O
- 86:13–17 O
- 86:21–87:8 O
- 87:9–88:4 O
- 88:10–13 O
- 88:18–89:1 O
- 89:4–8 O
- 89:12–21 O
- 90:7–19 O
- 91:16–92:8 O
- 93:12–94:2 O
- 95:1–12 O
- 95:13–21 O
- 98:18–99:7 O

- 100:24–101:11 O
- 101:23–102:6 O
- 102:20–103:7 O
- 103:8–10 O
- 103:15–104:19 O
- 104:25–105:10 O
- 106:19–23 O
- 107:4–6 O
- 108:3–8 O
- 109:2–23 O
- 117:16–24 O

**Matthew Stein (3-26-2025) (Defs. Tr. 2)**

- 8:25–9:1 O
- 21:6–18 O
- 26:10–13 O
- 26:15–17 O
- 26:19 O
- 31:23–32:4 O
- 35:20–36:15 O
- 45:18–46:13 O
- 54:8–15 O
- 55:4–56:2 O
- 56:9–25 O
- 59:20–61:24 O
- 61:25–62:21 O
- 62:23–63:4 O
- 65:2–24 O

| | |
|---|---|
| • 66:1–2 | O |
| • 66:9–17 | O |
| • 67:24–68:19 | O |
| • 70:19–71:15 | O |
| • 71:17–19 | O |
| • 71:20–25 | O |
| • 72:1–15 | O |
| • 73:15–74:8 | O |
| • 74:9–18 | O |
| • 75:20–76:19 | O |
| • 76:20–77:20 | O |
| • 79:18–80:3 | O |
| • 80:4–81:3 | O |
| • 81:4–82:2 | O |
| • 82:4–20 | O |
| • 82:22–83:7 | O |
| • 83:24–84:3 | O |
| • 84:4–5 | O |
| • 84:9–18 | O |
| • 84:20 | O |
| • 84:21–85:25 | O |
| • 86:2–95:1 | O |

**Travis Sessions (1-28-2025) (Defs. Tr. 3)**

| | |
|---|---|
| • 45:6–45:22 | O |

**Matt Trebella (9-26-2024) (Defs. Tr. 4)**

| | |
|---|---|
| • 55:1–281:15 | O |

**<u>Gidon Ofek (12-13-2024) (Defs. Tr. 5)</u>**

- 48:12–358:14 O

**<u>John Evans (10-29-2024, 10-30-2024) (Defs. Tr. 6)</u>**

- 6:14–382:1 O
- 383:14–20 S
- 384:5–400:20 O
- 401:12–19 S
- 402:18–407:2 S
- 418:8–463:20 O
- 464:2–466:13 S, overlapping objection to same testimony, shall be excluded
- 464:2–470:5 S
- 521:1–575:4 O

**<u>Sean Worthen (9-5-2024) (Defs. Tr. 7)</u>**

- 335:22–379:23 O

Dated this 5th day of November, 2026.

/s/ Jennifer Choe-Groves
U.S. District Court Judge*

*Judge Jennifer Choe-Groves, of the United States Court of International Trade, sitting by designation.