Alex Barlow
(Admitted *Pro Hac Vice*)
SCOTT & SCOTT
901 S. MoPac Expressway
Building 11, Suite 275
Austin, Texas 78746
Phone: (512) 337-8432
Email: abarlow@scott-scott.com

K Rachel Lanier
(Admitted *Pro Hac Vice*)
Lanier Law Firm PC
2829 Townsgate Rd., Ste. 100
Westlake Village, CA 91361
Phone: (310) 277-5100
Email: rachel.lanier@lanierlawfirm.com

Michael A. Sacchet
(Admitted *Pro Hac Vice*)
Ciresi Conlin LLP
225 South 6th St. #4000
Minneapolis, MN 55402
Phone: (612) 361-8200
Email: MAS@CiresiConlin.com

*Co-Lead Counsel for Plaintiffs*

Edward J. Fanning, Jr. (Admitted *Pro Hac Vice*)
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
Phone: (973) 639-8486
Fax: (973) 797-3868
Email: efanning@mccarter.com

Richard B. North, Jr. (Admitted *Pro Hac Vice*)
Georgia Bar No. 545599
Elizabeth C. “Kate” Helm (Admitted *Pro Hac Vice*)
Georgia Bar No. 289930
NELSON MULLINS RILEY &
SCARBOROUGH, LLP
Atlantic Station
201 17th Street, NW, Ste. 1700
Atlanta, GA  30363
Phone: (404) 322-6000
Fax: (404) 322-6050
Email: richard.north@nelsonmullins.com
Email: kate.helm@nelsonmullins.com

*Counsel for Defendants*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE: Bard Implanted Port Catheter Products Liability Litigation | MDL No. 3081<br><br>**THE PARTIES' JOINT PROPOSAL REGARDING PROCEDURES PRIOR TO REMAND**<br><br>(Assigned to the Honorable David G. Campbell) |

On September 3, 2026, the Court directed the parties to submit a joint proposal for establishing a track system to explore possible settlement of the cases prior to remand. The parties submit this proposal in compliance with the Court's direction.

## I. <u>MDL CLOSURE</u>

The parties ask that the Court issue an order establishing a deadline for the filing of new cases in this MDL. Specifically, the parties request that the Court order that the MDL be closed as of February 28, 2027, and that the Clerk be directed to reject any short form complaints submitted for direct filing after that date and to refund the filing fee. To the extent federal jurisdiction exists and venue is proper in this District, a plaintiff may commence a separate, individual action involving a Bard Implanted Port Catheter device by filing a complaint in compliance with Rule 8 of the Federal Rules of Civil Procedure. However, bringing suit in this District is not required given the MDL's closure. Plaintiffs may commence actions against Bard in any other court where jurisdiction and proper venue exists.

## II. <u>BACKGROUND</u>

To avoid unnecessary litigation costs and administrative burdens on this Court and transferor courts, the parties respectfully request that the Court establish for a limited time an "inactive docket" for these cases. An inactive docket would allow the cases to be stayed

and remain in the MDL pending settlement-related negotiations. Pursuant to the Court's request, what follows is a proposal for such a process, and the parties stand ready to address any questions the Court may have about it.

## III. MECHANICS

Under this proposal, the parties request that the Court establish and place all cases pending before it on an inactive docket following the conclusion of the final bellwether trial (***Sorenson***) and the MDL's closure.

If the Court agrees to establish an inactive docket, the Parties propose the following procedure for all cases placed on the Inactive Docket List:

- The Court would not conduct further proceedings in cases on the inactive docket.
- The Parties would have five months (until September 1, 2027) to attempt to negotiate settlement of some or all cases on the inactive docket.
- All cases for which a release or term sheet has been executed by September 1, 2027, will remain on the inactive docket for an additional six months, to March 1, 2028, to complete settlement paperwork and file a stipulated dismissal.
- All cases in which a release or term sheet has not been executed by September 1, 2027, will be recommended to the JPML for remand or will be transferred under § 1404(a).
- All cases with a release or term sheet executed by September 1, 2027, but for which no stipulated dismissal is filed by March 1, 2028, will be recommended to the JPML for remand or will be transferred under § 1404(a).
- The parties will meet and confer about taking videotaped trial testimony of certain witnesses between April 1, 2027, and December 1, 2027, and will propose a protocol to do so by January 31, 2027.

Respectfully submitted this 6th day of November 2026.

*/s/ Richard B. North, Jr.*
Richard B. North, Jr.
(Admitted *Pro Hac Vice*)
Elizabeth C. "Kate" Helm
(Admitted *Pro Hac Vice*)
Nelson Mullins Riley & Scarborough
Atlantic Station
201 17th St. NW, Ste. 1700
Atlanta, GA 30363
Phone: (404) 322-6155
Fax: (404) 322-6050
richard.north@nelsonmullins.com
kate.helm@nelsonmullins.com

*/s/ Edward J. Fanning, Jr.*
Edward J. Fanning, Jr.
(Admitted *Pro Hac Vice*)
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Phone: (973) 639-7927
Fax: (973) 297-3868
efanning@mccarter.com

***Counsel for Defendants***

*/s/ Michael A. Sacchet*
Michael A. Sacchet
(Admitted *Pro Hac Vice*)
Ciresi Conlin LLP
225 South 6th St. #4000
Minneapolis, MN 55402
Phone: (612) 361-8200
MAS@CiresiConlin.com

*/s/ K. Rachel Lanier*
K. Rachel Lanier
(Admitted *Pro Hac Vice*)
The Lanier Law Firm, P.C.
2829 Townsgate Rd, Ste. 100
Westlake Village, CA 91361
Phone: (310) 277-5100
Fax: (713) 659-2204
rachel.lanier@lanierlawfirm.com

*/s/ Alex Barlow*
Alex Barlow
(Admitted *Pro Hac Vice*)
SCOTT & SCOTT
901 S. MoPac Expressway
Building 11, Suite 275
Austin, Texas 78746
Phone: (512) 337-8432
abarlow@scott-scott.com

***Co-Lead Counsel for Plaintiffs***

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of November, 2026, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to all attorneys of record.

*s/Edward J. Fanning, Jr.*
Edward J. Fanning, Jr.