**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

IN RE: Bard Implanted Port Catheter Products Liability Litigation

MDL No. 3081

Judy Hicks,

Individual Plaintiff,

vs.

Becton Dickinson and Company, et al.,

Defendants.

No. CV-23-01703-PHX-DGC

**ORDER**

Pending before the Court are numerous motions in limine and responses that were lodged, pending motions to seal being filed. The motions to seal have now been filed and the Parties are not requesting certain motions and corresponding responses be sealed.

**IT IS ORDERED** that the following lodged documents shall be filed on the public docket with the same document numbers and filing dates:

1. Plaintiff's Motion in Limine No. 1 (Doc. 11130) and Defendants' Response (Doc. 11430).
2. Plaintiff's Motion in Limine No. 2 (Doc. 11131) and Defendants' Response (Doc. 11431).
3. Plaintiff's Motion in Limine No. 3 (Doc. 11132) and Defendants' Response

(Doc. 11434).

4. Plaintiff's Motion in Limine No. 4 (Doc. 11133) and Defendants' Response (Doc. 11435).

5. Plaintiff's Motion in Limine No. 5 (Doc. 11134) and Defendants' Response (Doc. 11436).

6. Defendants' Motion in Limine No. 1 (Doc. 11123).

7. Defendants' Motion in Limine No. 2 (Doc. 11124) and Plaintiff's Response (Doc. 11446).

8. Defendants' Motion in Limine No. 3 (Doc. 11125) and Plaintiff's Response (Doc. 11447).

9. Defendants' Motion in Limine No. 4 (Doc. 11126) and Plaintiff's Response (Doc. 11448).

10. Defendants' Motion in Limine No. 5 (Doc. 11127).

11. Plaintiff's Response to Defendants' Motion in Limine No. 6 (Doc. 11450).

12. Defendants' Motion in Limine No. 7 (Doc. 11129) and Plaintiff's Response (Doc. 11451).

Dated this 9th day of November, 2026.

/s/ Jennifer Choe-Groves
U.S. District Court Judge*

* Judge Jennifer Choe-Groves, of the United States Court of International Trade, sitting by designation.