**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

IN RE: Bard Implanted Port Catheter Products Liability Litigation

MDL No. 3081

**CASE MANAGEMENT ORDER NO. 52**

**(Twenty-Sixth Case Management Conference)**

(Applies to All Actions)

On November 13, 2026, the Court held a Twenty-Sixth Case Management Conference with the parties to address a proposed settlement process for cases in this MDL and the remand or transfer of cases that do not settle. *See* Docs. 10567, 11939, 12048. This order reflects matters discussed and decided during the conference.

1. The closing date for new cases to be transferred to or directly filed in this MDL is **February 28, 2027**. *See* Doc. 11939 at 2.

2. The Clerk is directed to reject any short form complaints submitted for direct filing after the February 28, 2027 closing date and to void or refund any filing fees. To the extent federal jurisdiction exists and venue is proper in this District, a plaintiff may, after the MDL's closure, commence a separate, individual action involving a Bard Implanted Port Catheter device by filing a complaint in compliance with Rule 8 of the Federal Rules of Civil Procedure. Filing suit in this District, however, is not required after the MDL's

closure, and Plaintiffs may commence actions against Bard in any other court where jurisdiction and venue are proper.

3. After the MDL's closure, the parties will have until **September 1, 2027** to attempt to negotiate settlement of cases pending in the MDL. *See id.* at 3.

4. All cases in which a release or term sheet has been executed by September 1, 2027, will remain pending until **March 1, 2028**, to complete settlement paperwork and file a stipulated dismissal. All cases for which a release or term sheet has not been executed by September 1, 2027, will be recommended to the Judicial Panel on Multidistrict Litigation ("JPML") for remand or will be transferred to the appropriate District under 28 U.S.C. § 1404(a). All cases with a release or term sheet executed by September 1, 2027, but for which no stipulated dismissal is filed by March 1, 2028, will be recommended to the JPML for remand or will be transferred under § 1404(a). *See id.*

5. By **January 31, 2027,** the parties shall submit a joint memorandum proposing (a) a process for updating the Court on the status of settlement, (b) a protocol for taking videotaped trial testimony of certain witnesses, and (c) a process and date for creating the items identified in the next paragraph.

6. The parties shall prepare (a) a joint proposed report to be sent to the JPML with cases recommended for remand and to districts receiving transfers under § 1404(a), (b) a stipulated designation of record to be sent with the remanded and transferred cases, (c) a ZIP file containing the designation of record, and (d) a compilation of the videotaped trial testimony.

Dated this 17th day of November, 2026.

David G. Campbell

David G. Campbell
Senior United States District Judge